POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (212) 661-8665
jpafiti@pomlaw.com

*Counsel for Plaintiff Karen Mitcham and*
*Lead Plaintiff Movants Leon Yu and Max*
*Wisdom Technology Limited and Proposed*
*Lead Counsel for the Class*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN MODRAK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TALIS BIOMEDICAL CORPORATION, BRIAN COE, J. ROGER MOODY, JR., FELIX BAKER, RAYMOND CHEONG, MELISSA GILLIAM, RUSTEM F. ISMAGILOV, KIMBERLY J. POPOVITS, MATTHEW L. POSARD, RANDAL SCOTT, J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., PIPER SANDLER & CO., and BTIG, LLC,<br><br>Defendants. | Case No.: 3:22-cv-00105-SI<br><br>ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br><u>CLASS ACTION</u> |

| | |
|---|---|
| KAREN MITCHAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TALIS BIOMEDICAL CORPORATION, BRIAN COE, J. ROGER MOODY, JR., FELIX BAKER, RAYMOND CHEONG, MELISSA GILLIAM, RUSTEM F. ISMAGILOV, KIMBERLY J. POPOVITS, MATTHEW L. POSARD, and RANDAL SCOTT,<br><br>Defendants. | Case No.: 3:22-cv-01039-JD<br><br><u>CLASS ACTION</u> |

Plaintiff Karen Mitcham ("Mitcham"), and Lead Plaintiff Movants Leon Yu and Max Wisdom Technology Limited (together, "Yu"), hereby file this Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rules 3-12 and 7-11 of the United States District Court for the Northern District of California.

Mitcham and Yu ask the Court to consider whether the actions entitled *Modrak v. Talis Biomedical Corporation et al.*, Case No. 3:22-cv-00105-SI ("*Modrak*"), currently pending before the Honorable Susan Illston, and *Mitcham v. Talis Biomedical Corporation et al.*, Case No. 3:22-cv-01039-JD ("*Mitcham*," and together with *Modrak*, collectively, the "Class Actions"),[1] currently pending before the Honorable James Donato, should be related to each other.  Further, Mitcham and Yu move to reassign the *Mitcham* Class Action to the Hon. Susan Illston, such that the Class Actions are pending before the same judge.

### LEGAL STANDARD

Civil Local Rule 3-12(a) states that an action is related to another when: (1) they "concern substantially the same parties, property, transaction, or event;" and (2) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  Civ. L. R. 3-12(a).  Pursuant to Civil Local Rule 3-12(b), whenever a party learns that an action may be related to an action that is pending in this District, the party must promptly file in the earliest filed case an administrative motion to consider whether the cases should be related.  Here, the two complaints at issue are putative class action complaints for violations of the federal securities laws that concern overlapping parties, materially similar claims, and allegations concerning defendants' misstatements and omissions.  As the

---

[1] For the Court's convenience, a copy of the complaint in the *Mitcham* Class Action is attached as Exhibit A.

parties in each case have agreed that the two cases should be related, as reflected in the stipulation filed concurrently in support of this motion, the Court should relate *Mitcham* to the instant action.

**ARGUMENT**

*Modrak* and *Mitcham* meet the definition for "Related Cases" under Civil Local Rule 3-12(a). They are both putative class actions alleging violations of Sections 11 and 15 of the Securities Act of 1933. *See Modrak*, Dkt. No. 1 ("*Modrak* Complaint") ¶¶ 1, 56-69; *Mitcham*, Dkt. No. 1 ("*Mitcham* Complaint") ¶¶ 1, 56-69. These respective claims are brought in each case against overlapping defendants—namely, Talis Biomedical Corporation, Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, and Randal Scott (*Modrak* Complaint ¶¶ 14-23; *Mitcham* Complaint ¶¶ 20-29)—alleging that they made the same alleged false or misleading statements (*Modrak* Complaint ¶¶ 45-47; *Mitcham* Complaint ¶¶ 37-39) pursuant to the same registration statement and prospectus (collectively, the "Registration Statement") issued in connection with the Company's February 2021 initial public offering (*Modrak* Complaint ¶¶ 1, 11, 48; *Mitcham* Complaint ¶¶ 1, 13, 40). Further, both cases are premised on the same basic theory that the Registration Statement made false or misleading statements about the comparator assay in the primary study for Talis's Emergency Use Authorization (EUA) application for the Talis One COVID-19 test, that Talis was reasonably likely to experience delays in obtaining regulatory approval for the Talis One COVID-19 test, and that, as a result, the Company's commercialization timeline would be significantly delayed. *See Modrak* Complaint ¶¶ 11, 48; *Mitcham* Complaint ¶¶ 13, 40.

Given the similarities between the Class Actions, treating the cases as related will save time, effort, and expense for all parties and avoid the potential for conflicting results, consistent

with Civil Local Rule 3-12(a).  Accordingly, relation is appropriate here.  *See In re Leapfrog Enterprises Inc. Sec. Litig.*, No. C 03 05421 RMW, 2005 WL 5327775, at *1 (N.D. Cal. July 5, 2005) (relating cases where they concerned same defendants, similar factual allegations, and similar causes of action).

Dated:  April 29, 2022                                  Respectfully submitted,

                                                         POMERANTZ LLP

                                                         */s/ Jennifer Pafiti*
                                                         Jennifer Pafiti (SBN 282790)
                                                         1100 Glendon Avenue, 15th Floor
                                                         Los Angeles, California 90024
                                                         Telephone: (310) 405-7190
                                                         Facsimile: (212) 661-8665
                                                         jpafiti@pomlaw.com

                                                         POMERANTZ LLP
                                                         James M. LoPiano
                                                         (admitted *pro hac vice*)
                                                         600 Third Avenue, 20th Floor
                                                         New York, New York 10016
                                                         Telephone: (212) 661-1100
                                                         Facsimile: (212) 661-8665
                                                         jlopiano@pomlaw.com

                                                         *Counsel for Plaintiff Karen Mitcham and Lead Plaintiff Movants Leon Yu and Max Wisdom Technology Limited and Proposed Lead Counsel for the Class*

                                                         BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
                                                         Peretz Bronstein
                                                         (*pro hac vice* application forthcoming)
                                                         60 East 42nd Street, Suite 4600
                                                         New York, New York 10165
                                                         Telephone: (212) 697-6484
                                                         Facsimile: (212) 697-7296
                                                         peretz@bgandg.com

                                                         *Additional Counsel for Lead Plaintiff Movants Leon Yu and Max Wisdom Technology Limited*

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
- 3:22-cv-00105-SI; 3:22-cv-01039-JD

**PROOF OF SERVICE**

I hereby certify that on April 29, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


                                        */s/ Jennifer Pafiti*
                                        Jennifer Pafiti

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
- 3:22-cv-00105-SI; 3:22-cv-01039-JD