POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (212) 661-8665
jpafiti@pomlaw.com

*Counsel for Plaintiff Karen Mitcham and
Lead Plaintiff Movants Leon Yu and Max
Wisdom Technology Limited and Proposed
Lead Counsel for the Class*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN MODRAK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TALIS BIOMEDICAL CORPORATION, BRIAN COE, J. ROGER MOODY, JR., FELIX BAKER, RAYMOND CHEONG, MELISSA GILLIAM, RUSTEM F. ISMAGILOV, KIMBERLY J. POPOVITS, MATTHEW L. POSARD, RANDAL SCOTT, J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., PIPER SANDLER & CO., and BTIG, LLC,<br><br>Defendants. | Case No.: 3:22-cv-00105-SI<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO RELATE CASES<br><br>CLASS ACTION |

STIPULATION AND [~~PROPOSED~~] ORDER TO RELATE CASES - 3:22-cv-00105-SI; 3:22-cv-01039-JD

| | |
|---|---|
| KAREN MITCHAM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TALIS BIOMEDICAL CORPORATION, BRIAN COE, J. ROGER MOODY, JR., FELIX BAKER, RAYMOND CHEONG, MELISSA GILLIAM, RUSTEM F. ISMAGILOV, KIMBERLY J. POPOVITS, MATTHEW L. POSARD, and RANDAL SCOTT, <br><br> Defendants. | Case No.: 3:22-cv-01039-JD <br><br> <u>CLASS ACTION</u> |

WHEREAS, on January 7, 2022, Plaintiff John Modrak filed a putative class action complaint, captioned *Modrak v. Talis Biomedical Corporation et al.*, Case No. 3:22-cv-00105-SI ("*Modrak*"), against Defendants Talis Biomedical Corporation ("Talis"); Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, Randal Scott (collectively, the "Individual Defendants"); and J.P. Morgan Securities LLC, BofA Securities, Inc., Piper Sandler & Co., and BTIG, LLC (collectively, the "Underwriter Defendants," and together with Talis and the Individual Defendants, "Defendants").

WHEREAS, the *Modrak* complaint alleges violations of Section 11 of the Securities Act of 1933 ("Securities Act") against all Defendants and violations of Section 15 of the Securities Act against the Individual Defendants;

WHEREAS, on February 18, 2022, Plaintiff Karen Mitcham filed a substantially similar putative class action complaint, captioned *Mitcham v. Talis Biomedical Corporation et al.*, Case No. 3:22-cv-01039-JD ("*Mitcham*"), against certain of the Defendants for violations of Sections 11 and 15 of the Securities Act, arising out of the same facts and circumstances as the *Modrak* action;

WHEREAS, the parties believe that the *Modrak* and the *Mitcham* putative class actions are related cases pursuant to Civil Local Rule 3-12(a) of the United States District Court for the Northern District of California;

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties hereto, through their undersigned counsel, as follows:

STIPULATION AND [PROPOSED] ORDER TO RELATE CASES - 3:22-cv-00105-SI; 3:22-cv-01039-JD

1.     The *Modrak* and the *Mitcham* putative class actions are related cases pursuant to Civil Local Rule 3-12(a) of the United States District Court for the Northern District of California.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  April 29, 2022                    POMERANTZ LLP

By: */s/ Jennifer Pafiti*_____
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (212) 661-8665
jpafiti@pomlaw.com

POMERANTZ LLP
James M. LoPiano
(admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jlopiano@pomlaw.com

*Counsel for Plaintiff Karen Mitcham and Lead Plaintiff Movants Leon Yu and Max Wisdom Technology Limited and Proposed Lead Counsel for the Class*

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Lead Plaintiff Movants Leon Yu and Max Wisdom Technology Limited*

2

STIPULATION AND [PROPOSED] ORDER TO RELATE CASES - 3:22-cv-00105-SI; 3:22-cv-01039-JD

Dated:  April 29, 2022

GLANCY PRONGAY AND MURRAY LLP

By: */s/ Charles H. Linehan*
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
clinehan@glancylaw.com
prajesh@glancylaw.com

*Counsel for Plaintiff John Modrak and Lead Plaintiff Movant Nikolas Touras*

THE LAW OFFICES OF FRANK R. CRUZ
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, California 90067
Telephone: (310) 914-5007

*Additional Counsel for Plaintiff John Modrak*

LAW OFFICES OF HOWARD G. SMITH
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, Pennsylvania 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel for Lead Plaintiff Movant Nikolas Touras*

3

STIPULATION AND [PROPOSED] ORDER TO RELATE CASES - 3:22-cv-00105-SI; 3:22-cv-01039-JD

Dated:  April 29, 2022

COOLEY LLP

By: */s/ Shannon M. Eagan*

Shannon M. Eagan
Jessica Valenzuela Santamaria
3175 Hanover Street
Palo Alto, California 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
seagan@cooley.com
jsantamaria@cooley.com

*Counsel for Defendants Talis Biomedical Corporation, Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, and Randal Scott*

Dated:  April 29, 2022

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Charlene S. Shimada*
Charlene S. Shimada (91407)
Kevin M. Papay (274161)
Robert H. O'Leary
One Market, Spear Street Tower
San Francisco, California 94105
Telephone: (415) 442-1000
charlene.shimada@morganlewis.com
kevin.papay@morganlewis.com
bob.oleary@morganlewis.com

*Counsel for Defendants J.P. Morgan Securities LLC, BofA Securities, Inc., Piper Sandler & Co., and BTIG, LLC*

STIPULATION AND [PROPOSED] ORDER TO RELATE CASES - 3:22-cv-00105-SI; 3:22-cv-01039-JD

Dated:  April 29, 2022                    THE ROSEN LAW FIRM, P.A.

By: */s/ Laurence M. Rosen*

Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
lrosen@rosenlegal.com

*Counsel for Lead Plaintiff Movant Adriana Belli*

STIPULATION AND [PROPOSED] ORDER TO RELATE CASES - 3:22-cv-00105-SI; 3:22-cv-01039-JD

Dated:  April 29, 2022

BLEICHMAR FONTI & AULD LLP

By: */s/ Lesley E. Weaver*
Lesley E. Weaver (Bar No. 191305)
555 12th Street, Suite 1600
Oakland, California 94607
Telephone: (415) 445-4003
Facsimile: (415) 445-4020
lweaver@bfalaw.com

Javier Bleichmar
7 Times Square, 27th Floor
New York, New York 10036
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jbleichmar@bfalaw.com

THE SCHALL LAW FIRM
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Counsel for Lead Plaintiff Movant Martin Dugan*

7

**ATTESTATION PURSUANT TO CIV. L.R. 5-1(h)(3)**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  April 29, 2022                    */s/ Jennifer Pafiti*
                                                              Jennifer Pafiti

\*        \*        \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  __April 29, 2022__          _____
                                                        Hon. Susan Illston
                                                        United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO RELATE CASES - 3:22-cv-00105-SI; 3:22-cv-01039-JD