POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (212) 661-8665
jpafiti@pomlaw.com

*Counsel for Proposed Co-Lead Plaintiff
Leon Yu and Max Wisdom Technology
Limited and Proposed Co-Lead Counsel for
the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN MODRAK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TALIS BIOMEDICAL CORPORATION, BRIAN COE, J. ROGER MOODY, JR., FELIX BAKER, RAYMOND CHEONG, MELISSA GILLIAM, RUSTEM F. ISMAGILOV, KIMBERLY J. POPOVITS, MATTHEW L. POSARD, RANDAL SCOTT, J.P. MORGAN SECURITIES LLC, BOFA SECURITIES, INC., PIPER SANDLER & CO., and BTIG, LLC,<br><br>Defendants. | Case No.: 3:22-cv-00105-SI<br><br>DECLARATION OF JENNIFER PAFITI<br><br>CLASS ACTION<br><br>Judge:  Hon. Susan Illston<br>Courtroom:  1 – 17th Floor |
| KAREN MITCHAM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v. | Case No.: 3:22-cv-01039-JD<br><br>CLASS ACTION |

DECLARATION - 3:22-cv-00105-SI; 3:22-cv-01039-JD

TALIS BIOMEDICAL CORPORATION, BRIAN COE, J. ROGER MOODY, JR., FELIX BAKER, RAYMOND CHEONG, MELISSA GILLIAM, RUSTEM F. ISMAGILOV, KIMBERLY J. POPOVITS, MATTHEW L. POSARD, and RANDAL SCOTT,

Defendants.

I, Jennifer Pafiti, Esq., hereby declare as follows:

1.    I am an attorney with Pomerantz ("Pomerantz"), counsel on behalf of Leon Yu and Max Wisdom Technology Limited and Proposed Co-Lead Counsel for the Class.  I have personal knowledge of the facts set forth herein.

2.    Attached hereto as Exhibit A is a true and correct copy of a Declaration executed by Leon Yu.

3.    Attached hereto as Exhibit B is a true and correct copy of a Declaration executed by Martin Dugan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 27, 2022.

/s/ Jennifer Pafiti
Jennifer Pafiti

## **PROOF OF SERVICE**

I hereby certify that on May 27, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti