# EXHIBIT A

## DECLARATION IN FURTHER SUPPORT OF LEAD PLAINTIFF MOTION

I, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I, Leon Yu, respectfully submit this declaration ("Supplemental Declaration") in further support of the motion of myself and my personal investment company, Max Wisdom Technology Limited (collectively and hereinafter, in whole or in part, "I", "my", or "myself"), for consolidation of related actions, appointment as Lead Plaintiff, and approval of my selection of Pomerantz LLP as Lead Counsel in the instant class action on behalf of investors in the securities of Talis Biomedical Corporation ("Talis") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") (Dkt. No. 27 ("Lead Plaintiff Motion")).

2.      As stated in my initial declaration filed in support of my Lead Plaintiff Motion (Dkt. No. 27-5 ("Initial Declaration")), I am informed of and understand the requirements and duties imposed by the PSLRA.  I have personal knowledge about the information in this Supplemental Declaration, the Initial Declaration, and the other papers filed in support of my Lead Plaintiff Motion.

3.      I am aware that my Lead Plaintiff Motion is unopposed.  I am also aware that on April 22, 2022, the Court held a hearing on my Lead Plaintiff Motion via Zoom webinar.  I understand that during the hearing, the Court questioned whether the fact that I reside in the People's Republic of China would create logistical difficulties impacting my ability to serve as Lead Plaintiff in this litigation or impede my participation in the discovery process in this litigation.

4.      The Chinese government has recently imposed travel restrictions in response to the ongoing COVID-19 pandemic.  Accordingly, I am currently unable to travel domestically or internationally outside of Beijing, where I reside.  These restrictions are relatively recent, and my understanding is that, consistent with Chinese government policy, these restrictions will be lifted

{00495865;4 }                                             1

as the pandemic subsides. Despite these limitations, I have access to high-speed Internet, which remains unaffected by travel restrictions, and can communicate effectively via video and other electronic means, including through Zoom video calls, telephone calls, emails, and other methods.

5.      I can, without difficulty, remotely attend hearings, conferences, and other court proceedings in this litigation (which I understand have thus far taken place via Zoom webinar) as the Court finds necessary via Zoom video or telephone. I am unaware of any restrictions on my ability to participate in depositions via Zoom video conference or any other form of electronic telecommunication, as I understand is increasingly common in U.S. cases since the pandemic. Moreover, once the restrictions regarding travel are lifted by the Chinese government, I will be able to make myself available in the United States for in-person testimony for either purposes of deposition or trial. I am fully committed to participation in the discovery process in this litigation in all respects.

6.      I am aware that, in addition to myself, Martin Dugan also timely moved for appointment as Lead Plaintiff in this litigation and is the movant that claims the second-largest loss (after me). I have agreed to serve as Co-Lead Plaintiff with Mr. Dugan (a U.S.-based investor) to help further alleviate the Court's concerns about appointing a non-U.S. resident as Lead Plaintiff in this litigation and to ensure that this case is vigorously and efficiently prosecuted in the best interests of the Class. Mr. Dugan and I have one another's contact information and have been in communication via email regarding this litigation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Executed on this ____26th____ day of May, 2022.

DocuSigned by:

*Leon Yu*

897A5256FD8B47F...

Leon Yu