# EXHIBIT B

**DECLARATION OF MARTIN DUGAN**

I, Martin Dugan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I respectfully submit this Declaration in support of my joint proposal concerning the appointment of Lead Plaintiff in this matter.

2.      On March 8, 2022, I filed a motion to be appointed Lead Plaintiff.  Together with that motion, I filed a declaration that provided biographical information about who I am, including that I live in Malibu, California.  The declaration also explained that I am 66 years old and have been investing in the stock market for 35 years.  I earned a bachelor's degree from Elmira College in New York. I am retired and was previously the Vice President of Development for a prominent television conglomerate.

3.      On March 22, 2022, I filed a notice of non-opposition with respect to the competing Lead Plaintiff motions given that it appeared that another movant, Leon Yu and Max Wisdom Technology Limited (together, "Yu"), claimed the largest financial interest in this case.

4.      I understand that on April 22, 2022, the Court held a hearing on the Lead Plaintiff motions and expressed concern as to whether Yu can serve as a representative party in this case given that Mr. Yu and Max Wisdom Technology Limited are both based in China.  More specifically, the Court expressed concern that conducting discovery in China may be unduly burdensome and it is near impossible to leave China given the current COVID lockdowns.  The Court then requested that the plaintiffs discuss how to best handle this situation and to provide a proposal to the Court.

5.      After due consideration, my proposal is to serve as Co-Lead Plaintiff with Yu.  This will ensure that the class is protected with a U.S. based investor in the event that discovery issues or COVID lockdowns prevent Yu from actively overseeing and participating in discovery or other aspects of this case.

6.      I have Mr. Yu's contact information and we have been in contact by email.  I am fully prepared to jointly prosecute this case with Mr. Yu and oversee and monitor the litigation together, and coordinate with counsel to ensure that this case is vigorously and efficiently prosecuted in the best interests of the entire Class.

2

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the forgoing is true, accurate and complete to the best of my knowledge.

Executed on _5/27/2022_____.

DocuSigned by:

_Martin Dugan_

2FC1738043F143D...

Martin Dugan

2