**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (Bar No. 191305)
555 12th Street, Suite 1600
Oakland, California 94607
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Co-Lead Plaintiff Martin Dugan*
*and Co-Lead Counsel for the Putative Class*

**POMERANTZ LLP**
Jennifer Pafiti (Bar No. 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (212) 661-8665

*Counsel for Co-Lead Plaintiff Leon Yu*
*and Max Wisdom Technology Limited and*
*Co-Lead Counsel for the Putative Class*

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION | Case No. 3:22-cv-00105-SI |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF JONATHAN D. PARK IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED COMPLAINT** |
| ALL ACTIONS | |
| | Date:       November 4, 2022 |
| | Time:       10:00 A.M. |
| | Courtroom:  1 |
| | Judge:      Hon. Susan Illston |

I, Jonathan D. Park, hereby declare as follows:

1.      I am an attorney with the law firm Pomerantz LLP, counsel for Co-Lead Plaintiff Leon Yu and Max Wisdom Technology Limited and Co-Lead Counsel for the Putative Class.  I am an attorney duly licensed to practice in the State of New York and have been admitted to practice *pro hac vice* in this matter.  I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

2.      Attached as Exhibit A hereto is a true and correct copy of a published transcript of a Virtual Town Hall event convened by the U.S. Food and Drug Administration ("FDA") on September 16, 2020.  Portions of this Exhibit are highlighted for the Court's convenience.

3.      Attached as Exhibit B hereto is a true and correct copy of a published transcript of a Virtual Town Hall event convened by the FDA on December 2, 2020.  Portions of this Exhibit are highlighted for the Court's convenience.

4.      Attached as Exhibit C hereto is a true and correct copy of an article published on April 7, 2021 entitled "SARS-CoV-2 is detectable using sensitive RNA saliva testing days before viral load reaches detection range of low-sensitivity nasal swab tests" and available at https://www.scienceopen.com/document_file/db5c4df6-ef05-40fd-b700-a7df27233737/PubMedCentral/db5c4df6-ef05-40fd-b700-a7df27233737.pdf.  Portions of this Exhibit are highlighted for the Court's convenience.

5.      Attached as Exhibit D hereto is a true and correct copy of the Separation and Consulting Agreement between Talis and Brian Coe dated August 28, 2021, filed by Talis with the SEC on November 16, 2021 and available at https://www.sec.gov/Archives/edgar/data/1584751/000156459021057086/tlis-ex101_285.htm.

6.      Attached as Exhibit E hereto is a true and correct copy of an article published in February 2022 by the Journal of Clinical Microbiology entitled "Quantitative SARS-CoV-2 Viral-Load Curves in Paired Saliva Samples and Nasal Swabs Inform Appropriate Respiratory Sampling Site and Analytical Test Sensitivity Required for Earliest Viral Detection" and available at https://journals.asm.org/doi/pdf/10.1128/jcm.01785-21.  Portions of this Exhibit are highlighted for the Court's convenience.

2

DECL. OF JONATHAN D. PARK IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT
Case No. 3:22-cv-00105-SI

7.    Attached as Exhibit F hereto is a true and correct copy of Talis Biomedical Corporation's ("Talis's") Form 8-K and attached press release, filed with the U.S. Securities and Exchange Commission ("SEC") on August 2, 2022, and available at https://www.sec.gov/ix?doc=/Archives/edgar/data/1584751/000095017022013870/tlis-20220802.htm (Form 8-K) and available at https://www.sec.gov/Archives/edgar/data/1584751/000095017022013870/tlis-ex99_1.htm (press release). Portions of this Exhibit are highlighted for the Court's convenience.

8.    Attached as Exhibit G hereto is a true and correct copy of excerpts from Talis's quarterly report on Form 10-Q for the second quarter of its fiscal year 2022, filed with the SEC on August 2, 2022, and available at https://www.sec.gov/ix?doc=/Archives/edgar/data/1584751/000095017022013884/tlis-20220630.htm. Portions of this Exhibit are highlighted for the Court's convenience.

9.    Attached as Exhibit H hereto is a true and correct copy of Talis's Form 8-K, filed with the U.S. Securities and Exchange Commission ("SEC") on August 15, 2022, and available at https://www.sec.gov/ix?doc=/Archives/edgar/data/1584751/000095017022017159/tlis-20220812.htm. Portions of this Exhibit are highlighted for the Court's convenience.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 16, 2022 in New York, New York.

Dated: September 16, 2022                    /s/ Jonathan D. Park
                                             Jonathan D. Park

3

DECL. OF JONATHAN D. PARK IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE
CONSOLIDATED COMPLAINT
Case No. 3:22-cv-00105-SI