# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION | Case No. 3:22-cv-00105-SI |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT** |
| ALL ACTIONS | Date:        November 4, 2022<br>Time:        10:00 A.M.<br>Courtroom:   1<br>Judge:       Hon. Susan Illston |

[PROPOSED] ORDER DENYING MOTION TO DISMISS THE CONSOLIDATED COMPLAINT
Case No. 3:22-cv-00105-SI

Pending before the Court is Defendants Talis Biomedical Corporation, Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, Randal Scott, and Robert J. Kelley's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint For Violations of the Federal Securities Laws (the "Complaint") pursuant to Federal Rule of Civil Procedure 12(b)(6).

Having considered the moving, opposition, and reply papers, Defendants' Request for Judicial Notice and Consideration of Documents Incorporated by Reference in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint, Plaintiffs' Partial Objection thereto, Plaintiffs' Request for Judicial Notice, the argument of counsel, the pleadings and filings in this action, and all other matters properly before the Court, the Court holds as follows:

First, Defendants' Request for Judicial Notice and Consideration of Documents Incorporated by Reference in Support of Defendants' Motion to Dismiss is GRANTED IN PART and DENIED IN PART. With the exception of Exhibits K, N, R, S, and T to the Declaration of Samantha A. Kirby (the "Kirby Declaration"), the Court takes notice of the Exhibits to the Kirby Declaration to establish what was stated therein and not for the truth of such statements. Exhibits K, N, R, S, and T were not incorporated in the Complaint and are not proper subjects of judicial notice. The Court does not consider Exhibits K, N, R, S, and T to the Kirby Declaration in adjudicating the Motion to Dismiss. Further, the Court does not consider Exhibit U to the Kirby Declaration to the extent it deviates from, or exceeds the scope of, arguments made in Defendants' opening and reply memoranda of points and authorities in support of the Motion to Dismiss.

Second, Plaintiffs' Request for Judicial Notice is GRANTED. The Court takes notice of the Exhibits to the Declaration of Jonathan D. Park to establish what was stated therein and not for the truth of such statements.

Third, Defendants' Motion to Dismiss the Complaint is DENIED.

IT IS SO ORDERED.

Dated: _____, 2022        _____
                                          Hon. Susan Illston
                                          United States District Judge

2

[PROPOSED] ORDER DENYING MOTION TO DISMISS THE CONSOLIDATED COMPLAINT
Case No. 3:22-cv-00105-SI