COOLEY LLP
Patrick E. Gibbs (183174)
(pgibbs@cooley.com)
Shannon M. Eagan (212830)
(seagan@cooley.com)
Samantha A. Kirby (307917)
(skirby@cooley.com)
Jessie Simpson LaGoy (305257)
(jsimpsonlagoy@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Defendants Talis Biomedical Corporation,
Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond
Cheong, Melissa Gilliam, Rustem F. Ismagilov,
Kimberly J. Popovits, Matthew L. Posard, Randal Scott
and Robert J. Kelley*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION | Case No. 22-cv-00105-SI |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | **STATEMENT OF RECENT DECISION IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT** |
| ALL ACTIONS | |
| | Date:        November 4, 2022<br>Time:        10:00 A.M.<br>Courtroom:   1<br>Judge:       Hon. Susan Illston |

COOLEY LLP

STATEMENT OF RECENT DECISION
CASE NO. 22-CV-00105-SI

**TO THE COURT, THE PARTIES AND ALL COUNSEL OF RECORD:**

Pursuant to Civil Local Rule 7-3(d)(2), Defendants Talis Biomedical Corporation, Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, Randal Scott, and Robert J. Kelley respectfully submit to the Court the recent decision *In re Cloudera, Inc. Securities Litigation*, No. 19-cv-03221-MMC, 2022 WL 14813896 (N.D. Cal. October 25, 2022) (**Exhibit A**), in connection with their Motion to Dismiss Plaintiffs' Consolidated Complaint.  This decision was issued after briefing on Defendants' Motion to Dismiss was completed on October 14, 2022 (ECF 91), and may be relevant to the Court's consideration of whether Plaintiffs have adequately alleged falsity.  *See, e.g.*, *Cloudera*, 2022 WL 14813896, at *8.

Dated: November 2, 2022

COOLEY LLP

By:    */s/ Patrick E. Gibbs*
　　　　　Patrick E. Gibbs

*Attorneys for Defendants Talis Biomedical Corporation, Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, Randal Scott and Robert J. Kelley*

COOLEY LLP

STATEMENT OF RECENT DECISION
CASE NO. 22-CV-00105-SI

1