COOLEY LLP
Patrick E. Gibbs (183174)
(pgibbs@cooley.com)
Shannon M. Eagan (212830)
(seagan@cooley.com)
Samantha A. Kirby (307917)
(skirby@cooley.com)
Jessie Simpson LaGoy (305257)
(jsimpsonlagoy@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Defendants Talis Biomedical Corporation, Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, and Randal Scott*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION | Case No. 22-cv-00105-SI |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF SHANNON M. EAGAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |
| ALL ACTIONS | Date:     May 5, 2023 Time:     10:00 A.M. Courtroom:  1 Judge:     Hon. Susan Illston |

COOLEY LLP

I, Shannon M. Eagan, hereby declare as follows:

1.    I am an attorney with the law firm Cooley LLP, counsel for Defendants Talis Biomedical Corporation ("Talis"), Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, and Randal Scott in the above-captioned action.  I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

2.    Attached hereto as **Exhibit 1** to this declaration is a true and correct copy of the U.S. Food and Drug Administration's ("FDA") Letter Granting Emergency Use Authorization to Boston Medical Center's BMC-CReM COVID-19 Test, dated July 10, 2020, and available at https://www.fda.gov/media/140024/download.  Portions of the Exhibit are highlighted for the Court's convenience.

3.    Attached hereto as **Exhibit 2** to this declaration is a true and correct copy of the FDA's Molecular Diagnostic Template for Commercial Manufacturers, as published on July 28, 2020.  Portions of the Exhibit are highlighted for the Court's convenience.

4.    Attached hereto as **Exhibit 3** to this declaration is a true and correct copy of a transcript of a Virtual Town Hall event convened by the FDA on September 16, 2020, and available at https://www.fda.gov/media/142312/download.  Portions of the Exhibit are highlighted for the Court's convenience.

5.    Attached hereto as **Exhibit 4** to this declaration is a true and correct copy of the FDA SARS-CoV-2 Reference Panel Comparative Data, published to the FDA's website and last updated December 7, 2020, and available at https://www.fda.gov/medical-devices/coronavirus-covid-19-and-medical-devices/sars-cov-2-reference-panel-comparative-data.

6.    Attached hereto as **Exhibit 5** to this declaration is a true and correct copy of *SARS-CoV-2 Viral Load in Saliva Rises Gradually and to Moderate Levels in Some Humans*, written by Ismagilov, et. al., as published in pre-print form on December 11, 2020, and available at https://www.medrxiv.org/content/10.1101/2020.12.09.20239467v1.

7.    Attached hereto as **Exhibit 6** to this declaration is a true and correct copy of excerpts

from Lucira Health, Inc.'s Registration Statement on Form S-1, filed with the U.S. Securities and Exchange Commission ("SEC") on January 15, 2021 and available at https://www.sec.gov/Archives/edgar/data/1652724/000119312521010174/d19221ds1.htm. Portions of the Exhibit are highlighted for the Court's convenience.

8.    Attached hereto as **Exhibit 7** to this declaration is a true and correct copy of Talis's Final Amended Registration Statement on Form S-1/A, filed with the SEC on February 11, 2021 and                                                    available                                                    at https://www.sec.gov/Archives/edgar/data/1584751/000119312521037215/d25171ds1a.htm. Portions of the Exhibit are highlighted for the Court's convenience.

9.    Attached hereto as **Exhibit 8** to this declaration is a true and correct copy of a published transcript of an earnings call held by Talis on March 15, 2022 regarding the fourth quarter and full year of its fiscal year 2021.  Portions of the Exhibit are highlighted for the Court's convenience.

10.    Attached hereto as **Exhibit 9** to this declaration is a Summary of Alleged Misstatements, prepared at my direction, which lists each statement made by Defendants that Plaintiffs challenge in the Amended Consolidated Class Action Complaint filed January 13, 2023 (ECF 104) and the reasons set forth in Defendants' Motion as to why those statements are not actionable.


I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on February 17, 2023 in Palo Alto, California.

Dated: February 17, 2023                    */s/ Shannon M. Eagan*
                                             Shannon M. Eagan

COOLEY LLP

DECL. OF SHANNON M. EAGAN
ISO DEFENDANTS' MOTION TO DISMISS
CASE NO. 22-CV-00105-SI

**<u>Attestation Pursuant to Civ. L.R. 5-1(h)(3)</u>**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: February 17, 2023                    */s/ Patrick E. Gibbs*
                                              Patrick E. Gibbs