EXHIBIT 4

Case 3:22-cv-00105-SI     Document 107-5     Filed 02/17/23     Page 2 of 16

# SARS-CoV-2 Reference Panel Comparative Data

The FDA SARS-CoV-2 Reference Panel allows for a more precise comparison of the analytical performance of different molecular in vitro diagnostic (IVD) assays intended to detect SARS-CoV-2. The Reference Panel contains common, independent, and well-characterized reference material that is available to developers of SARS-CoV-2 nucleic acid-based amplification tests (NAATs) for which Emergency Use Authorization (EUA) was requested.

## On this page:

- Background

- Development of the FDA SARS-CoV-2 Reference Panel

- Distribution and Testing of the Reference Panel

  - Table 1. Status of Developers of Authorized EUAs contacted for distribution of the FDA SARS CoV 2 Reference Panel

- FDA SARS-CoV-2 Reference Panel Results

  - Table 2. Sensitivity Mean Estimates of the EUA authorized SARS-CoV-2 molecular diagnostic tests using the FDA SARS CoV 2 Reference Panel

    - Table 2A. Swabs in Transport Media

    - Table 2B. Direct Swabs (Dry Swabs)

    - Table 2C. Saliva

## Background

During the early months of the Coronavirus Disease 2019 (COVID-19) pandemic, clinical specimens were not readily available to developers of IVDs to detect SARS-CoV-2. Therefore, the FDA authorized IVDs based on available data from contrived samples generated from a range of SARS-CoV-2 material sources (for example, gene specific RNA, synthetic RNA, or whole genome viral RNA) for analytical and clinical performance evaluation. While validation using these contrived specimens provided a measure of confidence in test performance at the beginning of the pandemic, it is not feasible to precisely compare the performance of various tests that used contrived specimens because each test validated performance using samples derived from different gene specific, synthetic, or genomic nucleic acid sources.

Top ()

From February through the middle of May, the FDA issued a total of 59 EUAs for IVDs for the qualitative detection of nucleic acid from SARS-CoV-2 based on validation data using contrived specimens derived from SARS-CoV-2 viral RNA. As the pandemic progressed and more patient specimens became available, on May 11, 2020, the FDA recommended in the Policy for Coronavirus Disease-2019 Tests (/regulatory-information/search-fda-guidance-documents/policy-coronavirus-disease-2019-tests-revised)that developers obtain and use patient specimens to validate their tests.

Recognizing the value to healthcare professionals, laboratories, and patients in understanding the relative performance of NAATs for SARS-CoV-2, the FDA obtained live virus in February to develop a reference panel. Reference panels are a fundamental tool for performance assessment of molecular tests (/medical-devices/coronavirus-disease-2019-covid-19-emergency-use-authorizations-medical-devices/in-vitro-diagnostics-euas), and the use of the same reference material across different tests allows a direct comparison of analytical sensitivity performance across these tests. As was done for the evaluation of NAATs for Zika (/vaccines-blood-biologics/science-research-biologics/fda-zika-virus-reference-panel-molecular-based-diagnostic-devices-supports-product-testing-emergency), the FDA is again providing a tool for a comparative analysis of the performance of different tests. Such comparison has shown to be useful to healthcare providers and laboratories using these tests.

The FDA SARS-CoV-2 Reference Panel is shared with developers who have interacted with FDA through the review process.

## Development of the FDA SARS-CoV-2 Reference Panel

To more precisely compare the performance of NAAT SARS-CoV-2 assays, through a collaboration between the Center for Devices and Radiological Health (CDRH) and the Center for Biologics Evaluation and Research (CBER), the FDA established a Reference Panel composed of standardized material, suitable for the determination and direct comparison of analytical sensitivity and cross-reactivity of nucleic acid-based SARS-CoV-2 assays.

The panel contains one heat-inactivated SARS-CoV-2 strain and one heat-inactivated MERS-CoV strain in cell culture media. The panel is composed of five tubes (T1 to T5): T1 contains the SARS-CoV-2 strain (2019-nCoV/USA-WA1/2020) at a concentration of ~$1.8\times10^8$ RNA NAAT detectable units/mL (NDU/mL); T2, T3, T4, and T5 contain blinded samples, meaning that, although the FDA knows the concentration, the developer testing the samples does not. Based on a standard protocol provided by the FDA for T1, the developers are asked to perform a range finding Limit of Detection (LoD) study followed by a confirmatory study to further define and corroborate the LoD of their assay. The blinded samples (T2 to T5) are also tested per a protocol provided by the FDA, to confirm the LoD determined for T1 and evaluate cross-reactivity with MERS-CoV virus. Depending on the test, the number of tests performed on different amounts of viral replicates can range from over 40 to over 150.

