# EXHIBIT 6

**Table of Contents**

As filed with the U.S. Securities and Exchange Commission on January 15, 2021.

Registration No. 333-

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM S-1
## REGISTRATION STATEMENT
*UNDER*
*THE SECURITIES ACT OF 1933*

# Lucira Health, Inc.
**(Exact name of registrant as specified in its charter)**

| Delaware | 2835 | 27-2491037 |
|---|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(Primary Standard Industrial Classification Code Number)** | **(I.R.S. Employer Identification Number)** |

**1412 62nd Street**
**Emeryville, California 94608**
**(510) 350-8071**
**(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)**

**Erik T. Engelson**
**President and Chief Executive Officer**
**Lucira Health, Inc.**
**1412 62nd Street**
**Emeryville, California 94608**
**(510) 350-8071**
**(Name, address, including zip code, and telephone number, including area code, of agent for service)**

*Copies to:*

| | |
|---|---|
| **Josh Seidenfeld** | **Ilir Mujalovic** |
| **John T. McKenna** | **Shearman & Sterling LLP** |
| **Mark B. Weeks** | **599 Lexington Avenue** |
| **Alexa M. Ekman** | **New York, New York 10022** |
| **Cooley LLP** | **(212) 848-4000** |
| **3175 Hanover Street** | |
| **Palo Alto, California 94304** | |
| **(650) 843-5000** | |

**Approximate date of commencement of proposed sale to the public:** As soon as practicable after this registration statement is declared effective.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933 check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

**CALCULATION OF REGISTRATION FEE**

| Title of Each Class of Securities to be Registered | Proposed Maximum Aggregate Offering Price (1)(2) | Amount of Registration Fee |
|---|---|---|
| Common Stock, $0.001 par value per share | $115,000,000 | $12,547 |

(1)    Includes the aggregate offering price of additional shares of common stock that the underwriters have the option to purchase.

(2)    Estimated solely for the purpose of calculating the registration fee pursuant to Rule 457(o) under the Securities Act of 1933, as amended.

**The Registrant hereby amends this registration statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this registration statement shall thereafter become effective in accordance with section 8(a) of the Securities Act of 1933, as amended, or until the registration statement shall become effective on such date as the Commission acting pursuant to said section 8(a), may determine.**

Table of Contents

Our proprietary platform is embodied in our COVID-19 test kit, pictured below:



We believe our platform provides the following competitive benefits:

- ***Molecular accuracy.*** Accurate testing, which we measure using LoD, is paramount in mitigating the spread of infectious diseases. LoD is the defining measure of an assay's ability to reliably detect the presence of a specific target, such as viral RNA or protein. Tests with a lower LoD are more sensitive because they can detect positive samples with low viral load. All the FDA EUA authorized high sensitivity molecular assays have an LoD of 1,000 cps / mL VTM equivalent or lower, which is significantly better than antigen tests. These molecular tests can be used reliably among symptomatic and asymptomatic individuals, unlike antigen tests which can be limited to use among symptomatic individuals in their first seven days of symptoms. Molecular tests are diagnostically definitive, whereas antigen tests are not. We perform routine surveillance of emerging SARS-CoV-2 strains by periodically evaluating *in silico* reactivity against sequence databases. While our evaluations of the variants in the United Kingdom, or the U.K., and South Africa have shown that these two variants are reactive to our COVID-19 test kit, we cannot currently definitively confirm that our COVID-19 test kit will be successful in detecting these strains. We anticipate performing testing to confirm detection with these strains once they become commercially available.
- ***Simple, intuitive test kit.*** We designed our test kits to be used anywhere and at any time. Our test kits have a simple, intuitive, three-step "swab, stir, detect" sequence. In our usability studies, approximately 97% of users said our COVID-19 test kit met or exceeded their expectations with regard to ease of use, whereas many molecular tests require specialized equipment and trained personnel for operation.
- ***Portable 'swab-to-result' within 30 minutes.*** Our COVID-19 test kit was designed to provide a clinically relevant COVID-19 result within 30 minutes, with the potential for a positive COVID-19 result in as few as 11 minutes. We believe this is highly beneficial when dealing with infectious diseases as it allows people to quickly determine if they are infected, and enables them to

