# EXHIBIT 9

**Exhibit 9: Summary of Statements Challenged Under
Section 11 of the Securities Act of 1933[1]**

*In re Talis Biomedical Securities Litigation* (Case No. 3:22-cv-00105-SI)

| Statement No. | Registration Statement Page | Relevant Text | Summary of Arguments in Motion to Dismiss For Why Statement Is Not Actionable[2] |
|---|---|---|---|
| | | **Nos. 1 & 2: Manufacturing and "Ordered 5,000 Instruments"[3]** | |
| 1 | Ex. 7 at 135. | **Our products are manufactured by several third parties, including a single contract manufacturer that provisions the parts and assembles our instrument.** The instrument assembly is largely manual with some automation in testing. Our instrument contract manufacturer is scaling up to be able to make up to 500 instruments per week. (¶ 68.) | • Not adequately alleged to be materially false or misleading when made (No contemporaneous contradictory or omitted facts pled) |
| 2 | Ex. 7 at 118. | Our Strategy. Our strategy is to improve medical care through the transformation of diagnostic testing by enabling customers in distributed diagnostic locations to deploy accurate, reliable, low cost, and rapid molecular testing for infectious diseases and other conditions. To achieve this, we intend to: . . . Increase our low-cost manufacturing capacity for our Talis One instrument and COVID-19 test cartridges. **We have ordered 5,000 instruments from our instrument contract manufacturing partners to be delivered beginning in the fourth** | • Not adequately alleged to be materially false or misleading when made (No contemporaneous contradictory or omitted facts pled) |

---

[1] All references to "¶" are to the Amended Consolidated Class Action Complaint ("Amended Complaint") (ECF 104). All **bold** text reflects the portions of the Registration Statement Plaintiffs challenge in the Amended Complaint. Because the Amended Complaint omits portions of the challenged statements, Defendants provide additional context here relevant to those statements, designated by the underlined text.

[2] This column lists the arguments set forth in the accompanying Motion to Dismiss and presents no new or additional argument.

[3] The challenged statements are organized as they are in the accompanying Motion to Dismiss the Amended Complaint.

| Statement No. | Registration Statement Page | Relevant Text | Summary of Arguments in Motion to Dismiss For Why Statement Is Not Actionable[2] |
|---|---|---|---|
| | | **quarter of 2020 through the first quarter of 2021**. . . . <u>As we improve and scale manufacturing and automation, we expect to drive substantial reductions of cost of goods for our tests.</u> (¶ 68.) | |
| **Nos. 3-7: "Reliability" and "Accuracy"** | | | |
| 3 | Ex. 7 at 96. | <u>We are developing the Talis One Platform . . . to create a fully integrated, and cloud-enabled, portable molecular diagnostic solution that customers can rapidly deploy when [and] where needed.</u> **The Talis One Platform incorporates core proprietary technologies into a compact, easy-to-use instrument, that utilizes single use test cartridges and software, including a central cloud database, which are designed to work together to provide levels of testing accuracy equivalent to a central laboratory**. <u>We intend to commercialize Talis One as an integrated platform comprising single use consumable, an instrument and software.</u> (¶ 127.) | • Not adequately alleged to be materially false or misleading when made (No contemporaneous contradictory or omitted facts pled)<br><br>• Statement of opinion |
| 4 | Ex. 7 at 3, 129-130. | <u>We believe the Talis One platform provides the following competitive advantages:</u> … <br>**We designed the Talis One platform to provide central lab levels of accuracy at the point-of-care**. <u>Our single-use test cartridge is designed to fully integrate nucleic acid amplification and detection with sample preparation, including nucleic acid extraction and purification. We believe this could result in higher sensitivity and specificity. . . . The large sample volume input (1 mL) is designed to enable detection of pathogens at low concentrations, which is critical for sensitivity. We developed bioinformatics software to design isothermal assays which we applied to design primers for the detection of SARS-CoV-2. Implemented on a</u> | • Not adequately alleged to be materially false or misleading when made (No contemporaneous contradictory or omitted facts pled)<br><br>• Statement of opinion |

