UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION | Case No. 22-cv-00105-SI |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | **(PROPOSED) ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |
| ALL ACTIONS | |
| | Date: May 5, 2023<br>Time: 10:00 A.M.<br>Courtroom: 1<br>Judge: Hon. Susan Illston |

COOLEY LLP

Pending before the Court is Defendants Talis Biomedical Corporation, Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, and Randal Scott's Motion to Dismiss Plaintiffs' Amended Consolidated Class Action Complaint For Violations of the Securities Act of 1933 (the "Amended Complaint") pursuant to Federal Rule of Civil Procedure 12(b)(6).

Having considered the moving, opposition, and reply papers, Defendants' Request for Judicial Notice and Consideration of Documents Incorporated by Reference in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, the argument of counsel, the pleadings and filings in this action, and all other matters properly before the Court, the Court holds as follows:

First, Defendants' Request for Judicial Notice and Consideration of Documents Incorporated by Reference in Support of Defendants' Motion to Dismiss is **GRANTED**. Exhibits 2 through 8 appended to the Declaration of Shannon M. Eagan are properly incorporated into the Amended Complaint, which relies on each document to support its claims and allegations. The Court also takes judicial notice of Exhibits 1 through 4 and 6 through 8 pursuant to Federal Rule of Evidence 201.

Second, Defendants' Motion to Dismiss the Amended Complaint is **GRANTED WITHOUT LEAVE TO AMEND**.

For the foregoing reasons, it is **HEREBY ORDERED** that the Amended Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Hon. Susan Illston
United States District Judge

COOLEY LLP

(PROPOSED) ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS
CASE NO. 22-CV-00105-SI