**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (Bar No. 191305)
555 12th Street, Suite 1600
Oakland, California 94607
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Co-Lead Plaintiff Martin Dugan*
*and Co-Lead Counsel for the Putative Class*

**POMERANTZ LLP**
Jennifer Pafiti (Bar No. 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (212) 661-8665

*Counsel for Co-Lead Plaintiff Leon Yu*
*and Max Wisdom Technology Limited and*
*Co-Lead Counsel for the Putative Class*

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION | Case No. 3:22-cv-00105-SI |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF JOSEPH A. FONTI IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED CONSOLIDATED COMPLAINT** |
| ALL ACTIONS | |
| | Date:      May 5, 2023 |
| | Time:      10:00 A.M. |
| | Courtroom: 1 |
| | Judge:     Hon. Susan Illston |

DECL. OF JOSEPH A. FONTI IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED
CONSOLIDATED COMPLAINT
Case No. 3:22-cv-00105-SI

I, Joseph A. Fonti, hereby declare as follows:

1.    I am a Partner with the law firm Bleichmar Fonti & Auld LLP, counsel for Co-Lead Plaintiff Martin Dugan and Co-Lead Counsel for the Putative Class.  I am an attorney duly licensed to practice in the State of New York and have been admitted to practice *pro hac vice* in this matter.  I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

2.    Attached as Exhibit 1 hereto is a true and correct copy of an excerpt of Lucira Health, Inc.'s Registration Statement on Form S-1, filed with the U.S. Securities and Exchange Commission ("SEC") on January 15, 2021 and available at https://www.sec.gov/Archives/edgar/data/1652724/000119312521010174/d19221ds1.htm.  Portions of the Exhibit are highlighted for the Court's convenience.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 24, 2023 in White Plains, New York.

Dated: March 24, 2023                     */s/ Joseph A. Fonti*
                                                                Joseph A. Fonti

2

DECL. OF JOSEPH A. FONTI IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED CONSOLIDATED COMPLAINT
Case No. 3:22-cv-00105-SI