# EXHIBIT 1

S-1 1 d19221ds1.htm S-1

**Table of Contents**

As filed with the U.S. Securities and Exchange Commission on January 15, 2021.

Registration No. 333-

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM S-1
## REGISTRATION STATEMENT
*UNDER*
*THE SECURITIES ACT OF 1933*

# Lucira Health, Inc.
**(Exact name of registrant as specified in its charter)**

| Delaware | 2835 | 27-2491037 |
|---|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(Primary Standard Industrial Classification Code Number)** | **(I.R.S. Employer Identification Number)** |

**1412 62nd Street**
**Emeryville, California 94608**
**(510) 350-8071**
**(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)**

**Erik T. Engelson**
**President and Chief Executive Officer**
**Lucira Health, Inc.**
**1412 62nd Street**
**Emeryville, California 94608**
**(510) 350-8071**
**(Name, address, including zip code, and telephone number, including area code, of agent for service)**

*Copies to:*

| | |
|---|---|
| **Josh Seidenfeld** | **Ilir Mujalovic** |
| **John T. McKenna** | **Shearman & Sterling LLP** |
| **Mark B. Weeks** | **599 Lexington Avenue** |
| **Alexa M. Ekman** | **New York, New York 10022** |
| **Cooley LLP** | **(212) 848-4000** |
| **3175 Hanover Street** | |
| **Palo Alto, California 94304** | |
| **(650) 843-5000** | |

**Approximate date of commencement of proposed sale to the public:** As soon as practicable after this registration statement is declared effective.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933 check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☐ | | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | | Smaller reporting company | ☒ |
| | | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

**CALCULATION OF REGISTRATION FEE**

| Title of Each Class of Securities to be Registered | Proposed Maximum Aggregate Offering Price (1)(2) | Amount of Registration Fee |
|---|---|---|
| Common Stock, $0.001 par value per share | $115,000,000 | $12,547 |

(1)     Includes the aggregate offering price of additional shares of common stock that the underwriters have the option to purchase.
(2)     Estimated solely for the purpose of calculating the registration fee pursuant to Rule 457(o) under the Securities Act of 1933, as amended.

**The Registrant hereby amends this registration statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this registration statement shall thereafter become effective in accordance with section 8(a) of the Securities Act of 1933, as amended, or**

Table of Contents

that our test result did not match the Hologic Panther Fusion reference test result. Discrepant analysis on the Roche Cobas 6800 System, which is a high throughput laboratory test that uses PCR technology, showed two-thirds of our discrepant results to be positive-matching the Hologic Panther Fusion, and one-third to be negative-matching our COVID-19 test kit. Ct values are shown in ascending order.



*Clinical Usability Data from our Community Testing Study*

Our Community Testing Study also included usability measures in both its case reporting form to record swabbing attributes, as well as a patient questionnaire to assess overall usability and instructions clarity. Usability results from our Community Testing Study work to-date show that our COVID-19 test kit is easy to use and that 100% of enrolled subjects have been able to successfully run our COVID-19 test kit. Our Community Testing Study usability data is in line with our prior human usability study results, where approximately 96% of subjects stated that our COVID-19 test kit was "Easier or About What They Expected" and approximately 92% of subjects stated our instructions manual was "Extremely or Very Clear and Understandable."

*Performance Summary*

Results from our Community Testing Study were submitted to support our FDA EUA for our COVID-19 test kit. The Community Testing Study, which utilized the Hologic Panther Fusion as a comparator assay, achieved a 94.1% (48/51) PPA calculated across all samples and 100% (45/45) PPA achieved among all samples at or below the Ct value of 37.5. These results exceeded the FDA template objective of greater than 80% PPA for prescription at-home and POC use. While our 98.0% (49/50) NPA was slightly below the FDA template of 99% NPA objective, the result is comparable to the reported NPA for many other EUA-authorized assays.

- 130 -