**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (Bar No. 191305)
555 12th Street, Suite 1600
Oakland, California 94607
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Co-Lead Plaintiff Martin Dugan*
*and Co-Lead Counsel for the Putative Class*

**POMERANTZ LLP**
Jennifer Pafiti (Bar No. 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (212) 661-8665

*Counsel for Co-Lead Plaintiff Leon Yu*
*and Max Wisdom Technology Limited and*
*Co-Lead Counsel for the Putative Class*

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION | Case No. 3:22-cv-00105-SI |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | **CO-LEAD PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENT** |
| ALL ACTIONS | Date:        May 5, 2023<br>Time:        10:00 A.M.<br>Courtroom:   1<br>Judge:       Hon. Susan Illston |

Court-appointed Co-Lead Plaintiffs Martin Dugan, Leon Yu, and Max Wisdom Technology Limited (together, "Plaintiffs") respectfully request, in connection with Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss the Amended Consolidated Complaint, that the Court take judicial notice of and/or incorporate one document:  Exhibit 1 to the Fonti Declaration, which is a page that Defendants selectively omitted from an extrinsic document that they have asked the Court to consider as Defendants' Exhibit 6.[1]

**I.    ARGUMENT**

The Court should consider Exhibit 1 to avoid distorting the record.  As background, Defendants have sought judicial notice and incorporation by reference of certain excerpts from the January 15, 2021 registration statement on Form S-1 filed by Lucira Health, Inc. ("Lucira") as Defendants' Exhibit 6.  Based on page 131 of Defendants' Exhibit 6, Defendants assert that there was "a ***lack*** of common understanding of 'high sensitivity'" because "Lucira conducted two clinical studies, one of which used a comparator assay with the ***same*** sensitivity as Talis's study [180,000 NDU/mL]."  (MTD at 27:24-28:1 (emphasis in original).)

However, this is highly misleading because Lucira ***did not use*** the 180,000 NDU/mL comparator assay to obtain its Emergency Use Authorization ("EUA") from the FDA.  Defendants' Exhibit 6 selectively omits page 130 of Lucira's registration statement, which states that the study Lucira "submitted to support [its] FDA EUA for our COVID-19 test kit . . . utilized the Hologic Panther Fusion as a comparator assay . . . ."  (Fonti Decl. Ex. 1 at 130.)  The Hologic Panther Fusion is a ***high-sensitivity*** test, with an LoD of 600 NDU/mL (*see* Defs.' Ex. 4 at 7)—300 times more sensitive than the comparator assay Talis used.  Lucira's use of the high-sensitivity Hologic Panther Fusion test (600 NDU/mL) as a comparator assay in its EUA submission is fully consistent with Lucira's statement that "[a]ll the FDA EUA authorized high sensitivity molecular assays have an LoD of 1,000 [copies]/mL VTM equivalent or lower."  ¶176; Defs.' Ex. 6 at 4.

Defendants' Exhibit 6 is thus misleadingly incomplete.  It selectively omits page 130, which

---

[1] Defendants' Exhibit 6 (ECF 107-7) was filed as an attachment to the Declaration of Shannon M. Eagan (ECF 107-1).  Citations to "¶_" refer to the Amended Consolidated Class Action Complaint ("AC," ECF 104).

refutes Defendants' assertion, despite including the adjacent pages (129 and 131). Defendants' "unscrupulous use of extrinsic documents" to "present their own version of the facts at the pleading stage" is improper. *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 998-9 (9th Cir. 2018). It warrants judicial notice and/or incorporation by reference of Plaintiffs' Exhibit 1, which consists of page 130 of Lucira's registration statement. In particular, the Court should take judicial notice of the statement in Plaintiffs' Exhibit 1 that the study Lucira "submitted to support [its] FDA EUA for our COVID-19 test kit . . . utilized the Hologic Panther Fusion as a comparator assay . . . ." (Fonti Decl. Ex. 1 at 130.) This fact is "not subject to reasonable dispute," *Khoja*, 899 F.3d at 999 (quoting Fed. R. Evid. 201(b)). Plaintiffs' Exhibit 1 may also be considered under the incorporation by reference doctrine, since it is an excerpt of Lucira's registration statement, which is cited in the AC (¶¶126, 176).

## II.    CONCLUSION

For the reasons stated above, Plaintiffs request that the Court take judicial notice of Plaintiffs' Exhibit 1 and/or consider Plaintiffs' Exhibit 1 under the incorporation by reference doctrine.

Dated: March 24, 2023                          Respectfully submitted,

By: */s/ Joseph A. Fonti*                         By: */s/ Jonathan D. Park*
**BLEICHMAR FONTI & AULD LLP**          **POMERANTZ LLP**
Joseph A. Fonti (*pro hac vice*)                 Jennifer Pafiti (Bar No. 282790)
jfonti@bfalaw.com                                1100 Glendon Avenue, 15th Floor
Evan A. Kubota (*pro hac vice*)                  Los Angeles, California 90024
ekubota@bfalaw.com                               Telephone: (310) 405-7190
7 Times Square, 27th Floor                       Facsimile: (212) 661-8665
New York, New York 10036                          jpafiti@pomlaw.com
Tel: (212) 789-1340
Fax: (212) 205-3960                              Jeremy A. Lieberman (*pro hac vice* application
                                                 forthcoming)
     – and –                                     J. Alexander Hood II (*pro hac vice*)
                                                 James M. LoPiano (*pro hac vice*)
Lesley E. Weaver (Bar No. 191305)                Jonathan D. Park (*pro hac vice*)
lweaver@bfalaw.com                               600 Third Avenue, 20th Floor
Matthew S. Melamed (Bar No. 260272)              New York, New York 10016
mmelamed@bfalaw.com                              Telephone: (212) 661-1100
555 12th Street, Suite 1600                      Facsimile: (212) 661-8665
Oakland, California 94607                         jalieberman@pomlaw.com
Tel.: (415) 445-4003                             ahood@pomlaw.com
Fax: (415) 445-4020                              jlopiano@pomlaw.com
                                                 jpark@pomlaw.com

2

*Counsel for Co-Lead Plaintiff Martin Dugan
and Co-Lead Counsel for the Putative Class*

**THE SCHALL LAW FIRM**
Brian Schall (Bar No. 290685)
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Co-Lead Plaintiff
Martin Dugan*

*Counsel for Co-Lead Plaintiff Leon Yu
and Max Wisdom Technology Limited and
Co-Lead Counsel for the Putative Class*

3

CO-LEAD PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENT
Case No. 3:22-cv-00105-SI

**CERTIFICATION**

I, Joseph A. Fonti, am the ECF user whose identification and password are being used to file this **CO-LEAD PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENT**.    In compliance with Civil Local Rule 5-1(i), I hereby attest that all other signatories listed and on whose belief this filing is submitted have authorized this filing and concur in its content.

*/s/ Joseph A. Fonti*
Joseph A. Fonti

4

CO-LEAD PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENT
Case No. 3:22-cv-00105-SI