**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (Bar No. 191305)
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Co-Lead Plaintiff Martin Dugan*
*and Co-Lead Counsel for the Putative Class*

**POMERANTZ LLP**
Jennifer Pafiti (Bar No. 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (212) 661-8665

*Counsel for Co-Lead Plaintiff Leon Yu*
*and Max Wisdom Technology Limited and*
*Co-Lead Counsel for the Putative Class*

*[Additional counsel on signature page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION | Case No. 3:22-cv-00105-SI |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF JOSEPH A. FONTI IN SUPPORT OF CO-LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| ALL ACTIONS | Date:        February 9, 2024<br>Time:        10:00 A.M.<br>Courtroom:   1<br>Judge:       Hon. Susan Illston |

I, Joseph A. Fonti, hereby declare as follows:

1.    I am a Partner with the law firm Bleichmar Fonti & Auld LLP, counsel for Co-Lead Plaintiff Martin Dugan and Co-Lead Counsel for the Putative Class.  I am an attorney duly licensed to practice in the State of New York and have been admitted to practice *pro hac vice* in this matter.  I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

2.    Attached as Exhibit A hereto is the Expert Report of Zachary Nye, Ph.D.

3.    Attached as Exhibit B hereto is the Declaration of Martin Dugan in Support of Co-Lead Plaintiffs' Motion for Class Certification.

4.    Attached as Exhibit C hereto is the firm resume of Bleichmar Fonti & Auld LLP.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 13, 2023 in White Plains, New York.

Dated: October 13, 2023                    /s/ Joseph A. Fonti
                                             Joseph A. Fonti

DECL. OF JOSEPH A. FONTI IN SUPPORT OF CO-LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
Case No. 3:22-cv-00105-SI