# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE TALIS BIOMEDICAL
SECURITIES LITIGATION

Case No. 3:22-cv-00105-SI

CLASS ACTION

EXPERT REPORT OF ZACHARY NYE, PH.D.

October 11, 2023

**Table of Contents**

I.    Background and Qualifications...........................................................................................1

II.   Scope of Engagement .......................................................................................................1

III.  Bases for Opinions...........................................................................................................2

IV.   Background and Summary of Lead Plaintiffs' Allegations..............................................2

V.    Damages Can Be Measured on a Class-Wide Basis Under Section 11 ............................5

## I.    Background and Qualifications

1.    I am a financial economist and Vice President at Stanford Consulting Group, Inc. ("SCG").  Since 1981, SCG has provided economic research and expert testimony for business litigation, and regulatory and legislative proceedings.  All SCG professionals hold masters or doctoral degrees in business, economics, finance or operations research, and certain senior consultants have testified as experts in these fields.  I have an A.B. in Economics from Princeton University; an M.Sc. in Finance from the London Business School; and a Ph.D. in Finance from the Paul Merage School of Business at the University of California, Irvine.  I have co-authored academic research published in peer-reviewed conference proceedings, as well as working papers with finance faculty at various universities.  My research areas include the market efficiency of financial and derivative securities, volatility forecasting, risk management, financial econometrics, valuation and corporate finance.  I have previously served as an expert witness in matters involving securities litigation, as well as business and intellectual property valuation. My curriculum vitae, which includes my academic research, publications in the past ten years, and prior expert testimony in the past four years, is attached hereto as Exhibit 1.

2.    My current hourly rate is $990.  I have received assistance from individuals at SCG, who worked under my direction; their fees charged for this project are their standard hourly rates. Neither my compensation nor that of any individual at SCG is contingent on the outcome of this litigation.

## II.    Scope of Engagement

3.    I have been retained by Counsel for Lead Plaintiffs in this matter to opine on whether damages under §11 ("Section 11") of the Securities Act of 1933 (the "Securities Act"), for investors who purchased or otherwise acquired shares of Talis Biomedical ("Talis" or the

"Company") common stock pursuant and/or traceable to the Registration Statement for the Company's initial public offering on or about February 11, 2021 (the "IPO"), can be calculated using a method that is common to each Class member.[1]

**III.    Bases for Opinions**

4.      My opinions are based upon my professional knowledge and experience, my review of documents and information relevant to this matter (*see* Exhibit 2), and the analyses described in this Report.  Documents, data, and other information that I have relied upon as bases for my opinions are cited in this Report and Exhibit 2.  Such documents and information are typically relied upon by financial experts in securities class actions and by financial economists in their research.

5.      Counsel for Lead Plaintiffs has informed me that the record in this matter continues to be developed and that fact discovery is ongoing.  To the extent it is relevant, I would expect to review additional information that may become available through discovery as well as the reports and depositions of other expert witnesses.  The opinions offered in this Report are subject to refinement or revision based on continuing analysis of the documents and information listed above, as well as new or additional information that may be provided to or obtained by me in the course of this matter.

**IV.    Background and Summary of Lead Plaintiffs' Allegations**

6.      Talis has described itself as "a molecular diagnostic company focused on transforming diagnostic testing through innovative molecular diagnostic products that enable customers to deploy accurate, reliable, low cost and rapid point-of-care testing for infectious diseases and

---

[1] I have not been asked at this time to calculate or opine on the amount of damages under Section 11 of the Securities Act.

other conditions."[2]  In early 2021, the Company was in the process of developing the "Talis One" diagnostic platform, which it described as "a sample-to-answer, cloud-enabled molecular diagnostic platform that, once authorized, could be rapidly deployed to distributed diagnostic settings in the United States and around the world to diagnose infectious disease at the point-of-care."[3]  In January 2021, Talis "submitted a request for an Emergency Use Authorization (EUA) to the U.S. Food and Drug Administration (FDA) for [its] Talis One platform with COVID-19 molecular diagnostic assay for the automated detection of nucleic acid from the SARS-CoV-2 virus in nasal swab samples from individuals suspected of COVID-19 by their healthcare provider."[4]

