**POMERANTZ LLP**
Jennifer Pafiti (Bar No. 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (212) 661-8665

*Counsel for Co-Lead Plaintiff Leon Yu*
*and Max Wisdom Technology Limited and*
*Co-Lead Counsel for the Putative Class*

**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (Bar No. 191305)
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Co-Lead Plaintiff Martin Dugan*
*and Co-Lead Counsel for the Putative Class*

*[Additional counsel on signature page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION | Case No. 3:22-cv-00105-SI |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF JONATHAN D. PARK IN SUPPORT OF CO-LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| ALL ACTIONS | Date:      February 9, 2024 |
| | Time:      10:00 A.M. |
| | Courtroom: 1 |
| | Judge:     Hon. Susan Illston |

I, Jonathan D. Park, hereby declare as follows:

1.      I am Of Counsel with the law firm Pomerantz LLP, counsel for Co-Lead Plaintiffs Leon Yu and Max Wisdom Technology Limited, and Co-Lead Counsel for the Putative Class.  I am an attorney duly licensed to practice in the State of New York and have been admitted to practice *pro hac vice* in this matter.  I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

2.      Attached as Exhibit A hereto is the Declaration of Leon Yu in Support of Co-Lead Plaintiffs' Motion for Class Certification.

3.      Attached as Exhibit B hereto is the firm resume of Pomerantz LLP.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 13, 2023 in New York, New York.

Dated: October 13, 2023            */s/ Jonathan D. Park*
                                    Jonathan D. Park

2

DECL. OF JONATHAN D. PARK IN SUPPORT OF CO-LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
Case No. 3:22-cv-00105-SI