# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE TALIS BIOMEDICAL
SECURITIES LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

Case No. 3:22-cv-00105-SI

CLASS ACTION

**DECLARATION OF LEON YU IN SUPPORT OF**
**CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

I, Leon Yu, declare as follows:

1.      I respectfully submit this declaration in support of my motion for class certification and approval of my selection of Pomerantz LLP ("Pomerantz") as Co-Class Counsel in the above action. I am represented by Pomerantz as Co-Lead Counsel and Bronstein, Gewirtz & Grossman, LLC as Additional Counsel. I have personal knowledge of the facts set forth below relating to my activities, actions and beliefs, and would testify competently thereto.

2.      I live in Beijing, the People's Republic of China ("China"). I am _39__ years old and have been investing in the stock market for approximately 11 years. I have a master's degree and I am a product manager in the software industry.

3.      I am also the President of Max Wisdom Technology Limited ("Max Wisdom"), which is incorporated in Hong Kong, China.

4.      As reflected in the Certifications previously filed for myself and for Max Wisdom (ECF 74 Exs. B and C), both I and Max Wisdom purchased common stock of Talis Biomedical Corporation ("Talis") during the relevant period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

{00572694;1 }

5.      On June 3, 2022, the Court appointed me, personally, and Max Wisdom, together with Martin Dugan, as Co-Lead Plaintiffs in this action. I understand that acting as a class representative in this action involves serving as a fiduciary for the benefit of the Class that I seek to represent and providing fair and adequate representation to all Class members.

6.      I have diligently pursued the effective prosecution of this action and supervised counsel. Among other things, I authorized the filing of the motion seeking to be appointed Lead Plaintiff and received drafts of various pleadings, briefs, and discovery responses. I have communicated regularly with counsel concerning case status, Court orders, and strategy.

7.      In addition, I have acted to protect my own and the Class's interests in this action by retaining competent counsel. I am aware of Pomerantz's extensive experience in protecting shareholder rights through securities class actions.

8.      I continue to be fully committed to actively prosecuting the action in the best interest of the Class. I continue to discharge my obligations to participate in this action by supervising this litigation and its counsel, and (to the extent necessary and appropriate) by producing responsive documents, giving deposition testimony, and testifying at trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __10th___ day of October, 2023.

_____

Leon Yu