**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 3:22-cv-00105-SI<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING CLASS CERTIFICATION AND APPOINTING CLASS REPRESENTATIVES AND CO-CLASS COUNSEL**<br><br>Date:        February 9, 2024<br>Time:        10:00 A.M.<br>Courtroom:   1<br>Judge:       Hon. Susan Illston |

This matter came before the Court on the motion of Co-Lead Plaintiffs Martin Dugan, Leon Yu, and Max Wisdom Technology Limited (together, "Lead Plaintiffs") for class certification. Having considered the papers submitted in support thereof and any opposition thereto, and good cause appearing, it is accordingly ordered that:

1. Lead Plaintiffs' Motion for Class Certification is GRANTED.

2. The following Class is certified: All persons or entities that purchased or otherwise acquired common stock issued by Talis pursuant and/or traceable to the registration statement and prospectus issued in connection with the Company's February 11, 2021 initial public offering and were damaged thereby. Excluded from the Class are (i) Defendants and any affiliates or subsidiaries thereof, (ii) present and former officers and directors of Talis and its subsidiaries or affiliates, and their immediate family members (as defined in Item 404 of SEC Regulation S-K, 17 C.F.R. § 229.404, Instructions (1)(a)(iii) & (1)(b)(ii)); (iii) Defendants' liability insurance carriers, and any affiliates or subsidiaries thereof; (iv) any entity in which any Defendant has or has had a controlling interest; (v) Talis's employee retirement and benefits plan(s); and (vi) the legal representatives, heirs, estates, agents, successors, or assigns of any person or entity described in the preceding five categories.

3. Co-Lead Plaintiffs Martin Dugan, Leon Yu, and Max Wisdom Technology Limited are appointed as Class Representatives.

4. Bleichmar Fonti & Auld LLP and Pomerantz LLP are appointed as Co-Class Counsel.

IT IS SO ORDERED.

Dated: _____, 2024

_____
Hon. Susan Illston
United States District Judge

2

[PROPOSED] ORDER GRANTING CLASS CERTIFICATION AND APPOINTING CLASS REPRESENTATIVES AND CO-CLASS COUNSEL
Case No. 3:22-cv-00105-SI