COOLEY LLP
Patrick E. Gibbs (183174)
(pgibbs@cooley.com)
Shannon M. Eagan (212830)
(seagan@cooley.com)
Jessie Simpson LaGoy (305257)
(jsimpsonlagoy@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Zachary Sisko (*appearance pro hac vice*)
(zsisko@cooley.com)
500 Boylston Street
14th Floor
Boston, Massachusetts  02116-3736
Telephone:    (617) 937-2300
Facsimile:    (617) 937-2400

*Attorneys for Defendants Talis Biomedical Corporation,
Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond
Cheong, Melissa Gilliam, Rustem F. Ismagilov,
Kimberly J. Popovits, Matthew L. Posard, and Randal
Scott*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION | Case No. 22-cv-00105-SI |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF SHANNON M. EAGAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |
| ALL ACTIONS | |
| | Date:          February 9, 2024 |
| | Time:         10:00 a.m. |
| | Courtroom:  1 |
| | Judge:        Hon. Susan Illston |

COOLEY LLP

I, Shannon M. Eagan, hereby declare as follows:

1.      I am an attorney with the law firm Cooley LLP, counsel for Defendants Talis Biomedical Corporation ("Talis"), Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, and Randal Scott (together, "Defendants") in the above-captioned action.  I am an attorney duly licensed to practice in the State of California and before the United States District Court for the Northern District of California.  I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

2.      I submit this Declaration in Support of Defendants' Opposition to Lead Plaintiff's Motion for Class Certification (the "Opposition").

3.      Attached hereto as **Exhibit 1** is a true and correct copy of Talis's Final Amended Registration Statement on Form S-1/A, filed with the U.S. Securities and Exchange Commission ("SEC") on February 11, 2021.  Portions of the exhibit have been highlighted for the Court's convenience.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of Talis's March 8, 2021 press release titled "Talis Provides Update on Regulatory Pathway for Emergency Use Authorization (EUA) of its Talis One™ COVID-19 Test," published by Globe Newswire and filed with the SEC as an exhibit to Talis's Form 8-K.

5.      Globe Newswire is a global distributer of press releases and multimedia content that advertises itself as "one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures, and multimedia content to media, investors, and consumers worldwide."   *See*  https://www.globenewswire.com/press-release-distribution-services.

6.      Attached hereto as **Exhibit 3** is a true and correct copy of Talis's Form 8-K and attached press release, filed with the SEC on March 8, 2021, which was marked as Exhibit 5 to the deposition of Lead Plaintiff Martin Dugan ("Plaintiff Dugan").

COOLEY LLP

DECL. OF SHANNON M. EAGAN
ISO DEFENDANTS' OPP. TO CLASS CERT.
CASE NO. 22-CV-00105-SI

7.      Attached hereto as **Exhibit 4** is a true and correct copy of an article published by Seeking Alpha on March 8, 2021, titled "Talis withdraws COVID-19 test FDA EUA application," which was marked as Exhibit 9 to the deposition of Plaintiff Dugan.

8.      Seeking Alpha is an investment news publication that claims to have a monthly readership of 20 million people. *See* https://about.seekingalpha.com (last visited Dec. 11, 2023).

9.      Attached hereto as **Exhibit 5** is a true and correct copy of an article published by Yahoo Finance on March 8, 2021 titled "Talis Provides Update on Regulatory Pathway for Emergency Use Authorization (EUA) of its Talis One™ COVID-19 Test."

10.      Yahoo Finance is a business news publication that claims to have a monthly readership of 93 million unique visitors. *See*  https://www.advertising.yahooinc.com/about/our-brands/yahoo-finance (last visited Dec. 11, 2023).

11.      Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the transcript of Plaintiff Dugan's deposition, taken on October 27, 2023 in Malibu, California. Portions of the exhibit have been highlighted for the Court's convenience.

12.      During his deposition, Plaintiff Dugan responded to questioning with "I don't recall" 121 times, with "I don't know" 28 times, and that he had "no opinion" on the truth or falsity of different parts of the challenged statements 12 times.

