# EXHIBIT 4

Healthcare        On the Move

# Talis withdraws COVID-19 test FDA EUA application

Mar. 08, 2021 8:28 AM ET   **Talis Biomedical Corporation (TLIS)**   By: SA News Team   2 Comments

- Talis Biomedical announces that it has withdrawn its current application pursuing U.S. FDA Emergency Use Authorization (EUA) for the Talis One COVID-19 test in the CLIA moderate setting.

- In late February, the FDA informed the company that it cannot ensure the comparator assay used in the primary study has sufficient sensitivity to support Talis's EUA application, Talis said.

- The company intends to initiate its previously planned clinical validation study in a point-of-care environment, with plans to submit an EUA application for its COVID-19 test in CLIA waived settings early in Q2 of 2021.

- The planned clinical validation study was designed with a different comparator assay, which Talis believes will address the FDA's concerns.

- Shares down nearly 6% premarket.



EXHIBIT 9
WIT: Dugan
DATE: 10.27.23
Nadia Newhart, CSR No. 8714