# EXHIBIT 8



Karen Elizabeth Deschaine                                    By Email to: Lia.Ludwig@broadridge.com
+1 858 550 6088
kdeschaine@cooley.com


August 10, 2021


Broadridge Corporate Issuer Solutions, Inc.
Attn: TAWS
51 Mercedes Way
Edgewood, NY 11717

**Re: Talis Biomedical Corporation – Removal of Stock Restrictions**

Dear Sir/Madam:

We are counsel for Talis Biomedical Corporation (the "**Company**") and we have received a request from the Company to authorize the removal of the legends referring to (i) a lock-up agreement (the "**Lock-up**") and (ii) the Securities Act of 1933, as amended (the "**Act**"), from an aggregate of 2,319,148 shares of Common Stock of the Company (the "**Shares**") listed on **Exhibit A** attached hereto and registered in the names of the persons set forth on **Exhibit A** attached hereto (the "**Holders**").

We advise you that the lock-up period will expire by its terms at 11:59 p.m., New York City time, on August 11, 2021 (the "**Effective Time**"), and will no longer be applicable to the shares of Common Stock of the Company. Based on the foregoing, Broadridge Corporate Issuer Solutions, Inc., as transfer agent for the Company, is hereby authorized to remove the Lock-Up Legend from **_all_** shares of Common Stock of the Company effective as of the Effective Time. For purposes of clarity, as of 12:01 a.m. on August 12, 2021, no shares of the Company should bear the Lock-up Legend.

We are advised that the Shares were beneficially acquired and paid for in full by the respective Holders at least one year ago in transactions not involving a public offering. We are further advised that none of the Holders are, nor have any of them been during the preceding three months, an officer, director or 10% stockholder of the Company. We therefore believe there is a reasonable basis for the conclusion that none of the Holders are, nor have been in the preceding three months, an "affiliate" of the Company, as that term is defined in the Act. Based on the foregoing, we believe that the removal of the restrictive legend referring to the Act from the Shares may be done in reliance upon paragraphs (b) and (d) of Rule 144 promulgated under the Act. Accordingly, on behalf of the Company, we hereby instruct you, as transfer agent of the Company, to remove the restrictive legend referring to the Act from the Shares at the same time that you remove the legend referring to the Lock-up as referenced above. The balance of the Shares, if any, held by the Holders listed on **Exhibit A** shall continue to bear the legends referring to the Repurchase Right and the Act.

We reserve the right to revoke this authorization with respect to Shares attributable to a particular Holder if at any time in the future such Holder becomes an affiliate of the Company.

Thank you for your attention to this matter. Should you have any questions, please do not hesitate to call me at (650) 843-5636.

Sincerely,

*karen E Deschaine*
Karen Elizabeth Deschaine


Cooley LLP   4401 Eastgate Mall   San Diego, CA  92121-1909
t: +1 858 550 6000  f: +1 858 550-6420  cooley.com

254598181 v1

## EXHIBIT A

See attached spreadsheet