# EXHIBIT 9

# Transactions



| Transaction | Time period | From | To |
|---|---|---|---|
| All Types | Custom | 11/01/2020 | 06/24/2022 |

| Security type | | Symbol | |
|---|---|---|---|
| All Types | | TLIS | |

| Description | | Order # | |
|---|---|---|---|

| Check # | | Show | |
|---|---|---|---|
| | | ☑ Non-cash transactions | |
| | | ☐ Sweep activities | |

| Date ▾ | Type | Check/Deposit Image | Description | Categories | Amount $ |
|---|---|---|---|---|---|
| 05/04/22 | Bought | | 500 of TLIS @ $1.06 (Order #10390) | Unassigned | -530.00 |
| 04/29/22 | Bought | | 3000 of TLIS @ $1.05 (Order #10389) | Unassigned | -3,150.00 |
| 04/28/22 | Bought | | 2000 of TLIS @ $1.09 (Order #10373) | Unassigned | -2,180.00 |
| 04/28/22 | Bought | | 2000 of TLIS @ $1.09 (Order #10370) | Unassigned | -2,180.00 |
| 04/12/22 | Bought | | 5000 of TLIS @ $1.2979 (Order #10292) | Unassigned | -6,489.50 |

CONFIDENTIAL

DUGAN_00001

| Date ▼ | Type | Check/Deposit Image | Description | Categories | Amount $ |
|---|---|---|---|---|---|
| 04/12/22 | Bought | | 1000 of TLIS @ $1.31 (Order #10285) | Unassigned | -1,310.00 |
| 04/12/22 | Bought | | 1000 of TLIS @ $1.31 (Order #10284) | Unassigned | -1,310.00 |
| 04/12/22 | Bought | | 1000 of TLIS @ $1.32 (Order #10286) | Unassigned | -1,320.00 |
| 03/04/22 | Bought | | 1000 of TLIS @ $1.75 (Order #10220) | Unassigned | -1,750.00 |
| 02/22/22 | Bought | | 3000 of TLIS @ $2.01 (Order #10218) | Unassigned | -6,030.00 |
| 12/27/21 | Sold | | 1000 of TLIS @ $4.23 (Order #10210) | Unassigned | 4,229.85 |
| 12/27/21 | Sold | | 1000 of TLIS @ $4.23 (Order #10209) | Unassigned | 4,229.85 |
| 12/27/21 | Sold | | 1000 of TLIS @ $4.242 (Order #10208) | Unassigned | 4,241.85 |
| 12/27/21 | Sold | | 1000 of TLIS @ $4.22 (Order #10212) | Unassigned | 4,219.85 |
| 12/17/21 | Bought | | 500 of TLIS @ $4.36 (Order #10198) | Unassigned | -2,180.00 |
| 12/17/21 | Bought | | 1000 of TLIS @ $4.37 (Order #10196) | Unassigned | -4,370.00 |
| 12/17/21 | Bought | | 1000 of TLIS @ $4.23 (Order #10204) | Unassigned | -4,230.00 |
| 12/17/21 | Bought | | 1000 of TLIS @ $4.40 (Order #10195) | Unassigned | -4,400.00 |
| 12/17/21 | Bought | | 3000 of TLIS @ $4.44 (Order #10193) | Unassigned | -13,320.00 |
| 12/06/21 | Sold | | 1000 of TLIS @ $4.7409 (Order #10182) | Unassigned | 4,740.75 |
| 09/20/21 | Sold | | 1000 of TLIS @ $7.27 (Order #10168) | Unassigned | 7,269.84 |

