# EXHIBIT 10

| Transaction type | Date | Shares | PPS | Cost | BATES | Total Holdings |
|---|---|---|---|---|---|---|
| Purchase | 3/26/2021 | 1,000 | $12.4700 | -$12,470.00 | DUGAN_00004 | 1,000 |
| Purchase | 3/26/2021 | 1,000 | $12.3827 | -$12,382.70 | DUGAN_00004 | 2,000 |
| Purchase | 4/21/2021 | 1,000 | $12.4165 | -$12,416.50 | DUGAN_00004 | 3,000 |
| Purchase | 4/21/2021 | 1,000 | $12.3990 | -$12,399.00 | DUGAN_00003 | 4,000 |
| Purchase | 4/21/2021 | 1,000 | $12.2200 | -$12,220.00 | DUGAN_00003 | 5,000 |
| Purchase | 5/7/2021 | 1,000 | $11.5500 | -$11,550.00 | DUGAN_00003 | 6,000 |
| Purchase | 5/10/2021 | 1,000 | $11.1650 | -$11,165.00 | DUGAN_00003 | 7,000 |
| Purchase | 5/24/2021 | 1,000 | $10.7600 | -$10,760.00 | DUGAN_00003 | 8,000 |
| Purchase | 5/25/2021 | 1,000 | $10.2400 | -$10,240.00 | DUGAN_00003 | 9,000 |
| Purchase | 5/26/2021 | 1,000 | $10.2000 | -$10,200.00 | DUGAN_00003 | 10,000 |
| Purchase | 6/1/2021 | 1,000 | $9.7008 | -$9,700.76 | DUGAN_00003 | 11,000 |
| Purchase | 6/7/2021 | 1,000 | $10.6200 | -$10,620.00 | DUGAN_00003 | 12,000 |
| Purchase | 6/7/2021 | 1,000 | $10.7700 | -$10,770.00 | DUGAN_00003 | 13,000 |
| Purchase | 6/8/2021 | 1,000 | $10.5500 | -$10,550.00 | DUGAN_00003 | 14,000 |
| Purchase | 6/8/2021 | 1,000 | $10.0000 | -$10,000.00 | DUGAN_00003 | 15,000 |
| Purchase | 6/16/2021 | 1,000 | $10.7000 | -$10,700.00 | DUGAN_00003 | 16,000 |
| Purchase | 6/16/2021 | 1,000 | $10.4500 | -$10,450.00 | DUGAN_00003 | 17,000 |
| Purchase | 6/16/2021 | 1,000 | $10.2500 | -$10,250.00 | DUGAN_00003 | 18,000 |
| Purchase | 6/16/2021 | 1,000 | $10.7498 | -$10,749.80 | DUGAN_00003 | 19,000 |
| Sale | 8/5/2021 | -1,000 | $9.9000 | $9,899.82 | DUGAN_00003 | 18,000 |
| Sale | 9/13/2021 | -1,000 | $7.6800 | $7,679.84 | DUGAN_00003 | 17,000 |
| Sale | 9/17/2021 | -500 | $7.6800 | $3,839.92 | DUGAN_00003 | 16,500 |
| Sale | 9/20/2021 | -1,000 | $7.2700 | $7,269.84 | DUGAN_00002 | 15,500 |
| Sale | 12/6/2021 | -1,000 | $4.7409 | $4,740.75 | DUGAN_00002 | 14,500 |
| Purchase | 12/17/2021 | 3,000 | $4.4400 | -$13,320.00 | DUGAN_00002 | 17,500 |
| Purchase | 12/17/2021 | 1,000 | $4.4000 | -$4,400.00 | DUGAN_00002 | 18,500 |
| Purchase | 12/17/2021 | 1,000 | $4.2300 | -$4,230.00 | DUGAN_00002 | 19,500 |
| Purchase | 12/17/2021 | 1,000 | $4.3700 | -$4,370.00 | DUGAN_00002 | 20,500 |
| Purchase | 12/17/2021 | 500 | $4.3600 | -$2,180.00 | DUGAN_00002 | 21,000 |
| Sale | 12/27/2021 | -1,000 | $4.2200 | $4,219.85 | DUGAN_00002 | 20,000 |
| Sale | 12/27/2021 | -1,000 | $4.2420 | $4,241.85 | DUGAN_00002 | 19,000 |
| Sale | 12/27/2021 | -1,000 | $4.2300 | $4,229.85 | DUGAN_00002 | 18,000 |
| Sale | 12/27/2021 | -1,000 | $4.2300 | $4,229.85 | DUGAN_00002 | 17,000 |
| Purchase | 2/22/2022 | 3,000 | $2.0100 | -$6,030.00 | DUGAN_00002 | 20,000 |
| Purchase | 3/4/2022 | 1,000 | $1.7500 | -$1,750.00 | DUGAN_00002 | 21,000 |
| Purchase | 4/12/2022 | 1,000 | $1.3200 | -$1,320.00 | DUGAN_00002 | 22,000 |
| Purchase | 4/12/2022 | 1,000 | $1.3100 | -$1,310.00 | DUGAN_00002 | 23,000 |
| Purchase | 4/12/2022 | 1,000 | $1.3100 | -$1,310.00 | DUGAN_00002 | 24,000 |
| Purchase | 4/12/2022 | 5,000 | $1.2979 | -$6,489.50 | DUGAN_00001 | 29,000 |
| Purchase | 4/28/2022 | 2,000 | $1.0900 | -$2,180.00 | DUGAN_00001 | 31,000 |
| Purchase | 4/28/2022 | 2,000 | $1.0900 | -$2,180.00 | DUGAN_00001 | 33,000 |
| Purchase | 4/29/2022 | 3,000 | $1.0500 | -$3,150.00 | DUGAN_00001 | 36,000 |
| Purchase | 5/4/2022 | 500 | $1.0600 | -$530.00 | DUGAN_00001 | 36,500 |
| Sale | 7/13/2022 | -100 | $0.8301 | $83.01 | DUGAN_00005 | 36,400 |
| Sale | 7/13/2022 | -1,000 | $0.8400 | $840.00 | DUGAN_00005 | 35,400 |
| Sale | 7/13/2022 | -1,000 | $0.8400 | $840.00 | DUGAN_00005 | 34,400 |

| Transaction type | Date | Shares | PPS | Cost | BATES | Total Holdings |
|---|---|---|---|---|---|---|
| Sale | 7/18/2022 | -1,000 | $0.8601 | $860.10 | DUGAN_00005 | 33,400 |
| Sale | 7/20/2022 | -1,000 | $0.8701 | $870.10 | DUGAN_00005 | 32,400 |
| Sale | 10/11/2022 | -3,000 | $0.6971 | $2,091.30 | DUGAN_00005 | 29,400 |
| Sale | 10/11/2022 | -9,000 | $0.7200 | $6,480.00 | DUGAN_00005 | 20,400 |
| Sale | 11/4/2022 | -10,000 | $0.6701 | $6,701.00 | DUGAN_00005 | 10,400 |
| Sale | 11/4/2022 | -10,000 | $0.6701 | $6,701.00 | DUGAN_00005 | 400 |
| Sale | 11/7/2022 | -400 | $0.6252 | $250.08 | DUGAN_00005 | 0 |
| Total | | 0 | | -$188,275.10 | | |