UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION | Case No. 22-cv-00105-SI |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |

## DECLARATION OF MATTHEW LEE

I, Matthew Lee, declare, to the best of my knowledge, as follows:

1. I am a former employee of Talis Biomedical Corporation ("Talis"). I have personal knowledge of the facts set forth herein and would testify competently thereto.

2. I acquired Talis shares by exercising employee stock options before Talis's IPO.

3. After the IPO lock-up ended, I transferred those shares to E*TRADE.

4. On August 30, 2021, I sold 349 shares of Talis common stock. A true and accurate copy of an E*TRADE confirmation reflecting this sale is attached as Exhibit A.

5. I never purchased any Talis common stock on the open market and/or after the IPO.

I declare under the penalty of perjury that the forgoing is true and correct.

_Matthew Lee_____

Matthew Lee

Executed on ___December 11, 2023_____

Place of execution: ___San Diego, CA_____