PUBLIC VERSION - DOCUMENT SOUGHT TO BE FILED UNDER SEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION | Case No. 22-cv-00105-SI |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |

## DECLARATION OF LIA LUDWIG

I, Lia Ludwig, in my capacity as an employee of Broadridge Corporate Issuer Solutions, LLC, and not in my individual capacity, declare, to the best of my knowledge, as follows:

1. I am a Relationship Manager at Broadridge Corporate Issuer Solutions, LLC, as successor-in-interest to Broadridge Corporate Issuer Solutions, Inc. ("Broadridge"). I have personal knowledge of the facts set forth below and would testify competently thereto in my capacity as an employee of Broadridge.

2. Broadridge is the stock transfer agent for Talis Biomedical Corporation ("Talis"). On August 10, 2021, Talis's outside counsel, Cooley LLP, advised Broadridge on behalf of Talis via a letter (the "August 10 Letter"), that the lock-up period designated in Talis's lock-up agreement entered into between Talis's underwriters and certain stockholders was set to expire on August 11, 2021. The August 10 Letter also authorized Broadridge to remove the lock-up legend from all shares of common stock of Talis at 11:59 p.m., New York time, on August 11, 2021. On August 12, 2021, Broadridge removed restrictions on certain shares of Talis's common stock in accordance with the instructions set forth in the August 10 Letter.

3. Broadridge records Direct Registration System ("DRS") transfer requests and confirmation of the delivery of transferred shares to the designated Depository Trust Company ("DTC") account as part of its regular practice as a stock transfer agent. Upon delivery with the designated DTC account, the shares are pooled and held in street name by DTC's nominee Cede & Co., and Talis's shareholder records are updated accordingly.

4. On August 13, 2021, Meridian Small Cap Growth Fund made a DRS request to transfer 705,537 shares of Talis's common stock to a DTC account registered to the Bank of New York. A true and accurate copy of a business record reflecting Meridian Small Cap Growth Fund's August 13, 2021, DRS transfer request and confirmation of the delivery of the transferred shares to Bank of New York's DTC account is attached as Exhibit A. Exhibit A was recorded at the time the transferred shares were delivered to Bank of New York's DTC account and was kept in the course of a regularly conducted business activity of Broadridge.

5. On August 17, 2021, ███████████████████████ made a DRS request to transfer 16,184 shares of Talis's common stock to a DTC account registered to Northern Trust. A true and accurate copy of a business record reflecting ████████████████ ████████ August 17, 2021, DRS transfer request and confirmation of the delivery of the transferred shares to Northern Trust's DTC account is attached as Exhibit B. Exhibit B was recorded at the time the transferred shares were delivered to Northern Trust's DTC account and was kept in the course of a regularly conducted business activity of Broadridge.

6. On August 17, 2021, Matthew Lee made a DRS request to transfer 349 shares of Talis's common stock to a DTC account registered to E*Trade. A true and accurate copy of a business record reflecting Matthew Lee's August 17, 2021, DRS transfer request and confirmation of the delivery of the transferred shares to E*Trade's DTC account is attached as Exhibit C. Exhibit C was recorded at the time the transferred shares were delivered to E*Trade's DTC account and was kept in the course of a regularly conducted business activity of Broadridge.

I declare under the penalty of perjury that the forgoing is true and correct.

*Lia Ludwig*

Lia Ludwig

Executed on ___December 8, 2023___

Place of execution: ___Frederick, CO___