# EXHIBIT A

| Status Inquiry Detail | | | | | |
|---|---|---|---|---|---|
| LPA No: | | | | LPA Name: | BRDRDG DRS |
| Trans ID: | | | Status: A | Status Dt: | 08 / 13 / 2021 |
| CUSIP: | 87424L108 | | | Investor/DRS A/C at TA: | 10435-58 |
| Tax ID: | | | | Transfer Quantity: | 705537 |
| Tax Trust ID: | | | | Cust Acct No: | |
| Customer Registration Name(s): | | | | | |
| Profile Surety No: | | | | Participant No: | |
| Broker/Dealer Name: | BANK OF NY | | | | |
| Broker/Dealer Contact: | SHWETA PATIL | | | Telephone: | |
| Reason Code: | | | | | |
| Reason Code 2: | | | | | |
| Reason Code 3: | | | | | |
| Agent Contact: | BCIS CALL CENTER | | | Telephone: | ( 800 ) 733 - 1121 |