# EXHIBIT B

**Status Inquiry Detail**

| | | | | |
|---|---|---|---|---|
| LPA No: | | | LPA Name: | BRDRDG DRS |
| Trans ID: | | Status: | A | Status Dt: | 08 / 17 / 2021 |
| CUSIP: | 87424L108 | | Investor/DRS A/C at TA: | 10435-85 |
| Tax ID: | | | Transfer Quantity: | 16184 |
| Tax Trust ID: | | | Cust Acct No: | |
| Customer Registration Name(s): | | | | |
| Profile Surety No: | | | Participant No: | |
| Broker/Dealer Name: | NRTHRN TR | | | |
| Broker/Dealer Contact: | HE22 | | Telephone: | ( 312 ) 444 - 4185 |
| Reason Code: | | | | |
| Reason Code 2: | | | | |
| Reason Code 3: | | | | |
| Agent Contact: | BCIS CALL CENTER | | Telephone: | ( 800 ) 733 - 1121 |