# EXHIBIT C

| Status Inquiry Detail | | | | | |
|---|---|---|---|---|---|
| LPA No: | | | LPA Name: | BRDRDG DRS | |
| Trans ID: | | Status: | A | Status Dt: | 08 / 17 / 2021 |
| CUSIP: | 87424L108 | | Investor/DRS A/C at TA: | 1043555 | |
| Tax ID: | | | Transfer Quantity: | A   (MOVE ALL SHARES) | |
| Tax Trust ID: | | | Cust Acct No: | | |
| Customer Registration Name(s): | | | | | |
| Profile Surety No: | | | Participant No: | | |
| Broker/Dealer Name: | E*TRADE | | | | |
| Broker/Dealer Contact: | ETRADE CLEARING | | Telephone: | ( 866 ) 902 - 1596 | |
| Reason Code: | | | | | |
| Reason Code 2: | | | | | |
| Reason Code 3: | | | | | |
| Agent Contact: | BCIS CALL CENTER | | Telephone: | ( 800 ) 733 - 1121 | |