UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE TALIS BIOMEDICAL SECURITIES
LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

Case No. 22-cv-00105-SI

CLASS ACTION

### DECLARATION OF MEGHAN SHEVLIN

I, Meghan Shevlin, declare as follows:

1. I am Associate Director, SEC Reporting and Corporate Accounting at Talis Biomedical Corporation ("Talis"). I have personal knowledge of the facts set forth below and would testify competently thereto.

2. In connection with Talis's initial public offering ("IPO") on February 11, 2021, all stockholders who held shares of Talis's common stock issued prior to the IPO ("pre-IPO shares") signed an identical form of lock-up agreement with Talis's underwriters that restricted the sale or transfer of any shares of such Talis common stock or any securities convertible into or exercisable or exchangeable for Talis common stock issued prior to the IPO.

3. On or about February 17, 2021, Talis instructed its stock transfer agent, Broadridge Corporate Issuer Solutions, Inc. ("Broadridge"), to create a new IPO reserve for Talis's 15,870,000 shares of common stock sold in the IPO pursuant to the Talis Registration Statement on Form S-1 (as amended), dated February 11, 2021 ("Registration Statement"). Those shares are held in street name to Cede & Co., the partnership nominee for the Depository Trust Company ("DTC"). Unlike the pre-IPO shares subject to a lock-up agreement, these shares were free to trade without restriction. A true and accurate copy of correspondence from J. Roger Moody, Jr. to Broadridge, dated February 17, 2021, is attached as **Exhibit 1**.

4. Meridian Small Cap Growth Fund ("Meridian") was an early investor in Talis that acquired Talis shares as part of Talis's private financing rounds prior to its IPO. Meridian's common stock holdings as of February 17, 2021 were pre-IPO shares and not issued pursuant to the Registration Statement. A true and accurate copy of the lock-up agreement entered into between Meridian and Talis's underwriters, signed on behalf of Meridian by its authorized signer Rick Grove, is attached hereto as **Exhibit 2**.

5. ██████████████████████████████████████████ was an early investor in Talis, and acquired shares of Talis common stock in 2013. ██████████ common stock holdings as of February 17, 2021 were pre-IPO shares and not issued pursuant to the Talis's

Registration Statement.  A true and accurate copy of the lock-up agreement entered into between ▮▮▮▮▮ and Talis's underwriters is attached hereto as **Exhibit 3**.

6.  Matthew Lee ("Lee") is a former employee of Talis who acquired shares of Talis common stock by exercising some of his options granted pursuant to Talis's 2013 Equity Incentive Plan.  Lee's common stock holdings as of February 17, 2021 were pre-IPO shares and not issued pursuant to the Talis's Registration Statement.  A true and accurate copy of the lock-up agreement entered into between Lee and Talis's underwriters is attached hereto as **Exhibit 4**.

7.  Talis uses software that tracks its stockholders and is capable of generating reports showing the listing of Talis shareholders for a given historical date.  While the reports are generated as needed, Talis maintains the underlying information in the ordinary course of business.

8.  Attached hereto as **Exhibit 5** is a true and correct copy of a report I generated listing all Talis shareholders as of February 17, 2021.  As depicted in Exhibit 5, as of February 17, 2021, Talis had 15,870,000 shares of its common stock registered to Cede & Co.  These 15,870,000 shares were the IPO reserve shares issued pursuant to the instructions in Exhibit 1.  Also as depicted in Exhibit 5, as of February 17, 2021, Meridian held 705,537 pre-IPO shares, ▮▮▮▮▮ held 16,184 pre-IPO shares, and Lee held 349 pre-IPO shares.

9.  Talis's lock-up agreement expired on August 11, 2021, at 11:59 P.M.  After that date, the lock-up restrictions were removed, and those stockholders who held pre-IPO shares and were previously subject to the lock-up agreement were permitted to transfer or sell shares.

10. When a stockholder initiates a transfer from Talis's stock transfer agent to their personal brokerage, those shares are electronically transferred to that brokerage's DTC account.  Upon completion of the transfer into the brokerage's DTC account, those shares are no longer held by the individual stockholder on Talis's records and are instead held in street name to Cede & Co.

11. Attached hereto as **Exhibit 6** is a true and correct copy of a report I generated listing all Talis shareholders as of August 11, 2021. As depicted in Exhibit 6, as of August 11, 2021, 15,900,843 shares were registered to Cede & Co., 705,537 shares of Talis's common stock were held by Meridian, 16,184 shares were held by ▮▮▮▮▮, and 349 shares were held by Lee.

12. Attached hereto as **Exhibit 7** is a true and correct copy of a report I generated listing all Talis shareholders as of August 13, 2021.  As depicted in Exhibit 7, as of August 13, 2021, 0 shares of Talis's common stock were held by Meridian.  As of that same date, 16,610,744 shares were registered to Cede & Co.  The increase of 709,901 shares registered to Cede & Co. represents the 705,537 pre-IPO shares previously held by Meridian, plus 4,364 stock options that were exercised by Talis employees pursuant to an Employee Equity Incentive Plan.

13. Exhibit 7 reflects that as of August 13, 2021, Meridian transferred 705,537 shares that were not issued pursuant to the Registration Statement to a brokerage DTC account, at which point those shares were commingled with all other shares of Talis's common stock registered in street name to Cede & Co.

14. Attached hereto as **Exhibit 8** is a true and correct copy of a report I generated listing all Talis shareholders as of August 17, 2021.  As depicted in Exhibit 8, as of August 17,

2021, 16,676,369 shares were registered to Cede & Co.; 0 shares were held by ███████; and 0 shares were held by Lee. Again, the increase of shares registered to Cede & Co. represents the collective 16,533 previously held by ███████ and Lee, plus 49,092 stock options that were exercised by Talis employees pursuant to an Employee Equity Incentive Plan.

15. Exhibit 8 reflects that as of August 17, 2021, ███████ transferred 16,184 shares that were not issued pursuant to the Registration Statement, and Lee transferred 349 such shares that were not issued pursuant to the Registration Statement, to brokerage DTC accounts, at which point those shares were commingled with all other shares of Talis's common stock registered in street name to Cede & Co.

16. Attached hereto as **Exhibit 9** is a true and correct copy of a report I generated listing all Talis shareholders as of December 1, 2021. As depicted in Exhibit 9, as of December 1, 2021, 21,591,325 shares were registered to Cede & Co. Exhibit 9 reflects that three and half months after the lock-up expired, more than 5,000,000 pre-IPO shares were transferred and registered in street name.

I declare under the penalty of perjury that the forgoing is true and correct.

*Meghan Shevlin*

_____

Meghan Shevlin

Executed on ___December 12, 2023_____

Place of execution: ___New York, New York_____