# EXHIBIT 1



February 17, 2021

Broadridge Corporate Issuer Solutions
Attn: Issuance Department
51 Mercedes Way
Edgewood, NY 11717

Re: Talis Reserve Setup

Broadridge,

You are hereby instructed to create a new reserve for Talis Biomedical Corporation's common stock (CUSIP: 87424L 108) as follows:

| Reserve Name<br><br>*Can be no more than 30 characters (including spaces) | Original Allocated | Current Remaining | Restricted or Free Trading | SEC File No./Type |
|---|---|---|---|---|
| IPO Reserve | 15,870,000 | 15,870,000 | Free Trading | 333-252360 |

Thank you.

Sincerely,

_____    _____
Name: J. Roger Moody, Jr.
Title: Chief Financial Officer

243890244 v1