# EXHIBIT 6

**PUBLIC VERSION -
DOCUMENT SOUGHT TO BE
UNDER SEAL**



**Shareholder List -All Shareholders**
**TALIS BIOMEDICAL CORPORATION COMMON**
As of Date : Aug 11, 2021

Date Run:  Nov 15, 2023
Time Run:  12:06:33 PM

Sort By:

| Account Number | Name | Shares | Date Opened | Date Closed | Address1 | Address2 | Address3 | City | State | Zip | Country | Alternate Client ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10435-10 | | 92,012.000000 | 02/17/2021 | 12/22/2021 | | | | NEW YORK | NY | 10022 | UNITED STATES | |
| 10435-21 | | 114,197.000000 | 02/17/2021 | 08/02/2022 | | | | NEW YORK | NY | 10014 | UNITED STATES | |
| 10435-32 | | 120,230.000000 | 02/17/2021 | 12/22/2021 | | | | NEW YORK | NY | 10022 | UNITED STATES | |
| 10435-43 | | 12,583.000000 | 02/17/2021 | | | | | SAN CARLOS | CA | 94070-4820 | UNITED STATES | |
| 10435-106 | | 676.000000 | 05/24/2021 | 07/06/2023 | | | | MOUNTAIN VIEW | CA | 94041-1871 | UNITED STATES | |
| 10435-54 | | 6,293.000000 | 02/17/2021 | | | | | SAN FRANCISCO | CA | 94116 | UNITED STATES | |
| 10435-65 | | 192.000000 | 02/17/2021 | 07/06/2023 | | | | MENLO PARK | CA | 94025 | UNITED STATES | |
| 10435-76 | | 163,579.000000 | 02/17/2021 | | | | | DENVER | CO | 80206 | UNITED STATES | |
| 10435-87 | | 334,159.000000 | 02/17/2021 | 11/09/2021 | | | | DENVER | CO | 80206 | UNITED STATES | |
| 10435-96 | | 312,233.000000 | 02/17/2021 | 11/09/2021 | | | | DENVER | CO | 80206 | UNITED STATES | |
| 10435-1 | | 132,121.000000 | 02/17/2021 | | | | | CHICAGO | IL | 60637 | UNITED STATES | |
| 10435-2 | | 1,210,638.000000 | 02/17/2021 | 08/02/2022 | | | | NEW YORK | NY | 10014 | UNITED STATES | |
| 10435-3 | | 817,895.000000 | 02/17/2021 | 11/08/2021 | | | | SAN DIEGO | CA | 92130 | UNITED STATES | |
| 10435-4 | | 12,583.000000 | 02/17/2021 | 07/06/2023 | | | | SAN FRANCISCO | CA | 94114 | UNITED STATES | |
| 10435-5 | | 58,881.000000 | 02/17/2021 | 07/06/2023 | | | | CHICAGO | IL | 60637-1718 | UNITED STATES | |
| 10435-6 | | 81,790.000000 | 02/17/2021 | 11/29/2021 | | | | RANCHO SANTA FE | CA | 92067 | UNITED STATES | |
| 10435-97 | CEDE & CO | 15,900,843.000000 | 02/17/2021 | 07/13/2023 | | | | NEW YORK | NY | 10041-9998 | UNITED STATES | |
| 10435-7 | | 2,555.000000 | 02/17/2021 | 07/06/2023 | | | | UNKNOWN | | | UNKNOWN | |
| 10435-8 | | 86,033.000000 | 02/17/2021 | 12/14/2021 | | | | CHICAGO | IL | 60637 | UNITED STATES | |
| 10435-9 | | 469.000000 | 02/17/2021 | 07/06/2023 | | | | SAN FRANCISCO | CA | 94112 | UNITED STATES | |
| 10435-11 | | 33,487.000000 | 02/17/2021 | 07/06/2023 | | | | WHITE PLAINS | NY | 10601 | UNITED STATES | |
| 10435-12 | | 2,557.000000 | 02/17/2021 | 07/06/2023 | | | | SAN CARLOS | CA | 94070 | UNITED STATES | |
| 10435-13 | | 8,784.000000 | 02/17/2021 | | | | | SAN FRANCISCO | CA | 94107 | UNITED STATES | |
| 10435-14 | | 3,146.000000 | 02/17/2021 | 07/06/2023 | | | | WICHITA | KS | 67230 | UNITED STATES | |
| 10435-103 | | 1,331.000000 | 04/22/2021 | 12/14/2022 | | | | HAYWARD | CA | 94544 | UNITED STATES | |
| 10435-15 | | 8,178.000000 | 02/17/2021 | 07/06/2023 | | | | NEW YORK | NY | 10022 | UNITED STATES | |
| 10435-16 | | 15,664.000000 | 02/17/2021 | | | | | CHICAGO | IL | 60637 | UNITED STATES | |
| 10435-17 | | 139.000000 | 02/17/2021 | 07/06/2023 | | | | REDWOOD CITY | CA | 94061 | UNITED STATES | |
| 10435-18 | | 629.000000 | 02/17/2021 | 07/06/2023 | | | | SUNNYVALE | CA | 94086 | UNITED STATES | |
| 10435-19 | | 2,485.000000 | 02/17/2021 | 11/02/2021 | | | | FREMONT | CA | 94555 | UNITED STATES | |
| 10435-20 | | 2,555.000000 | 02/17/2021 | 07/06/2023 | | | | UNKNOWN | | | UNKNOWN | |
| 10435-22 | | 2,455.000000 | 02/17/2021 | 07/06/2023 | | | | DEERFIELD | IL | 60015 | UNITED STATES | |
| 10435-24 | | 355,562.000000 | 02/17/2021 | 12/22/2021 | | | | CHICAGO | IL | 60601 | UNITED STATES | |