Top ()

The FDA SARS-CoV-2 Reference Panel was first provided to all developers of authorized IVD EUAs that used contrived samples to validate their assay and is provided to all developers who request an EUA for SARS-CoV-2 NAATs. In general, FDA's EUAs require developers to evaluate and submit the analytical limit of detection and assess traceability of their product with any FDA-recommended reference material as a condition of the authorization. As explained above, assessment of assay performance using the FDA SARS-CoV-2 Reference Panel allows for a consistent determination of the relative sensitivity of these tests and cross-reactivity with MERS-CoV virus.

While the FDA SARS-CoV-2 Reference Panel helps determine the comparative performance among authorized tests, the panel is not a replacement for the analytical and clinical validation recommendations the FDA has provided in the EUA templates (https://www.fda.gov/medical-devices/coronavirus-disease-2019-covid-19-emergency-use-authorizations-medical-devices/vitro-diagnostics-euas#covid19ivdTemplates). For example, the panel only includes one strain of SARS-CoV-2 and one cross-reactant, MERS-CoV. Recent mutations reported for SARS-CoV-2 (e.g., D614G), which may impact molecular testing, are not included.

## Distribution and Testing of the FDA SARS-CoV-2 Reference Panel

The FDA began distribution of the FDA SARS-CoV-2 Reference Panel in May 2020. As of November 14, 2020, the FDA has contacted developers of 206 authorized assays for shipping information and has sent the reference panel to developers of 190 authorized assays. The FDA is reviewing results as they are returned and continues to send the reference panel out to additional developers.

As of October 9, 2020, the FDA has contacted developers of 197 authorized assays for shipping information and by October 14, 2020 sent the reference panel to developers of 181 authorized assays which are included in the tables below. Developers who received the reference panel were asked to conduct testing and return results within two weeks of receiving the panel. Many developers returned data to the FDA by October 30, 2020, but in some cases, FDA did not receive the data, or the data was uninterpretable, or is still under interactive review. All contacted developers are listed in Table 1 along with the current status of their Reference Panel testing. Confirmed results of the relative sensitivity of EUA authorized assays provided by developers as of October 30, 2020, are displayed in Tables 2A, 2B, and 2C. The results are presented in three tables according to the clinical matrix used in the study: swab in transport media, direct swabs (dry swabs), or saliva.

Following a protocol provided by the FDA with the reference panel, developers conducted testing with 3 replicates of serial dilutions of the SARS-CoV-2 virus provided in T1 in clinical negative specimens. The studies are performed by diluting the panel material in "negative

Top ()

patient clinical matrix" acquired and prepared by individual developers. The developers identified a provisional LoD and then performed confirmatory testing. To corroborate the LoD identified from testing T1, developers then diluted in clinical negative specimens and tested the blinded samples (T2-T5) according to the protocol provided by the FDA.

# Table 1. Status of Developers of Authorized EUAs contacted for distribution of the FDA SARS CoV 2 Reference Panel

This table lists developers who were contacted for distribution of the FDA SARS-CoV-2 Reference Panel as of 10/9/2020 for panel shipping no later than 10/14/20.

**Status Notes:**

- Status of "Did not provide shipping information" indicates that no shipping information was received by 10/14/2020.

- Status of "Data not returned" indicates that no data was received as of 10/30/2020.

Search: [                    ]

Show [ 25 ▾ ] entries

| Developer | Authorized Test | Status |
|---|---|---|
| 1drop Inc. | 1copy COVID-19 qPCR Multi Kit | Results in Table 2A |
| 3B Blackbio Biotech India Ltd., a subsidiary of Kilpest India Ltd. | TRUPCR SARS-CoV-2 Kit | Did not provide shipping information |
| Abbott Diagnostics Scarborough, Inc. | ID NOW COVID-19 | Results in Table 2B |
| Abbott Molecular | Abbott RealTime SARS-CoV-2 assay | Results in Table 2A |
| Abbott Molecular Inc. | Alinity m SARS-CoV-2 assay | Under interactive review |
| Access Bio, Inc. | CareStart COVID-19 MDx RT-PCR | Results in Table 2A |
| Access Genetics, LLC | OraRisk COVID-19 RT-PCR | Data not returned |
| Acupath Laboratories, Inc | Acupath COVID-19 Real-Time (RT-PCR) Assay | Results in Table 2A |
| Agena Bioscience, Inc. | MassARRAY SARS-CoV-2 Panel | Under interactive review |
| AIT Laboratories | SARS-CoV-2 Assay | Results in Table 2A |
| Alpha Genomix Laboratories | Alpha Genomix TaqPath SARS-CoV-2 Combo Assay | Results in Table 2A |