Table of Contents

Table of Contents

As of November 20, 2020, the table below generally summarizes the different characteristics across the three testing modalities.

| | Molecular | | | Antigen | Antibody |
|---|---|---|---|---|---|
| | Lucira COVID-19 Test Kit[1] | Typical POC Tests | Typical Centralized Laboratory Tests | | |
| Intended Use | POC, Prescription At-home | POC | Centralized Laboratory | POC | POC, Moderate, High Complexity Laboratory |
| Device Format | Single-use | Instrument + disposable cartridge | Specialized equipment, multiple steps and batch process | Instrument + disposable cartridge, single-use | Single-use |
| Detection Target | Viral RNA | | | Viral Proteins | Human Antibodies |
| Detects Active Infection? | Yes, through molecular amplification which can detect viral presence better and earlier in the disease process (compared to antigen and antibody tests) | | | Yes, but limited to detecting only viral proteins and does not have amplification | No |
| Window of Detection | +1 day after infection | | | 4-5 days after infection usually coinciding with symptom onset | Post-infection |
| Limit of Detection (cps / mL of VTM equivalent) | 900[2] | Highly accurate assays have an LoD at or below 1,000; over half of FDA EUA assays have an LoD greater than 1,000 | | Approximately 40,000 median[3] | N/A |
| Sensitivity[4] | >95% | | | 80-98% | Approximately 60% within 6 days of PCR positive |
| Processing Time | <30 min | <30 min | Approximately 2.5 hours | <15 min | <15 min |
| Time to Results[5] | Immediate | Hours to Days | Days to Weeks | Hours to Days | Hours to Days |
| Cost per Test | ≤$50 | $50 + Instrument | $50-$150 | $5+ | $20 |
| Indication | People suspected of having COVID-19, with or without symptoms[6] | | | Limited to people within first four days of symptoms | Anybody |

(1)   We received an EUA from the FDA on November 17, 2020 for our COVID-19 test kit.
(2)   Equivalent to 2,700 copies per swab and 0.12 TCID50 / mL of VTM equivalent.
(3)   Equivalent to approximately 5.52 TCID50 / mL of VTM equivalent.
(4)   Sensitivity is a measure of PPA between a test and a reference comparator. High sensitivity shows a well matched comparator but does not reflect an assay's LoD
(5)   Indicates approximate time for results to reach the patient or healthcare provider. It is currently expected to take anywhere from a few hours to one day to receive our COVID-19 test kit.
(6)   Our indication is for (1) prescription at-home use with self-collected nasal swab specimens in individuals aged 14 and older who are suspected of COVID-19 by their healthcare provider and (2) POC use with self-collected nasal swab specimens in individuals aged 14 and older, and in individuals aged 13 and under when the specimen is collected by a healthcare provider at the POC. We are working to submit an amended or new EUA application, as determined by the FDA, to include asymptomatic people in 2021.

Table of Contents

will continue to expand the data set that supports current and future test kits and expanded indications. Based on our clinical work completed to-date, we believe that our COVID-19 test kit shows the following key attributes:

- Real world data supporting on-the-spot testing, portability and clinical utility.
- Molecular accuracy performance on-par with centralized laboratory tests.
- High usability across a broad population set including age.