| Statement No. | Registration Statement Page | Relevant Text | Summary of Arguments in Motion to Dismiss For Why Statement Is Not Actionable[2] |
|---|---|---|---|
| | | cartridge, our COVID-19 test has demonstrated a limit of detection for SARS-CoV-2 of <500 viral particles per milliliter. The Talis One platform has detected bacterial pathogens at concentrations as low as one infectious unit per milliliter (IFU/mL) in a variety of unpurified patient sample types, including nasal swab, vaginal swab, saliva and urine. We believe this demonstrates the power of our platform to detect disease at high sensitivity and specificity and the technical capability to rapidly develop additional assays on the Talis One platform. (¶ 127.) | |
| 5 | Ex. 7 at 5, 126. | The Talis One COVID-19 test is our first assay in development for respiratory infections. **The test cartridge for COVID-19 diagnosis contains a NAAT designed for optimal sensitivity and specificity to provide highly accurate results**. . . . While natural evolution of the SARS-CoV-2 virus is to be expected, the inclusion of two distinct targets reduces the likelihood that natural mutations in the virus would cause a false negative result when using the Talis One COVID-19 test. (¶ 127.) | • Not adequately alleged to be materially false or misleading when made (No contemporaneous contradictory or omitted facts pled)<br><br>• Statement of opinion |
| 6 | Ex. 7 at 117. | The Talis One platform is designed to have the following capabilities which we believe would create a competitive advantage over other commercially available point-of-care technologies: **Highly accurate—the Talis One platform incorporates a shelf-stable, single-use test cartridge that is designed to fully integrate a nucleic acid amplification test (NAAT) with sample preparation, including nucleic acid extraction and purification.** Sample preparation is well known to be a critical factor to achieve high sensitivity and specificity, along with low limits of detection for target pathogens, in molecular diagnostics. We believe this sample preparation step, which is performed in an automated fashion on our cartridge, has the potential to result in higher sensitivity and specificity than point-of-care technologies that do not perform the sample preparation step. | • Not adequately alleged to be materially false or misleading when made (No contemporaneous contradictory or omitted facts pled)<br><br>• Statement of opinion |

| Statement No. | Registration Statement Page | Relevant Text | Summary of Arguments in Motion to Dismiss For Why Statement Is Not Actionable[2] |
|---|---|---|---|
| | | Our Talis One COVID-19 test reaches limits of detection as low as 500 viral particles per milliliter. We can achieve similarly high performance on the Talis One platform for bacteria with limits of detection of bacterial pathogens as low as one infectious unit per milliliter (IFU/mL) in a variety of unpurified patient sample types, including nasal swab, vaginal swab, saliva and urine. **In a preclinical assessment comparing the Talis One platform to a reference lab test on 60 matched anterior or mid-turbinate nasal specimens, the Talis One test exactly matched the reference lab results with 100% positive percentage agreement (PPA) and 100% negative percentage agreement (NPA) for detection of SARS-CoV-2, the virus that causes COVID-19.** (¶ 127.) | |
| 7 | Ex. 7 at 22-24. | We have no products approved for commercial sale. We have no or limited experience in developing, marketing and commercializing diagnostic platforms and tests, and we are continuing to evaluate the sales model for the Talis One platform, which may make it difficult to evaluate the success of our business and to assess our future viability. . . . **An important factor in our ability to commercialize our products is collecting data that supports the value proposition of our products, and in particular that our tests are just as accurate and reliable as central lab testing.** The data collected from any studies we complete may not be favorable or consistent with our existing data or may not be statistically significant or compelling to the medical community or to third-party payors seeking such data for purposes of determining coverage for our products. Any of the foregoing could have a negative impact on our ability to commercialize our future products, which could have a material adverse effect on our business, financial condition, and results of operations. (¶ 127.) | • Not adequately alleged to be materially false or misleading when made (No contemporaneous contradictory or omitted facts pled)<br><br>• Statement of opinion |