7.       On February 11, 2021, Talis commenced the initial public offering of its common stock.[5] In connection with its IPO, the Company filed with the SEC: a registration statement on Form S-1 on January 22, 2021; amended registration statements on Form S-1/A on February 8, 2021 and February 11, 2021; a registration of additional securities on Form S-1MEF on February 11, 2021; and a prospectus on Form 424(b)(4) on February 12, 2021 (collectively, the "Registration Statement").[6]  Pursuant to the Registration Statement, the Company sold 15,870,000 shares of its common stock at a price of $16.00 per share, which included the full exercise of the underwriters' option to purchase 2,070,000 additional shares.[7]  Following its IPO, Talis common

---

[2] Talis Biomedical Corp, SEC Form S-1/A, filed February 11, 2021, p. F-7.

[3] *Id.*, p. 1.

[4] *Ibid*.

[5] *GlobeNewswire*, "Talis Announces Pricing of Initial Public Offering," February 11, 2021, 11:39 PM.

[6] Source: Edgar Pro (pro.edgar-online.com).

[7] Talis Biomedical Corp, SEC Form 8-K, filed February 17, 2021.  On July 6, 2023, Talis common stock underwent a one-for-fifteen (1-15) reverse stock split.  Herein, references to Talis stock prices and quantities are not adjusted for this reverse split.

stock was listed and traded on the NASDAQ exchange under the ticker symbol "TLIS." The Company's IPO was completed on February 17, 2021.[8] During the period from the IPO through January 7, 2022, Talis common stock had an average weekly trading volume of approximately 1.27 million shares.[9]

8.      Lead Plaintiffs allege that the Registration Statement "contained two categories of material false and misleading statements."[10] The first category pertains to the Company's claim that its "'products are manufactured by several third parties, including a single contract manufacturer that provisions the parts and assembles [its] instrument,'" and that "Talis had 'ordered 5,000 instruments from [its] instrument contract manufacturing partners to be delivered' from 'the fourth quarter of 2020 through the first quarter of 2021.'"[11] These statements were allegedly false and misleading because, *inter alia*, "[f]ar from having a finished, working product that was presently being 'manufactured' for delivery to Talis, at the time of the IPO":

- "Talis One was merely an unreliable prototype that generated unusable results up to 20% of the time";

- "Talis only had five to ten Talis One prototypes";

- "Talis had not validated Talis One's production process and design, which was required under FDA regulations and industry standards before any devices could be sold"; and

- "Talis had not ordered instruments, or even paid its third-party manufacturer for components (much less their assembly into thousands of finished devices)."[12]

---

[8] *Ibid.*

[9] Source: Bloomberg.

[10] Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws, dated January 13, 2023 (the "Complaint"), ¶66.

[11] Complaint, ¶8.

[12] Complaint, ¶10.

9.     The second category of alleged misstatements "touted Talis One as 'reliable,' 'highly accurate,' and designed 'to provide central lab levels of accuracy at the point-of-care.'"[13]  These statements were allegedly false and misleading because, *inter alia*, at the time of the IPO, "Talis One was unreliable and inaccurate," with "a high failure rate of up to 20%," and "high invalid rates of up to 15%."[14]

10.     Lead Plaintiffs also allege that the Registration Statement "omitted the known, material uncertainty and material risk that the FDA would reject the comparator assay in Talis's submission for [EUA] because it was not 'high sensitivity' and violated FDA requirements."[15] The Registration Statement also allegedly "omitted the known, material uncertainty and material risk posed by Talis One's unreliability," that "threatened to foreclose and/or dramatically delay the commercial launch of Talis's only product, with a materially negative impact on the Company's financial performance."[16]

**V.     Damages Can Be Measured on a Class-Wide Basis Under Section 11**

11.     It is my understanding that Lead Plaintiffs assert a claim under Section 11 of the Securities Act on behalf of all persons and entities that purchased or otherwise acquired shares of Talis common stock pursuant and/or traceable to the Registration Statement issued in connection with the Company's February 2021 IPO.[17]

---

[13] Complaint, ¶12.