13.      Attached hereto as **Exhibit 7** is a true and correct copy of Plaintiff Dugan's Supplemental Responses and Objections to Defendant Talis's First Set of Interrogatories, served on October 10, 2023.

14.      Attached hereto as **Exhibit 8** is a true and correct copy of a letter dated August 10, 2021, sent by Karen E. Deschaine of Cooley LLP to Broadridge Corporate Issuer Solutions, Inc., c/o Lia Ludwig.

15.      Attached hereto as **Exhibit 9** is a true and correct copy of Plaintiff Dugan's trading records, which were produced by Plaintiff Dugan bearing Bates numbers DUGAN_00001 to DUGAN_00008.   These documents have been designated "Confidential" under the parties' Stipulated Protective Order ("Protective Order") (ECF 121).   Pursuant to the Court's Standing

Cooley LLP

2

Decl. of Shannon M. Eagan
ISO Defendants' Opp. to Class Cert.
Case No. 22-cv-00105-SI

Order, prior to filing the Opposition, on December 7, 2023, Plaintiff applied redactions for privacy to these documents and consented to Defendants filing them in this form without sealing.

16.     Attached hereto as **Exhibit 10** is a true and correct copy of a chart prepared by counsel for Defendants summarizing Plaintiff Dugan's Talis trading history contained in Exhibit 9. This chart is included solely for the Court's convenience.

17.     Attached hereto as **Exhibit 11** is a true and correct copy of Plaintiff Dugan's Supplemental Responses and Objections to Defendant Talis Biomedical Corp.'s Second Set of Interrogatories, served on December 4, 2023.

18.     Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the transcript of Dr. Zachary Nye's deposition, taken on December 8, 2023 in Palo Alto, California. Portions of the exhibit have been highlighted for the Court's convenience.

19.     Attached hereto as **Exhibit 13** is a true and correct copy of a redline comparison between Exhibit 6 (8/11/21 All Holder list) and Exhibit 9 (12/1/21 All Holder list) to the Declaration of Meghan Shevlin, filed herewith.  This comparison is included solely for the Court's convenience in tracking the relevant changes in Talis's shareholders and their registered holdings in the three and a half months after the IPO lock-up expired.  Extraneous portions of Exhibit 13 have been redacted pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and L.R. 79-5(a) (as an "alternative[] to filing documents under seal," in order to "avoid wherever possible sealing entire documents" in favor of "redacting the truly sensitive information in a document") to protect the personal and private information of individual shareholders who are non-parties to this lawsuit, and whose information is unrelated to the claims and disputes in this case and the arguments set forth in the Opposition.

20.     Certain exhibits submitted as attachments to other declarations in support of the Opposition have also been redacted pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and L.R. 79-5(a) (as an "alternative[] to filing documents under seal," in order to "avoid wherever possible sealing entire documents" in favor of "redacting the truly sensitive information in a document") to protect the personal and private information of individual shareholders who are non-

3

Decl. of Shannon M. Eagan
ISO Defendants' Opp. to Class Cert.
Case No. 22-cv-00105-SI

parties to this lawsuit.  The redacted information is unrelated to the claims and disputes in this case and the arguments set forth in the Opposition.  The exhibits so redacted are:

i.    Exhibit A to the Declaration of Matthew Lee;

ii.   Exhibits A, B, and C to the Declaration of Lia Ludwig; and

iii.  Exhibits 5, 6, 7, 8, and 9 to the Declaration of Meghan Shevlin.[1]

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on December 12, 2023 in Palo Alto, California.

*/s/ Shannon M. Eagan*
Shannon M. Eagan

**Attestation Pursuant to Civ. L.R. 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

*/s/ Patrick E. Gibbs*
Patrick E. Gibbs

295259246

---

[1] Should the Court determine that access to some or all of the redacted information is required, the Defendants are prepared to submit unredacted versions of these materials (potentially under seal), as contemplated in the Local Rules and the Court's Standing Order.