CONFIDENTIAL

DUGAN_00002

| Date ▼ | Type | Check/Deposit Image | Description | Categories | Amount $ |
|---|---|---|---|---|---|
| 09/17/21 | Sold | | 500 of TLIS @ $7.68 (Order #10166) | Unassigned | 3,839.92 |
| 09/13/21 | Sold | | 1000 of TLIS @ $7.68 (Order #10165) | Unassigned | 7,679.84 |
| 08/05/21 | Sold | | 1000 of TLIS @ $9.90 (Order #10148) | Unassigned | 9,899.82 |
| 06/16/21 | Bought | | 1000 of TLIS @ $10.7498 | Unassigned | -10,749.80 |
| 06/16/21 | Bought | | 1000 of TLIS @ $10.25 | Unassigned | -10,250.00 |
| 06/16/21 | Bought | | 1000 of TLIS @ $10.45 | Unassigned | -10,450.00 |
| 06/16/21 | Bought | | 1000 of TLIS @ $10.70 (Order #10115) | Unassigned | -10,700.00 |
| 06/08/21 | Bought | | 1000 of TLIS @ $10.00 | Unassigned | -10,000.00 |
| 06/08/21 | Bought | | 1000 of TLIS @ $10.55 (Order #10105) | Unassigned | -10,550.00 |
| 06/07/21 | Bought | | 1000 of TLIS @ $10.77 (Order #10101) | Unassigned | -10,770.00 |
| 06/07/21 | Bought | | 1000 of TLIS @ $10.62 | Unassigned | -10,620.00 |
| 06/01/21 | Bought | | 1000 of TLIS @ $9.7008 (Order #10089) | Unassigned | -9,700.76 |
| 05/26/21 | Bought | | 1000 of TLIS @ $10.20 (Order #10080) | Unassigned | -10,200.00 |
| 05/25/21 | Bought | | 1000 of TLIS @ $10.24 (Order #10079) | Unassigned | -10,240.00 |
| 05/24/21 | Bought | | 1000 of TLIS @ $10.76 (Order #10076) | Unassigned | -10,760.00 |
| 05/10/21 | Bought | | 1000 of TLIS @ $11.165 (Order #10041) | Unassigned | -11,165.00 |
| 05/07/21 | Bought | | 1000 of TLIS @ $11.55 (Order #10037) | Unassigned | -11,550.00 |
| 04/21/21 | Bought | | 1000 of TLIS @ $12.22 | Unassigned | -12,220.00 |
| 04/21/21 | Bought | | 1000 of TLIS @ $12.399 (Order #10017) | Unassigned | -12,399.00 |

CONFIDENTIAL

DUGAN_00003

| Date ▼ | Type | Check/Deposit Image | Description | Categories | Amount $ |
|--------|------|---------------------|-------------|------------|----------|
| 04/21/21 | Bought | | 1000 of TLIS @ $12.4165 | Unassigned | -12,416.50 |
| 03/26/21 | Bought | | 1000 of TLIS @ $12.3827 (Order #9971) | Unassigned | -12,382.70 |
| 03/26/21 | Bought | | 1000 of TLIS @ $12.47 | Unassigned | -12,470.00 |

**CONFIDENTIAL**

DUGAN_00004

DOW ▲0.02%    NASDAQ ▲0.36%    S&P 500 ▲0.28%



Log Off

C Refresh August 30, 2023 2:19 PM ET ❓

# Orders

Open    **Executed**    Cancelled    Saved    Individual fills    Expired    Rejected    All    Bond quotes

Account

[redacted]

| From date | To date | Symbols | Order number | Order type | Order status | Security type | Results per page | |
|---|---|---|---|---|---|---|---|---|
| 📅 02/03/2021 | 📅 08/30/2023 | TLIS | | All ⌄ | Executed ⌄ | All ⌄ | 50 ⌄ | **Apply filters** |