| Account Number | Name | Shares | Date Opened | Date Closed | Address1 | Address2 | Address3 | City | State | Zip | Country | Alternate Client ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10435-23 | | 33,706.000000 | 02/17/2021 | 01/06/2022 | | | | CHICAGO | IL | 60611 | UNITED STATES | |
| 10435-25 | | 55,723.000000 | 02/17/2021 | | | | | WINNETKA | IL | 60093-1521 | UNITED STATES | |
| 10435-26 | | 590.000000 | 02/17/2021 | 08/04/2022 | | | | CHICAGO | IL | 60607 | UNITED STATES | |
| 10435-27 | | 111.000000 | 02/17/2021 | 08/04/2022 | | | | CHICAGO | IL | 60607 | UNITED STATES | |
| 10435-28 | | 10,748.000000 | 02/17/2021 | 11/24/2021 | | | | BURLINGAME | CA | 94010-4707 | UNITED STATES | |
| 10435-102 | | 2,797.000000 | 05/01/2021 | 07/06/2023 | | | | SAN MATEO | CA | 94402-3907 | UNITED STATES | |
| 10435-29 | | 27,692.000000 | 02/17/2021 | 07/06/2023 | | | | CHICAGO | IL | 60615 | UNITED STATES | |
| 10435-104 | | 305.000000 | 06/03/2021 | 07/06/2023 | | | | NEWARK | CA | 94560-1422 | UNITED STATES | |
| 10435-30 | | 36,188.000000 | 02/17/2021 | 03/03/2022 | | | | SHERBORN | MA | 01770 | UNITED STATES | |
| 10435-31 | I | 199,226.000000 | 02/17/2021 | | | | | DENVER | CO | 80206 | UNITED STATES | |
| 10435-33 | | 349.000000 | 02/17/2021 | 07/06/2023 | | | | SAN FRANCISCO | CA | 94112 | UNITED STATES | |
| 10435-34 | | 342.000000 | 02/17/2021 | 07/06/2023 | | | | PELL CITY | AL | 35128 | UNITED STATES | |
| 10435-35 | | 3,916.000000 | 02/17/2021 | 07/06/2023 | | | | CHICAGO | IL | 60637 | UNITED STATES | |
| 10435-36 | | 34.000000 | 02/17/2021 | 07/06/2023 | | | | MOUNTAIN VIEW | CA | 94040 | UNITED STATES | |
| 10435-37 | | 546.000000 | 02/17/2021 | 10/07/2021 | | | | CHARLOTTESVILLE | VA | 22903-4513 | UNITED STATES | |
| 10435-38 | | 5,984.000000 | 02/17/2021 | 07/06/2023 | | | | LOS ALTOS | CA | 94024 | UNITED STATES | |
| 10435-99 | | 1,426.000000 | 03/22/2021 | 07/06/2023 | | | | BERKELEY | CA | 94704-4604 | UNITED STATES | |
| 10435-100 | | 0.000000 | 04/14/2021 | | | | | NEWARK | DE | 19713-2105 | UNITED STATES | |
| 10435-98 | | 0.000000 | 04/14/2021 | | | | | BROOKLYN | NY | 11245-0003 | UNITED STATES | |