∧
Top ()

| Developer | Authorized Test | Status |
|---|---|---|
| altona Diagnostics GmbH | RealStar SARS-CoV-2 RT-PCR Kit U.S. | Data uninterpretable* |
| Altru Diagnostics, Inc. | Altru Dx SARS-CoV-2 RT-PCR assay | Results in Table 2A |
| Applied BioCode, Inc. | BioCode SARS-CoV-2 Assay | Results in Table 2A |
| Applied DNA Sciences, Inc. | Linea COVID-19 Assay Kit | Results in Table 2A |
| Aspirus Reference Laboratory | Aspirus SARS-CoV rRT Assay | Data not returned |
| Assurance Scientific Laboratories | Assurance SARS-CoV-2 Panel | Results in Table 2A |
| Atila BioSystems, Inc. | iAMP COVID-19 Detection Kit | Results in Table 2B |
| Avellino Lab USA, Inc. | AvellinoCoV2 test | Results in Table 2A |
| BayCare SARS-CoV-2 RT PCR Assay | BayCare SARS-CoV-2 RT PCR Assay | Results in Table 2A |
| Becton, Dickinson & Company | BD SARS-CoV-2 Reagents for BD MAX System | Results in Table 2A |
| Becton, Dickinson & Company (BD) | BioGX SARS-CoV-2 Reagents for BD MAX System | Results in Table 2A |
| Beijing Wantai Biological Pharmacy Enterprise Co., Ltd. | Wantai SARS-CoV-2 RT-PCR Kit | Did not provide shipping information |
| BGI Genomics Co. Ltd | Real-Time Fluorescent RT-PCR Kit for Detecting SARS-CoV-2 | Results in Table 2A |
| BillionToOne, Inc. | qSanger-COVID-19 Assay | Data not returned |

Showing 1 to 25 of 195 entries

Previous | 1 | 2 | 3 | 4 | 5 | ... | 8 | Next

\* No patient matrix was used

\*\* Test performed with nasopharyngeal swab and saliva, but data uninterpretable

# FDA SARS-CoV-2 Reference Panel Results

Confirmed results from reference data sets received as of October 30, 2020, are shown in Table 2. No cross-reactivity with MERS–CoV has been observed unless otherwise specified.

**Note:** In the data in Table 2, a lower LoD represents a test's ability to detect a smaller amount of viral material in a given sample, signaling a more sensitive test. The FDA will continue to update the table as it receives results to provide laboratories, healthcare providers, and patients with a resource they can use to better inform which tests they select to use.

Top ()

# Table 2. Sensitivity Mean Estimates of the EUA authorized SARS-CoV-2 molecular diagnostic tests using the FDA SARS CoV-2 Reference Panel

**Note:** The current performance reflects the extraction/ instrument combination with the least sensitive LoD. For additional information please refer to the Instructions for Use of the assay.

**Table 2A - Swabs in Transport Media**
Swabs are collected and transported in media as per the Instructions for Use of each EUA. If several specimen types are authorized, nasopharyngeal (NP) swabs were recommended to use. The clinical matrix is spiked following the FDA-proposed dilution protocol and tested.

**Notes:**

- Nasopharyngeal swabs, unless otherwise noted. Transport media refers to Viral Transport Media (VTM), Universal Transport Media (UTM), phosphate-buffered saline (PBS), saline, etc.