***Real World Data Supporting On-The-Spot Testing, Portability and Clinical Utility***

*Community Testing Study*

We completed a clinical trial, which we call our Community Testing Study, to establish the clinical performance of our COVID-19 test kit under the intended use conditions. This clinical trial studied both COVID-19 known positive patients as well as symptomatic people not experiencing fever so long as they were experiencing at least three CDC COVID-19 symptoms and at least one symptom was either cough, shortness of breath and/or new loss of taste or smell. Symptomatic subjects were tested outside their residence. The subjects independently collected their nasal swab samples and ran the test. The results were compared to the Hologic Panther Fusion, with the samples collected concurrently with our COVID-19 test kit and run in clinical laboratories.

A total of 101 subjects were enrolled in our Community Testing Study. Our COVID-19 test kit achieved 100% (45/45) positive percent agreement, or PPA, across all samples at or below the cycle threshold, or Ct, value of 37.5, as compared to the Hologic Panther Fusion. The Ct value is the number of cycles required to detect the viral target, and running more cycles (a higher Ct value) leads to the detection of a lower amount of viral material. At or below 37.5 Cts, our COVID-19 test kit detected everything that the Hologic Panther Fusion detected. Total PPA across all samples was 94.1% (48/51) and 96.0% (48/50) with discrepant testing. All three of the discrepant false negatives were among high Ct value subjects who were known COVID-19 positives and beyond one week of positive testing. The 95% confidence intervals, or CI, for the total PPA were 85.5% to 98.4%.

Our negative percent agreement, or NPA, was 98.0%. The 95% CI for the total NPA were 89.4% to 99.9%. There was one invalid result in this trial (0.99%) that resulted in a retest, and two additional retests (1.98%) that were due to user errors where study staff prematurely provided a second test kit prior to letting the test complete to a possible invalid result. The following table summarizes the results of our Community Testing Study:

| Community Testing Study | Hologic Panther Fusion Comparator | | |
|---|---|---|---|
| Our COVID-19 Test Kit | Positive | Negative | Total |
| Positive | 48 | 1 | 49 |
| Negative | 3 | 49 | 49 |
| Total | 51 | 50 | 101 |
| Positive Percent Agreement (PPA) | | | 94.1% |
| Positive Percent Agreement (PPA) with discrepant testing | | | 96.0% |
| Positive Percent Agreement (PPA) at all Ct values ≤37.5 | | | 100.0% |
| Negative Percent Agreement (NPA) | | | 98.0% |

*One invalid result (0.99% invalid rate); two retests (1.98% retest rate)*

The graph below depicts our PPA summary from our Community Testing Study comparing our COVID-19 test kit head-to-head to our FDA authorized high sensitivity comparator, the Hologic Panther Fusion. The graph below shows Ct values of reference positive samples from our Community Testing Study. Blue color is used to show that our test result matched the Hologic Panther Fusion positive result. Grey color is used to show

- 129 -

Table of Contents

Moreover, all clinical data for our COVID-19 test kit were gathered in prospective trials conducted outside of clinical settings, which simulated the real-world use conditions. Therefore, the performance data obtained in these clinical trials are expected to be representative of the assay performance in the field.

Further, the Community Testing Study demonstrated that our COVID-19 test kit can easily and successfully be used by untrained users in a home and non-laboratory setting. With the exception of three senior living residents over the age of 80, all of the enrolled subjects in the Community Testing Study used our COVID-19 test kit on their own, using our instructions manual provided with our COVID-19 test kit. Many of these users were noticeably symptomatic and not feeling well and all of them conducted this test standing outside their residence. In addition, we have worked with nearly 1,000 users to optimize our COVID-19 test kit workflow and instructions manual.

We had also begun a study with Sutter Health, or the Sutter Health Trial, but it was closed out early because the data being generated was not needed by the FDA to grant EUA authorization. The purpose of the study was to obtain both EUA-related data and additional data to augment the data that served as the basis for FDA EUA authorization. Because we believed the data provided from the Community Testing Study would be sufficient to support an EUA independently, we closed the Sutter Health Trial and the FDA issued the EUA two days later.