[14] Complaint, ¶13.

[15] Complaint, ¶16.

[16] Complaint, ¶20.

[17] Complaint, ¶¶251–259.

12. In what follows, I set forth the general economic framework for quantifying per-share damages under Section 11 on a Class-wide basis and explain why this framework for calculating damages is commonly applicable to each Class member in this matter.

13. Section 11 concerns liability for misstatements and omissions in a registration statement, under which damages are defined as follows:

> The suit authorized under [15 U.S. Code § 77k] subsection (a) may be to recover such damages as shall represent the difference between the amount paid for the security (not exceeding the price at which the security was offered to the public) and (1) the value thereof as of the time such suit was brought, or (2) the price at which such security shall have been disposed of in the market before suit, or (3) the price at which such security shall have been disposed of after suit but before judgment if such damages shall be less than the damages representing the difference between the amount paid for the security (not exceeding the price at which the security was offered to the public) and the value thereof as of the time such suit was brought ….[18]

14. With respect to "the time such suit was brought," I have been informed by Counsel for Lead Plaintiffs that the first relevant lawsuit on behalf of purchasers of Talis common stock pursuant and/or traceable to the Registration Statement was filed on January 7, 2022 (the "Suit Date").[19]

15. Thus, in accordance with the statutory measure of damages described above, it is my understanding that per-share damages under Section 11 incurred by investors that purchased or otherwise acquired Talis common stock pursuant and/or traceable to the Registration Statement, can be calculated in the following manner:

    i.    For each share of Talis common stock sold prior to the Suit Date, per-share damages are equal to the purchase price (not to exceed the $16.00 offer price) *minus* the sale price.

    ii.    For each share of Talis common stock sold on or after the Suit Date, per-share damages are equal to the purchase price (not to exceed the $16.00

---

[18] 15 U.S.C. § 77k(e).

[19] Complaint, ¶22.

offer price) *minus* the greater of the sale price or the value of Talis common stock as of the Suit Date.

iii.     For retained (*i.e.*, unsold) shares, per-share damages are equal to the purchase price (not to exceed the $16.00 offer price) *minus* the value of Talis common stock as of the Suit Date.[20]

16.     As shown above, this framework is common to each Class member: the same method to calculate per-share Section 11 damages applies to all shares of Talis common stock that were sold prior to the Suit Date; sold on or after the Suit Date; or retained.

17.     Furthermore, I am aware that Defendants may attempt to invoke the affirmative defense of negative causation.[21] I understand, however, that the Court previously held that Defendants' negative causation arguments were "premature and not suitable for resolution on the pleadings."[22] Nevertheless, the prospect that Defendants may assert a negative causation defense does not affect my opinion that Section 11 damages can be calculated using a method that is common to the Class. While damages for each individual Class member may vary, should Defendants prove that a portion of the decline in the value of Talis common stock after the IPO relates to something other than the alleged misstatements and omissions in the Registration Statement, such a finding would apply equally to all Class members on a per-share basis.

---

[20] *See Fed. Hous. Fin. Agency v. Nomura Holding Am. Inc.*, 68 F. Supp. 3d 486, 491 (S.D.N.Y. 2014) ("Post-filing changes to the security's value are irrelevant. Just as defendants are not liable for subsequent decreases, defendants cannot benefit from any subsequent increases in value. Instead, where a Section 11 plaintiff has held the security through the date of suit, the plaintiff bears all risk of loss, and will capture any gain, that occurs after the filing date.").