| Date | Order | Type | Order type | Quantity | Symbol | Price type | Term | Price | Price executed | Status | Links |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/07/22 | 10772 | Stock/ETF | Sell | 400 | TLIS | Mkt | Day | Mkt | 0.6252 | Executed | Gains/Losses |
| 11/04/22 | 10771 | Stock/ETF | Sell | 10,000/AON | TLIS | Limit | Day | 0.67 | 0.6701 | Executed | Gains/Losses |
| 11/04/22 | 10770 | Stock/ETF | Sell | 10,000/AON | TLIS | Limit | Day | 0.67 | 0.6701 | Executed | Gains/Losses |
| 10/11/22 | 10702 | Stock/ETF | Sell | 9,000/AON | TLIS | Limit | Day | 0.72 | 0.72 | Executed | Gains/Losses |
| 10/11/22 | 10699 | Stock/ETF | Sell | 3,000/AON | TLIS | Limit | Day | 0.69 | 0.6971 | Executed | Gains/Losses |
| 07/20/22 | 10543 | Stock/ETF | Sell | 1,000/AON | TLIS | Limit | Day | 0.87 | 0.8701 | Executed | Gains/Losses |
| 07/18/22 | 10539 | Stock/ETF | Sell | 1,000/AON | TLIS | Limit | Day | 0.86 | 0.8601 | Executed | Gains/Losses |
| 07/13/22 | 10531 | Stock/ETF | Sell | 1,000/AON | TLIS | Limit | Day | 0.84 | 0.84 | Executed | Gains/Losses |
| 07/13/22 | 10530 | Stock/ETF | Sell | 100 | TLIS | Mkt | Day | Mkt | 0.8301† | Executed | Gains/Losses |
| 07/13/22 | 10527 | Stock/ETF | Sell | 1,000/AON | TLIS | Limit | Day | 0.84 | 0.84 | Executed | Gains/Losses |
| 05/04/22 | 10390 | Extended Hours | EH Buy | 500 | TLIS | Limit | Day | 1.06 | 1.06 | Executed | Portfolios |
| 04/29/22 | 10389 | Stock/ETF | Buy | 3,000/AON | TLIS | Limit | Day | 1.05 | 1.05 | Executed | Portfolios |

CONFIDENTIAL    DUGAN_00005

1/4

| Date | Order | Type | Order type | Quantity | Symbol | Price type | Term | Price | Price executed | Status | Links |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/28/22 | 10373 | Stock/ETF | Buy | 2,000/AON | TLIS | Limit | Day | 1.09 | 1.09 | Executed | Portfolios |
| 04/28/22 | 10370 | Stock/ETF | Buy | 2,000/AON | TLIS | Limit | Day | 1.09 | 1.09 | Executed | Portfolios |
| 04/12/22 | 10292 | Stock/ETF | Buy | 5,000 | TLIS | Limit | Day | 1.31 | 1.2979 | Executed | Portfolios |
| 04/12/22 | 10286 | Stock/ETF | Buy | 1,000/AON | TLIS | Limit | Day | 1.32 | 1.32 | Executed | Portfolios |
| 04/12/22 | 10285 | Stock/ETF | Buy | 1,000/AON | TLIS | Limit | Day | 1.31 | 1.31 | Executed | Portfolios |
| 04/12/22 | 10284 | Stock/ETF | Buy | 1,000/AON | TLIS | Limit | Day | 1.31 | 1.31 | Executed | Portfolios |
| 03/04/22 | 10220 | Stock/ETF | Buy | 1,000 | TLIS | Mkt | Day | Mkt | 1.75 | Executed | Portfolios |
| 02/22/22 | 10218 | Stock/ETF | Buy | 3,000/AON | TLIS | Limit | Day | 2.01 | 2.01 | Executed | Portfolios |
| 12/27/21 | 10212 | Stock/ETF | Sell | 1,000/AON | TLIS | Limit | Day | 4.22 | 4.22 | Executed | Gains/Losses |
| 12/27/21 | 10210 | Stock/ETF | Sell | 1,000/AON | TLIS | Limit | Day | 4.23 | 4.23 | Executed | Gains/Losses |
| 12/27/21 | 10209 | Stock/ETF | Sell | 1,000/AON | TLIS | Limit | Day | 4.23 | 4.23 | Executed | Gains/Losses |
| 12/27/21 | 10208 | Stock/ETF | Sell | 1,000/AON | TLIS | Limit | Day | 4.24 | 4.242 | Executed | Gains/Losses |
| 12/17/21 | 10204 | Stock/ETF | Buy | 1,000/AON | TLIS | Limit | Day | 4.23 | 4.23 | Executed | Portfolios |
| 12/17/21 | 10198 | Stock/ETF | Buy | 500/AON | TLIS | Limit | Day | 4.38 | 4.36 | Executed | Portfolios |
| 12/17/21 | 10196 | Stock/ETF | Buy | 1,000/AON | TLIS | Limit | Day | 4.37 | 4.37 | Executed | Portfolios |
| 12/17/21 | 10195 | Stock/ETF | Buy | 1,000/AON | TLIS | Limit | Day | 4.40 | 4.40 | Executed | Portfolios |
| 12/17/21 | 10193 | Stock/ETF | Buy | 3,000/AON | TLIS | Limit | Day | 4.44 | 4.44 | Executed | Portfolios |
| 12/06/21 | 10182 | Stock/ETF | Sell | 1,000/AON | TLIS | Limit | Day | 4.71 | 4.7409 | Executed | Gains/Losses |
| 09/20/21 | 10168 | Stock/ETF | Sell | 1,000/AON | TLIS | Limit | Day | 7.27 | 7.27 | Executed | Gains/Losses |
| 09/17/21 | 10166 | Stock/ETF | Sell | 500/AON | TLIS | Limit | Day | 7.68 | 7.68 | Executed | Gains/Losses |
| 09/13/21 | 10165 | Stock/ETF | Sell | 1,000/AON | TLIS | Limit | Day | 7.68 | 7.68 | Executed | Gains/Losses |