| 10435-39 | | 419.000000 | 02/17/2021 | 07/06/2023 | | | | PALO ALTO | CA | 94306 | UNITED STATES | |
| 10435-40 | | 25,776.000000 | 02/17/2021 | 07/06/2023 | | | | HILLSBOROUGH | CA | 94010 | UNITED STATES | |
| 10435-41 | | 349.000000 | 02/17/2021 | 07/06/2023 | | | | SAN JOSE | CA | 95133 | UNITED STATES | |
| 10435-107 | | 1,092.000000 | 05/19/2021 | 07/06/2023 | | | | ERIE | CO | 80516-4031 | UNITED STATES | |
| 10435-42 | | 209.000000 | 02/17/2021 | 07/06/2023 | | | | SUNNYVALE | CA | 94086 | UNITED STATES | |
| 10435-44 | | 36,928.000000 | 02/17/2021 | 09/20/2021 | | | | BURLINGTON | NC | 27215 | UNITED STATES | |
| 10435-45 | | 13,846.000000 | 02/17/2021 | 07/06/2023 | | | | CHICAGO | IL | 60614 | UNITED STATES | |
| 10435-46 | | 24,559.000000 | 02/17/2021 | 03/04/2022 | | | | BURLINGAME | CA | 94010 | UNITED STATES | |
| 10435-47 | | 3,916.000000 | 02/17/2021 | 07/06/2023 | | | | CHICAGO | IL | 60637 | UNITED STATES | |
| 10435-48 | | 218.000000 | 02/17/2021 | 07/06/2023 | | | | SAN JOSE | CA | 95129 | UNITED STATES | |
| 10435-49 | | 47,260.000000 | 02/17/2021 | 11/08/2021 | | | | DENVER | CO | 80206 | UNITED STATES | |
| 10435-50 | | 996.000000 | 02/17/2021 | 02/02/2022 | | | | NEW YORK | NY | 10014 | UNITED STATES | |
| 10435-52 | | 4,310.000000 | 02/17/2021 | 07/06/2023 | | | | SAN JOSE | CA | 95136 | UNITED STATES | |
| 10435-108 | | 42,333.000000 | 06/21/2021 | 07/06/2023 | | | | VALDOSTA | GA | 31602-4203 | UNITED STATES | |
| 10435-53 | | 2,097.000000 | 02/17/2021 | 07/06/2023 | | | | SARATOGA | CA | 95070 | UNITED STATES | |
| 10435-109 | | 550.000000 | 08/02/2021 | | | | | SAN MATEO | CA | 94403-3514 | UNITED STATES | |
| 10435-55 | MATTHEW LEE | 349.000000 | 02/17/2021 | | | | | ELK GROVE VILLAGE | IL | 60007-3056 | UNITED STATES | |
| 10435-51 | | 6,013.000000 | 02/17/2021 | 07/06/2023 | | | | CHICAGO | IL | 60637 | UNITED STATES | |
| 10435-56 | | 2,206.000000 | 02/17/2021 | 07/06/2023 | | | | SAN JOSE | CA | 95130 | UNITED STATES | |
| 10435-57 | | 725,165.000000 | 02/17/2021 | 11/09/2021 | | | | DENVER | CO | 80206 | UNITED STATES | |
| 10435-58 | MERIDIAN SMALL CAP GROWTH FUND | 705,537.000000 | 02/17/2021 | 08/13/2021 | | | | DENVER | CO | 80206 | UNITED STATES | |