- NDU/mL = NAAT Detectable Units/mL

Search: 

Show  All  entries

| Product LoD (NDU/mL) | Developer | Test | Comments |
|---|---|---|---|
| 180 | PerkinElmer, Inc. | PerkinElmer New Coronavirus Nucleic Acid Detection Kit | |
| 180 | Viracor Eurofins Clinical Diagnostics | Viracor SARS-CoV-2 assay | |
| 450 | Zymo Research Corporation[1] | Quick SARS-CoV-2rRT-PCR Kit | |
| 540 | ScienCell Research Laboratories | ScienCell SARS-CoV-2 Coronavirus Real-time RT-PCR (RT-qPCR) Detection Kit | |
| 540 | Fast Track Diagnostics Luxembourg S.á.r.l. (a Siemens Healthineers Company) | FTD SARS-COV-2 | |
| 600 | BioCore Co., Ltd. | BioCore 2019-nCoV Real Time PCR Kit | |

^
Top ()

| Product LoD (NDU/mL) | Developer | Test | Comments |
|---|---|---|---|
| 600 | Bio-Rad Laboratories, Inc | Bio-Rad SARS-CoV-2 ddPCR Test | |
| 600 | DiaCarta, Inc | QuantiVirus SARS-CoV-2 Test kit | Results were obtained with the version of the test authorized on 4/08/2020 |
| 600 | DiaCarta, Inc | QuantiVirus SARS-CoV-2 Multiplex Test Kit | |
| 600 | Hologic, Inc. | Panther Fusion SARS-CoV-2 Assay | |
| 600 | Hologic, Inc. | Aptima SARS-CoV-2 assay | |
| 600 | SEASUN BIOMATERIALS | U-TOP COVID-19 Detection Kit | |
| 720 | PrivaPath Diagnostics, Inc.[2] | LetsGetChecked Coronavirus (COVID-19) Test | |
| 1800 | Altru Diagnostics, Inc. | Altru Dx SARS-CoV-2 RT-PCR assay | |
| 1800 | Becton, Dickinson & Company (BD) | BioGX SARS-CoV-2 Reagents for BD MAX System | |
| 1800 | CirrusDx Laboratories | CirrusDx SARS-CoV-2 Assay | |
| 1800 | Euroimmun US, Inc. | EURORealTime SARS-Cov-2 | |
| 1800 | Helix OpCo LLC (dba Helix) | Helix COVID-19 Test | |
| 1800 | LabGenomics Co., Ltd. | LabGun COVID-19 RT-PCR Kit | |
| 1800 | OPTI Medical Systems, Inc. | OPTI SARS-COV-2 RT PCR Test | |
| 1800 | Quest Diagnostics Infectious Disease, Inc. | Quest SARS-CoV-2 rRT-PCR | |
| 1800 | Rheonix, Inc. | Rheonix COVID-19 MDx Assay | |
| 1800 | Roche Molecular Systems, Inc. | cobas SARS-CoV-2 & Influenza A/B | |
| 1800 | Roche Molecular Systems, Inc. (RMS) | cobas SARS-CoV-2 | |

∧
Top ()

| Product LoD (NDU/mL) | Developer | Test | Comments |
|---|---|---|---|
| 1800 | UMass Memorial Medical Center | UMass Molecular Virology Laboratory 2019-nCoV rRT-PCR Dx Panel | |
| 1800 | Texas Department of State Health Services, Laboratory Services Section | Texas Department of State Health Services (DSHS) SARS-CoV-2 Assay | |
| 1800 | Nationwide Children's Hospital | SARS-CoV-2 Assay | |
| 1800 | Maccura Biotechnology (USA) LLC | SARS-CoV-2 Fluorescent PCR Kit | |
| 1800 | Cormeum Laboratory Services | Cormeum SARS-CoV-2 Assay | |
| 1800 | CSI Laboratories | CSI SARS-CoV-2 RT PCR Test | |
| 1800 | Biocollections Worldwide, Inc. | Biocollections Worldwide SARS-Co-V-2 Assay | |
| 1800 | BayCare SARS-CoV-2 RT PCR Assay | BayCare SARS-CoV-2 RT PCR Assay | |
| 2400 | Tempus Lab, Inc. | iC SARS-CoV2 Test | |
| 2500 | Applied DNA Sciences, Inc. | Linea COVID-19 Assay Kit | |
| 2700 | Abbott Molecular | Abbott RealTime SARS-CoV-2 assay | |
| 2700 | Gencurix, Inc. | GenePro SARS-CoV-2 Test | |
| 3000 | BGI Genomics Co. Ltd | Real-Time Fluorescent RT-PCR Kit for Detecting SARS-CoV-2 | |
| 3600 | Fulgent Therapeutics, LLC | Fulgent COVID-19 by RT-PCR Test | |
| 3600 | Enzo Life Sciences, Inc. | AMPIPROBE SARS-CoV-2 Test System | |
| 5400 | Access Bio, Inc. | CareStart COVID-19 MDx RT-PCR | |
| 5400 | Applied BioCode, Inc. | BioCode SARS-CoV-2 Assay | |
| 5400 | Assurance Scientific Laboratories | Assurance SARS-CoV-2 Panel | |