*Cleveland Clinic Clinical Trial*

The Cleveland Clinic Clinical Trial remains ongoing. Our COVID-19 test kit was compared to the CDC SARS-CoV-2 assay in this clinical trial. However, results to-date reflect a combination of CDC and TaqPath comparator data. When this clinical trial began, the Cleveland Clinic was using the CDC assay as its standard of care "per routine" assay so results were entered into the patient record and reported back. Beginning in late September 2020, the Cleveland Clinic changed its "per routine" assay to the TaqPath and is no longer routinely running the CDC assay. As a result, the performance chart below reflects a combination of CDC and TaqPath results to date. There have been two invalids in this study. We expect to complete this clinical trial by early 2021. Our data for this clinical trial, summarized in the table below, are through October 15, 2020 and are interim in nature.

| Our COVID-19 Test Kit | Comparators | | |
| --- | --- | --- | --- |
| | Positive | Negative | Total |
| Positive | 19 | 1 | 20 |
| Negative | 2 | 26 | 28 |
| Total | 21 | 27 | 48 |
| Positive Percent Agreement (PPA) | | | 90.5% |
| Negative Percent Agreement (NPA) | | | 96.3% |

***Molecular Accuracy Performance On-Par with Centralized Laboratory Tests***

*Limit of Detection—Analytical Sensitivity*

As previously described, LoD is the defining measure of an assay's ability to reliably detect the presence of a specific target, such as viral RNA or protein. It is defined as the lowest target concentration at which the assay is able to generate a positive result more than 95% of the time. Molecular assays tend to have lower LoD, which equates to higher sensitivity resulting from their nucleic amplification. This provides a significant sensitivity or LoD advantage compared to antigen tests which do not amplify or multiply the viral sample.

- 131 -

**Table of Contents**

**SIGNATURES**

Pursuant to the requirements of the Securities Act of 1933, the registrant has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of Emeryville, State of California, on January 15, 2021.

**LUCIRA HEALTH, INC.**

By:  /s/ Erik T. Engelson
_____
Erik T. Engelson
President and Chief Executive Officer

**POWER OF ATTORNEY**

KNOW ALL PERSONS BY THESE PRESENTS, that each person whose signature appears below constitutes and appoints Erik T. Engelson and Daniel George, and each one of them, as his or her true and lawful attorneys-in-fact and agents, with full power of substitution and resubstitution, for him or her and in their name, place and stead, in any and all capacities, to sign any and all amendments (including post-effective amendments) to this registration statement, and to sign any registration statement for the same offering covered by this registration statement that is to be effective on filing pursuant to Rule 462(b) under the Securities Act of 1933, as amended, and all post-effective amendments thereto, and to file the same, with all exhibits thereto and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform each and every act and thing requisite and necessary to be done in connection therewith, as fully to all intents and purposes as he or she might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents or any of them, or his or her substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Act of 1933, this registration statement has been signed by the following persons in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Erik T. Engelson<br>Erik T. Engelson | President, Chief Executive Officer and Director (Principal Executive Officer) | January 15, 2021 |
| /s/ Daniel George<br>Daniel George | Chief Financial Officer and Treasurer (Principal Financial and Accounting Officer) | January 15, 2021 |
| /s/ Sandra A. Gardiner<br>Sandra A. Gardiner | Director | January 15, 2021 |
| /s/ David Lamond<br>David Lamond | Director | January 15, 2021 |
| /s/ Debkishore Mitra, Ph.D.<br>Debkishore Mitra, Ph.D. | Director | January 15, 2021 |
| /s/ Erica J. Rogers<br>Erica J. Rogers | Director | January 15, 2021 |

II-6

**Table of Contents**

| Signature | Title | Date |
|---|---|---|
| /s/ Lior Susan<br>Lior Susan | Director | January 15, 2021 |
| /s/ Steve Tablak<br>Steve Tablak | Director | January 15, 2021 |
| /s/ Tuff Yen<br>Tuff Yen | Director | January 15, 2021 |

II-7