[21] Section 11 provides that if "the defendant proves that any portion or all of such damages represents other than the depreciation in value of such security resulting from such part of the registration statement, with respect to which his liability is asserted, not being true or omitting to state a material fact required to be stated therein or necessary to make the statements therein not misleading, such portion of or all such damages shall not be recoverable." (15 U.S.C. § 77k(e).)

[22] Order Denying Defendants' Motion to Dismiss Amended Complaint, filed April 28, 2023 (ECF 115), p. 2.

18.     In summary, damages under Section 11 of the Securities Act can be calculated for investors who purchased or otherwise acquired Talis common stock pursuant and/or traceable to the Registration Statement issued on connection with the Company's IPO using a method that is common to the Class.

19.     My work in this matter is ongoing.  My opinions in this Report are subject to refinement or revision based on analysis of new information which may be provided to me, including the opinions of other experts, receipt of additional documents and data, and based on further analysis of the data and materials described herein.  I understand that discovery is ongoing.  Should additional relevant information be provided to me, my opinions may be supplemented at a later date.

Executed on October 11, 2023, at Redwood City, California.

Zachary Nye, Ph.D.

**Exhibit 1**



702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA 94063
650.298.0200
WWW.SCGINC.COM

## Zachary R. Nye
*Email:* zach@scginc.com

---

## Education

**Ph.D. – University of California, Irvine**                                   2009
Finance                                                                   Irvine, California

- Dissertation: Macro-Augmented Volatility Forecasting.

- Research Interests: Market efficiency of underlying and derivative securities, volatility forecasting, risk management, financial econometrics, valuation and corporate finance.

- Teaching Experience: Corporate Finance, Investments, and Risk Management.

**M.Sc. – London Business School**                                             2004
Finance                                                                   London, England

- Earned distinction for Masters Thesis on the informational efficiency of credit-linked notes.

**A.B. – Princeton University**                                                2001
Economics                                                             Princeton, New Jersey

---

## Employment History

**Vice President**                                                   Summer 2015 – present
Stanford Consulting Group, Inc.                                  Redwood City, California

The Stanford Consulting Group, Inc. provides economic research and expert testimony for business litigation, as well as regulatory and legislative proceedings.

Responsibilities include:

- quantifying economic damages (*e.g.*, present value of expected future earnings, price inflation, lost profits, unjust enrichment, reasonable royalties);

- enterprise, project, equity, debt, derivative-security and intellectual-property valuation;

- assessing the informational efficiency of financial securities;

- analyzing fairness opinions related to corporate mergers and acquisitions;

- econometric modeling and analysis;

- marginal cost analysis;

- preparing expert reports and declarations;

- providing deposition and trial testimony; and

- supporting counsel in preparation for cross examination of opposing experts.

**Senior Consultant**                                          Summer 2009 – Summer 2015
Stanford Consulting Group, Inc.                                  Redwood City, California

**Exhibit 1**

**Associate**                                                   Summer 2004 – Summer 2005
Stanford Consulting Group, Inc.                                      Redwood City, California

**Mortgage Consultant**                                              Fall 2002 – Summer 2003
Woolwich PLC                                                                Oxford, UK

**Trading Desk Specialist**                                          Fall 2001 – Summer 2002
Merrill Lynch, Defined Asset Funds                               Plainsboro, New Jersey

---

### Academic Research

Nye, Zachary and Mark Washburn, 2013, "Macro-Augmented Volatility Forecasting," *Western Decision Sciences Institute Proceedings*. Paper presented at the WDSI Annual Meeting, Long Beach, California, March 27, 2013. Winner of the 2013 Best Theoretical/Empirical Research Paper Awards.

Nye, Zachary and Philippe Jorion, 2009, "Macro-Augmented Volatility Forecasting," Working Paper, University of California at Irvine.

Nye, Zachary and Timothy C. Johnson, 2005, "Market Efficiency's Hidden Teeth: An Unambiguous Test for Derivative Securities," Working Paper, London Business School.