† = Share-weighted Average

Check the background of E*TRADE Securities LLC and Morgan Stanley Smith Barney LLC on FINRA's BrokerCheck and see E*TRADE Securities LLC and E*TRADE Capital Management, LLC Relationship Summary and Morgan Stanley Smith Barney LLC Relationship Summary.

CONFIDENTIAL                   DUGAN_00006

**Investment Products**  •  **Not FDIC Insured**   •  **No Bank Guarantee**   •  **May Lose Value**

**Banking products and services are provided by Morgan Stanley Private Bank, National Association, Member FDIC.**

Securities products offered by E\*TRADE Securities LLC (ETS), Member SIPC or Morgan Stanley Smith Barney LLC (MSSB), Member SIPC. Investment advisory services offered by E\*TRADE Capital Management, LLC (ETCM) or MSSB. Commodity futures and options on futures products and services offered by E\*TRADE Futures LLC, Member NFA. Stock plan administration solutions and services offered by E\*TRADE Financial Corporate Services, Inc. Banking products and services are provided by Morgan Stanley Private Bank, National Association, Member FDIC. All entities are separate but affiliated subsidiaries of Morgan Stanley.

Throughout 2023, ETS and ETCM will be transitioning existing clients to MSSB. You will be given advanced notice of your transition date along with detailed information regarding the transition. Learn more about this transition.

To identify which broker-dealer is currently servicing your account(s), go to the accounts broker-dealer page or check the bottom of your most recent account statement.

ETS clients may find more information on the Disclosure Library page. MSSB clients may find more information on Morgan Stanley Wealth Disclosures page.

Your receipt and use of this service is subject to the terms and conditions in E\*TRADE's Market Data Agreement (MDA). Your receipt and use of options market data is subject to the terms of the OPRA Subscriber Agreement.

**System response and account access may vary due to a variety of factors, including trading volumes, market conditions, system performances, and other factors.**

E\*TRADE COMPLETE™
PROTECTION GUARANTEE



SIPC Securities in your account protected up to $500,000. For details please see www.sipc.org



Member FDIC Bank deposits insured to at least $250,000



CONFIDENTIAL      DUGAN_00007

**Privacy** | **Disclosure Library** | **Statement of Financial Condition** | **About Asset Protection** | **Account Agreements and Disclosures** | **Quarterly 606 Report** | **Business Continuity Plan**

© 2023 E*TRADE from Morgan Stanley. All rights reserved.

CONFIDENTIAL

DUGAN_00008