| Account Number | Name | Shares | Date Opened | Date Closed | Address1 | Address2 | Address3 | City | State | Zip | Country | Alternate Client ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10435-59 | | 3,146.000000 | 02/17/2021 | 07/06/2023 | | | | AUGUSTA | KS | 67010 | UNITED STATES | |
| 10435-60 | | 44,096.000000 | 02/17/2021 | | | | | WINNETKA | IL | 60093-1521 | UNITED STATES | |
| 10435-61 | | 53,963.000000 | 02/17/2021 | | | | | WINNETKA | IL | 60093-1521 | UNITED STATES | |
| 10435-62 | | 3,765.000000 | 02/17/2021 | 09/02/2021 | | | | ORINDA | CA | 94563-2819 | UNITED STATES | |
| 10435-63 | | 79,652.000000 | 02/17/2021 | 12/09/2022 | | | | ENGLEWOOD | CO | 80113 | UNITED STATES | |
| 10435-64 | | 182,026.000000 | 02/17/2021 | 07/06/2023 | | | | HILLSBOROUGH | CA | 94010 | UNITED STATES | |
| 10435-66 | | 828,118.000000 | 02/17/2021 | 11/11/2021 | | | | NEW YORK | NY | 10022 | UNITED STATES | |
| 10435-67 | | 16,897.000000 | 02/17/2021 | 08/31/2021 | | | | CASTRO VALLEY | CA | 94552 | UNITED STATES | |
| 10435-68 | | 122,683.000000 | 02/17/2021 | 11/18/2021 | | | | RANCHO SANTA FE | CA | 92067 | UNITED STATES | |
| 10435-69 | | 1,573.000000 | 02/17/2021 | 07/06/2023 | | | | CUPERTINO | CA | 95014 | UNITED STATES | |
| 10435-70 | | 26,323.000000 | 02/17/2021 | 07/06/2023 | | | | CHICAGO | IL | 60637 | UNITED STATES | |
| 10435-71 | | 146,222.000000 | 02/17/2021 | 07/06/2023 | | | | ALTADENA | CA | 91001 | UNITED STATES | |
| 10435-72 | | 65,431.000000 | 02/17/2021 | 10/20/2022 | | | | NEW YORK | NY | 10022 | UNITED STATES | |
| 10435-73 | | 209,790.000000 | 02/17/2021 | 07/06/2023 | | | | SAN FRANCISCO | CA | 94131 | UNITED STATES | |
| 10435-74 | | 1,242.000000 | 02/17/2021 | 12/28/2021 | | | | SAN MATEO | CA | 94402 | UNITED STATES | |
| 10435-75 | | 3,146.000000 | 02/17/2021 | 07/06/2023 | | | | WICHITA | KS | 67230 | UNITED STATES | |
| 10435-77 | | 119,440.000000 | 02/17/2021 | 07/06/2023 | | | | ALTADENA | CA | 91001-2715 | UNITED STATES | |
| 10435-78 | | 122.000000 | 02/17/2021 | 07/06/2023 | | | | LEUCADIA | CA | 92024 | UNITED STATES | |
| 10435-79 | | 33,487.000000 | 02/17/2021 | 07/06/2023 | | | | POUND RIDGE | NY | 10576 | UNITED STATES | |
| 10435-105 | | 4,258.000000 | 05/03/2021 | | | | | DUBLIN | CA | 94568-3507 | UNITED STATES | |
| 10435-80 | | 273.000000 | 02/17/2021 | 07/06/2023 | | | | SAN JOSE | CA | 95130 | UNITED STATES | |
| 10435-81 | | 12,583.000000 | 02/17/2021 | | | | | LOS ALTOS | CA | 94024 | UNITED STATES | |
| 10435-82 | | 3,146.000000 | 02/17/2021 | 07/06/2023 | | | | AUGUSTA | KS | 67010 | UNITED STATES | |
| 10435-83 | | 417,513.000000 | 02/17/2021 | | | | | DENVER | CO | 80206 | UNITED STATES | |
| 10435-84 | | 1,764.000000 | 02/17/2021 | | | | | DENVER | CO | 80206 | UNITED STATES | |
| 10435-85 | ███████ | 16,184.000000 | 02/17/2021 | 08/17/2021 | | | | PASADENA | CA | 91125 | UNITED STATES | |
| 10435-101 | | 0.000000 | 04/14/2021 | | | | | CHICAGO | IL | 60607-4715 | UNITED STATES | |
| 10435-86 | | 1,390,065.000000 | 02/17/2021 | 07/06/2023 | | | | LOS ALTOS HILLS | CA | 94022 | UNITED STATES | |
| 10435-88 | | 9,021.000000 | 02/17/2021 | 12/09/2022 | | | | ENGLEWOOD | CO | 80113 | UNITED STATES | |
| 10435-89 | | 483.000000 | 02/17/2021 | 11/15/2021 | | | | SAN JOSE | CA | 95121 | UNITED STATES | |
| 10435-90 | | 237.000000 | 02/17/2021 | 03/31/2022 | | | | MOUNTAIN VIEW | CA | 94043 | UNITED STATES | |
| 10435-91 | | 1,764.000000 | 02/17/2021 | | | | | DENVER | CO | 80206 | UNITED STATES | |
| 10435-92 | | 1,092.000000 | 02/17/2021 | 10/21/2021 | | | | SAN JOSE | CA | 95148-1246 | UNITED STATES | |
| 10435-93 | | 502.000000 | 02/17/2021 | 07/06/2023 | | | | SANTA CLARA | CA | 95051 | UNITED STATES | |
| 10435-94 | | 760.000000 | 02/17/2021 | 10/04/2021 | | | | SUNNYVALE | CA | 94085-1076 | UNITED STATES | |
| 10435-95 | | 254.000000 | 02/17/2021 | 07/06/2023 | | | | REDWOOD CITY | CA | 94063 | UNITED STATES | |
| | | TotalShares: 25,721,766.000000 | | | | | | | | | | |
| | | Total Holders: 109 | | | | | | | | | | |