Top ()

| Product LoD (NDU/mL) | Developer | Test | Comments |
|---|---|---|---|
| 5400 | Becton, Dickinson & Company | BD SARS-CoV-2 Reagents for BD MAX System | Results were obtained with the version of the test authorized on 9/23/2020 |
| 5400 | BioFire Defense, LLC | BioFire COVID-19 Test | |
| 5400 | Boston Heart Diagnostics | Boston Heart COVID-19 RT-PCR Test | |
| 5400 | Cepheid | Xpert Xpress SARS-CoV-2 test | |
| 5400 | ChromaCode Inc. | HDPCR SARS-CoV-2 Assay | |
| 5400 | Ethos Laboratories | Ethos Laboratories SARS-CoV-2 MALDI-TOF Assay | |
| 5400 | GeneMatrix, Inc | NeoPlex COVID-19 Detection Kit | |
| 5400 | Hackensack University Medical Center (HUMC) Molecular Pathology Laboratory | CDI Enhanced COVID-19 Test | |
| 5400 | Illumina, Inc. | Illumina COVIDSeq Test | |
| 5400 | KogeneBiotech Co., Ltd. | PowerChek 2019-nCoV Real-time PCR Kit | |
| 5400 | Luminex Molecular Diagnostics, Inc. | NxTAG CoV Extended Panel Assay | |
| 5400 | NeuMoDx Molecular, Inc. | NeuMoDx SARS-CoV-2 Assay | |
| 5400 | Patients Choice Laboratories, LLC | PCL SARS-CoV-2 Real-Time RT-PCR Assay | |
| 5400 | ZhuHai Sinochips Bioscience Co., Ltd | COVID-19 Nucleic Acid RT-PCR Test Kit | |
| 5400 | Guardant Health, Inc.[2] | Guardant-19 | |
| 5400 | Clear Labs, Inc. | Clear Dx SARS-CoV-2 Test | |
| 5400 | Sandia National Laboratories | SNL-NM 2019 nCoV Real-Time RT-PCR Diagnostic Assay | |

^ Top ()

Case 3:22-cv-00105-SI     Document 107-5     Filed 02/17/23     Page 11 of 16

| Product LoD (NDU/mL) | Developer | Test | Comments |
|---|---|---|---|
| 5400 | Roche Molecular Systems, Inc. | cobas SARS-CoV-2 & Influenza A/B Nucleic Acid Test for use on the cobas Liat System | |
| 5400 | OPTOLANE Technologies, Inc. | Kaira 2019-nCoV Detection Kit | |
| 5400 | LumiraDx UK Ltd. | LumiraDx SARS-CoV-2 RNA STAR | |
| 5400 | BioSewoom, Inc. | Real-Q 2019-nCoV Detection Kit | |
| 5700 | Centers for Disease Control and Prevention (CDC) | Influenza SARS-CoV-2 (Flu SC2) Multiplex Assay | |
| 6000 | Columbia University Laboratory of Personalized Genomic Medicine | TRIPLEX CII-SARS-CoV-2 rRT-PCR TEST | |
| 6000 | DiaSorin Molecular LLC | Simplexa COVID-19 Direct assay | |
| 6000 | Quidel Corporation | Lyra SARS-CoV-2 Assay | |
| 6000 | Seasun Biomaterials, Inc | AQ-TOP COVID-19 Rapid Detection Kit | |
| 6000 | Sherlock BioSciences, Inc. | Sherlock CRISPR SARS-CoV-2 Kit | |
| 6000 | University of North Carolina Medical Center | UNC Health SARS-CoV-2 real-time RT-PCR test | |
| 6000 | InBios International, Inc. | Smart Detect SARS-CoV-2 rRT-PCR Kit | |
| 6000 | BioFire Diagnostics, LLC | BioFire Respiratory Panel 2.1 (RP2.1) | |
| 6025 | Exact Sciences Laboratories | SARS-CoV-2 (N gene detection) Test | |
| 18000 | Diagnostic Solutions Laboratory, LLC | DSL COVID-19 Assay | |
| 18000 | Centers for Disease Control and Prevention (CDC) | CDC 2019-nCoV Real-Time RT-PCR Diagnostic Panel (CDC) | |
| 18000 | 1drop Inc. | 1copy COVID-19 qPCR Multi Kit | Top () |