---

### Testimony

Miriam Edwards, et al. v. McDermott International, Inc., et al., United States District Court, Southern District of Texas, Houston Division, Case No. 4:18-cv-04330
    Deposition                    April 26, 2023
    Evidentiary Hearing           September 27, 2023

Halman Aldubi Provident and Pension Funds Ltd., et al. v. Teva Pharmaceuticals Industries Limited, et al., United States District Court, Eastern District of Pennsylvania, Case No. 2:20-cv-04660-KSM
    Deposition                    November 4, 2022
    Evidentiary Hearing           September 21, 2023

John V. Ferris, et al. v. Wynn Resorts Limited, et al., United States District Court, District of Nevada, Case No. 2:18-cv-00479-GMN-DJA
    Deposition                    August 26, 2022
    Deposition                    January 31, 2023

In re Jernigan Capital, Inc. Securities Litigation, United States District Court, Southern District of New York, Case No. 1:20-cv-09575-JLR
    Deposition                    January 27, 2023

Ali Karimi, et al. v. Deutsche Bank AG, et al., United States District Court, Southern District of New York, Case No. 1:22-cv-02854-JSR
    Deposition                    August 12, 2022

Teresa Doskocz, et al. v. ALS Lien Services, et al., Superior Court of California, County of Contra Costa, Case No. C17-01486
    Deposition                    April 23, 2018
    Deposition                    March 8, 2022
    Deposition                    April 14, 2022
    Trial                         April 29, 2022

**Exhibit 1**

Paul Hayden, et al. v. Portola Pharmaceuticals, Inc., et al., United States District Court, Northern District of California, Case No. 3:20-cv-00367-VC
   Deposition     March 30, 2022

United States of America ex rel. Lori Morsell, et al. v. Symantec Corporation, United States District Court for the District of Columbia, Civil Action No. 12-cv-0800 (RC)
   Deposition     March 13, 2019
   Trial       March 22, 2022

United States of America ex rel. Tiffany Montcrieff, et al. v. Peripheral Vascular Associates, P.A., United States District Court for the Western District of Texas, San Antonio Division, Civil Action No. SA-17-CV-00317-XR
   Deposition     July 31, 2020
   Trial       February 14, 2022

In re Advance Auto Parts, Inc. Securities Litigation, United States District Court, District of Delaware, Case No. 1:18-CV-00212-RGA
   Deposition     July 14, 2020
   Deposition     September 30, 2021

In re Allergan PLC Securities Litigation, United States District Court, Southern District of New York, Civil Action No. 18-CV-12089-CM
   Deposition     May 19, 2020
   Deposition     September 27, 2021

Gabby Klein, et al. v. Altria Group, Inc., et al., United States District Court, Eastern District of Virginia, Richmond Division, Case No. 3:20-cv-00075-DJN
   Deposition     August 31, 2021

In re Tahoe Resources, Inc. Securities Litigation, United States District Court, District of Nevada, Case No. 2:17-cv-01868-RFB-NJK
   Deposition     August 4, 2021

Hawaii Structural Ironworkers Pension Trust Fund, et al. v. AMC Entertainment Holdings, Inc., et al., United States District Court, Southern District of New York, Case 1:18-cv-00299-AJN-SLC
   Deposition     July 9, 2020
   Deposition     July 28, 2021

In re Mylan N.V. Securities Litigation, United States District Court, Southern District of New York, Case No. 1:16-CV-07926 (JPO)
   Deposition     November 22, 2019
   Deposition     July 20, 2021

Oregon Laborers Employers Pension Trust Fund, et al. v. Maxar Technologies Inc., et al., United States District Court, District of Colorado, Case No. 1:19-cv-00124-WJM-SKC
   Deposition     May 28, 2021

Roei Azar, et al. v. Yelp, Inc., et al., United States District Court, Northern District of California, Case No. 3:18-cv-00400-EMC
   Deposition     March 2, 2021