Case 3:22-cv-00105-SI     Document 107-5     Filed 02/17/23     Page 12 of 16

| Product LoD (NDU/mL) | Developer | Test | Comments |
|---|---|---|---|
| 18000 | Acupath Laboratories, Inc | Acupath COVID-19 Real-Time (RT-PCR) Assay | |
| 18000 | Avellino Lab USA, Inc. | AvellinoCoV2 test | |
| 18000 | BioMérieux SA | SARS-COV-2 R-GENE | |
| 18000 | SolGent Co., Ltd | DiaPlexQ Novel Coronavirus (2019-nCoV) Detection Kit | |
| 18000 | Cedars-Sinai Medical Center, Department of Pathology and Laboratory Medicine | SARS-CoV-2-Assay | |
| 18000 | Color Genomics, Inc.[2] | Color Genomics SARS-CoV-2 RT-LAMP Diagnostic Assay | Results were obtained with the version of the test authorized on 8/28/2020 |
| 18000 | Eli Lilly and Company | Lilly SARS-CoV-2 Assay | |
| 18000 | Gravity Diagnostics, LLC | Gravity Diagnostics COVID-19 Assay | |
| 18000 | HealthQuest Esoterics | HealthQuest Esoterics TaqPath SARS-CoV-2 Assay | |
| 18000 | Infectious Diseases Diagnostics Laboratory (IDDL), Boston Children's Hospital | Childrens-Altona-SARS-CoV-2 Assay | |
| 18000 | KorvaLabs Inc. | Curative-Korva SARS-Cov-2 Assay | |
| 18000 | Pathology/Laboratory Medicine Lab of Baptist Hospital Miami | COVID-19 RT-PCR Test | |
| 18000 | Phosphorus Diagnostics LLC | Phosphorus COVID-19 RT-qPCR Test[4] | |
| 18000 | Psomagen, Inc. | Psoma COVID-19 RT Test | |
| 18000 | Ultimate Dx Laboratory | UDX SARS-CoV-2 Molecular Assay | |
| 18000 | Vela Operations Singapore Pte Ltd | ViroKey SARS-CoV-2 RT-PCR Test | |

∧
Top ()

| Product LoD (NDU/mL) | Developer | Test | Comments |
|---|---|---|---|
| 18000 | University of Texas MD Anderson Cancer Center, Molecular Diagnostics Laboratory | MD Anderson High-throughput SARS-CoV-2 RT-PCR Assay | |
| 18000 | Stanford Health Care Clinical Virology Laboratory | Stanford SARS-CoV-2 assay | |
| 18000 | T2 Biosystems, Inc. | T2SARS-CoV-2 Panel | |
| 18000 | Gene By Gene | Gene By Gene SARS-CoV-2 Detection Test | |
| 18000 | AIT Laboratories | SARS-CoV-2 Assay | |
| 18000 | Gravity Diagnostics, LLC | Gravity Diagnostics SARS-CoV-2 RT-PCR Assay | |
| 18000 | Solaris Diagnostics | Solaris Multiplex SARS-CoV-2 Assay | |
| 18000 | Biomeme, Inc. | Biomeme SARS-CoV-2 Real-Time RT-PCR Test | |
| 54000 | Visby Medical, Inc. | Visby Medical COVID-19 | |
| 54000 | Primerdesign Ltd.[3] | Primerdesign Ltd COVID-19 genesig Real-Time PCR assay | |
| 180000 | Diatherix Eurofins Laboratory | SARS-CoV-2 PCR Test | |
| 180000 | Ipsum Diagnostics, LLC | COV-19 IDx assay | Results were obtained with the version of the test authorized on 4/01/2020 |
| 180000 | Thermo Fisher Scientific, Inc. | TaqPath COVID-19 Combo Kit | |
| 180000 | Luminex Corporation | ARIES SARS-CoV-2 Assay | |
| 180000 | PreciGenome LLC[3] | FastPlex Triplex SARS-CoV-2 detection kit (RT-Digital PCR) | |
| 180000 | QIAGEN GmbH | QIAstat-Dx Respiratory SARS-CoV-2 Panel | |
| 180000 | Southwest Regional PCR Laboratory LLC. dba MicroGen DX | COVID-19 Key | |