Roofers' Pension Fund, et al. v. Joseph C. Papa, et al., United States District Court, District of New Jersey, Civil Action No. 2:16-cv-02805-MCA-LDW
   Deposition     April 2, 2019
   Deposition     January 14, 2021

**Exhibit 1**

Utah Retirement Systems, et al. v. Healthcare Services Group, Inc., et al., United States District Court, Eastern District of Pennsylvania, Case No. 2:19-cv-01227-ER
>           Deposition                December 10, 2020

Matt Karinski, et al. v. Stamps.com, Inc., et al., United States District Court, Central District of California, Case No. 2:19-cv-01828-MWF-SK
>           Deposition                August 14, 2020

Alexandre Pelletier, et al. v. Endo International PLC, et al., United States District Court, Eastern District of New Pennsylvania, Civil Action No. 2:17-cv-05114-MMB
>           Deposition                July 27, 2020

In re Zillow Group, Inc. Securities Litigation, United States District Court, Western District of Washington at Seattle, Case No. 2:17-cv-01387-JCC
>           Deposition                March 10, 2020

Joseph Prause, et al. v. TechnipFMC plc, et al., United States District Court, Southern District of Texas, Houston Division, Case No. 4:17-cv-02368
>           Deposition                February 5, 2020
>           Deposition                March 9, 2020

In re Quorum Health Securities Litigation, United States District Court, Middle District of Tennessee, Case No. 3:16-cv-02475
>           Deposition                August 17, 2018
>           Deposition                January 14, 2020

In re Snap Inc. Securities Litigation, United States District Court, Central District of California, Western Division, Case No. 2:17-cv-03679-SVW-AGR
>           Deposition                December 13, 2019

Jet Capital Master Fund, L.P., et al. v. American Realty Capital Properties, Inc., et al., United States District Court, Southern District of New York, Case No. 1:15-cv-00307-AKH
>           Deposition                July 26, 2019

City of Pontiac General Employees' Retirement System, et al. v. Dell Inc., et al., United States District Court, Western District of Texas, Austin Division, Case No. 1:15-cv-00374-LY
>           Deposition                April 19, 2017
>           Deposition                November 6, 2018

Pirnik v. Fiat Chrysler Automobiles N.V., et al., United States District Court, Southern District of New York, Case No. 1:15-CV-07199-JMF
>           Deposition                February 2, 2018
>           Deposition                September 13, 2018

Bradley Cooper, et al. v. Thoratec Corporation, et al., United States District Court, Northern District of California, Oakland Division, Case No. 4:14-cv-00360-CW
>           Deposition                March 6, 2018

L-3 Communications Corporation, et al. v. Serco, Inc., United States District Court for the Eastern District of Virginia, Case No. 1:15-cv-701-GBL-JFA
>           Deposition                October 22, 2015
>           Deposition                October 18, 2017

In re Juno Therapeutics, Inc., United States District Court of Western District of Washington at Seattle, Case No. C16-1069RSM
>           Deposition                October 4, 2017

**Exhibit 1**

Brad Mauss, et al. v. NuVasive, Inc., et al., United States District Court, Southern District of California, Case No.: 13-cv-02005-JM

        Deposition                December 20, 2016

        Deposition                August 28, 2017

In re Akorn, Inc. Securities Litigation, United States District Court, Northern District of Illinois, Eastern Division, Case No. 15-CV-01944

        Deposition                June 21, 2017

In re Ocwen Financial Corporation Securities Litigation, United States District Court, Southern District of Florida, Case 14-81057-CIV-WPD

        Deposition                September 23, 2016

        Deposition                March 28, 2017

Stephen Calfo, et al. v. John P. Messina, Sr., et al., United States District Court, Southern District of New York, Civil Action No. 15 Civ. 04010 (LGS)

        Deposition                January 5, 2017

In re EZCORP, Inc. Securities Litigation, United States District Court, Southern District of New York, Case No. 14-cv-6834 (ALC)