︿
Top ()

| Product LoD (NDU/mL) | Developer | Test | Comments |
|---|---|---|---|
| 180000 | Specialty Diagnostic (SDI) Laboratories | SDI SARS-CoV-2 Assay | |
| 180000 | UTMG Pathology Laboratory[2] | UTHSC/UCH SARS-CoV-2-RT-PCR Assay | |
| 180000 | Omnipathology Solutions Medical Corporation | Omni COVID-19 Assay by RT-PCR | |
| 180000 | Laboratorio Clinico Toledo | Laboratorio Clinico Toledo SARS-CoV-2 Assay | |
| 180000 | Express Gene LLC, DBA: Express Gene Molecular Diagnostics Laboratory | Express Gene 2019-nCoV RT-PCR Diagnostic Panel | |
| 180000 | Alpha Genomix Laboratories[3] | Alpha Genomix TaqPath SARS-CoV-2 Combo Assay | |
| 540000 | TNS Co., Ltd (Bio TNS) | COVID-19 RT-PCR Peptide Nucleic Acid (PNA) kit | |
| 600000 | Boston Medical Center | BMC-CReM COVID-19 Test | |

Showing 1 to 117 of 117 entries

Previous   1   Next

[1] Sputum

[2] Nasal swabs

[3] Oropharyngeal swabs

[4] Cross-reactivity with MERS-CoV was observed

## Table 2B-Direct Swabs (Dry Swabs)

For devices authorized for use with dry swab specimens only, mock swabs are prepared by pipetting 50 µL of each diluted virus stock onto a swab. Dry swabs are let to dry for a minimum of 20 minutes, and the swab is tested following the Instructions for Use for the device.

## Notes:

- Nasopharyngeal swabs, unless otherwise noted.

- NDU/mL = NAAT Detectable Units/mL

Search:

Top ()

| Product LoD (NDU/mL) ▲ | Developer ⇕ | Test ⇕ |
|---|---|---|
| 60000 | Cue Health Inc.[a] | Cue COVID-19 Test |
| 180000 | Atila BioSystems, Inc. | iAMP COVID-19 Detection Kit |
| 300000 | Abbott Diagnostics Scarborough, Inc. | ID NOW COVID-19 |
| 540000 | Quidel Corporation | Lyra Direct SARS-CoV-2 Assay |

Showing 1 to 4 of 4 entries

[a] Nasal swab

## Table 2C-Saliva

Corroborated negative saliva is pooled. The volume of saliva that goes into the collection device is then spiked with the material at the same dilution as indicated for NP swabs (considering the replicates needed and an excess volume for the serial dilution). If the collection device is a dry container with nothing in it, the saliva is spiked and tested. However, if the collection device contains liquid, the saliva is mixed with virus and then the normal volume of collected saliva is added to the container to mimic the workflow. The volumes in the FDA-proposed dilution protocol may need to be adjusted to follow the device Instructions for Use.

**Note:** NDU/mL = NAAT Detectable Units/mL

Search: [          ]

| Product LoD (NDU/mL) ▲ | Developer ⇕ | Test ⇕ |
|---|---|---|
| 600 | Quadrant Biosciences Inc. | Clarifi COVID-19 Test Kit |
| 3600 | DxTerity Diagnostics, Inc. | DxTerity SARS-CoV-2 RT-PCR Test |
| 5400 | Clinical Reference Laboratory, Inc. | CRL Rapid Response |
| 18000 | Yale School of Public Health, Department of Epidemiology of Microbial Diseases | SalivaDirect |
| 18000 | Phosphorus Diagnostics LLC | Phosphorus COVID-19 RT-qPCR Test |
| 54000 | Fluidigm Corporation | Advanta Dx SARS-CoV-2 RT-PCR Assay |
| 180000 | Express Gene LLC, DBA: Express Gene Molecular Diagnostics Laboratory | Express Gene 2019-nCoV RT-PCR Diagnostic Panel |

∧
Top ()

Case 3:22-cv-00105-SI    Document 107-5    Filed 02/17/23    Page 16 of 16

Showing 1 to 7 of 7 entries

Top ()