        Deposition                October 14, 2016

Arthur Menaldi, et al. v. Och-Ziff Capital Management Group LLC, et al., United States District Court, Southern District of New York, No. 14-CV-03251-JPO

        Deposition                October 3, 2016

Keith Thomas, et al. v. MagnaChip Semiconductor Corp., et al., United States District Court, Northern District of California, Case No. 3:14-cv-01160-JST

        Deposition                September 16, 2016

In re Rocket Fuel, Inc. Securities Litigation, United States District Court, Northern District of California, Oakland Division, Case No. 4:14-cv-03998-PJH

        Deposition                September 14, 2016

Barbara Strougo, Individually and on Behalf of All Others Similarly Situated v. Barclays PLC, et al., United States District Court, Southern District of New York, Case No. 14-cv-5797 (SAS)

        Deposition                August 11, 2015

        Evidentiary Hearing     November 5, 2015

        Deposition                June 16, 2016

In re Merck & Co., Inc. Securities, Derivative & "ERISA" Litigation, United States District Court, District of New Jersey, Case Numbers: 05-cv-5060; 07-cv-4021; 07-cv-4022; 07-cv-4023; 07-cv-4024; 07-cv-4546; 11-cv-6259; and 15-cv-518

        Deposition                December 6, 2013

        Deposition                October 1, 2015

Richard Thorpe and Darrel Weisheit, Individually and on Behalf of All Others Similarly Situated v. Walter Investment Management Corp., et al., United States District Court, Southern District of Florida, Case No. 1:14-cv-20880-UU

        Deposition                September 16, 2015

City of Austin Police Retirement System, *Individually and on Behalf of All Others Similarly Situated* v. Kinross Gold Corporation, et al., United States District Court, Southern District of New York, Civil Action No. 1:12-cv-01203-VEC-KNF

        Deposition                November 19, 2014

**Exhibit 1**

In re El Paso Partners, L.P. Derivative Litigation, Court of Chancery of the State of Delaware, C.A. No. 7141-CS
        Deposition                September 24, 2013
        Trial                      November 12 and 13, 2014

L-3 Communications Corporation, et al. v. Jaxon Engineering & Maintenance, Inc., et al., United States District Court for the District of Colorado, Civil Action No. 10-cv-02868-MSK-KMT
        Deposition                 August 7, 2014

Axa Corporate Solutions Assurance, et al. v. Honeywell International, Inc., et al., Superior Court of the State of Arizona in and for the County of Maricopa, No. CV2011-019334
        Deposition                 February 24, 2014

In re Heckmann Corporation Securities Litigation, United States District Court for the District of Delaware, Case No. 1:10-cv-00378-LPS-MPT
        Deposition                 November 9, 2012

**Exhibit 2**

## Talis Biomedical

**Document List**

*From Counsel*

| Material | Document Date |
|---|---|
| Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws (EFC 104) | 1/13/2023 |
| Defendants' Notice of Motion and Motion to Dismiss Plaintiffs' Amended Consolidated Complaint (EFC 107) | 2/17/2023 |
| Co-Lead Plaintiffs' Opposition to Defendants' Motion to Dismiss the Amended Consolidated Complaint (EFC 109) | 3/24/2023 |
| Reply in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Consolidated Class Action Complaint (EFC 112) | 4/14/2023 |
| Order Denying Defendants' Motion to Dismiss Amended Complaint (EFC 115) | 4/28/2023 |

*Obtained by Stanford Consulting Group, Inc.*

| Material | Document Date | Source |
|---|---|---|
| Stock price, trading volume, and shares outstanding data for Talis Biomedical | 2021 - 2022 | Bloomberg |
| SEC filings for Talis Biomedical | 2021 - 2022 | Edgar Pro |
| Reference materials (e.g., academic articles, books, websites, legal references) and news articles | Various | See footnotes to Nye Report |

Page 1 of 1