UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION | Case No. 22-cv-00105-SI |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER DENYING LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |
| ALL ACTIONS | Date:  February 9, 2024 |
| | Time:  10:00 A.M. |
| | Courtroom:  1 |
| | Judge:  Hon. Susan Illston |

Lead Plaintiff Martin Dugan ("Lead Plaintiff") has moved to certify a class pursuant to Rules 23(a) and 23(b)(3) on behalf of all persons or entities that purchased or otherwise acquired common stock issued by Talis pursuant and/or traceable to the registration statement and prospectus issued in connection with the Company's February 11, 2021 initial public offering and were damaged thereby, excluding (i) Defendants and any affiliates or subsidiaries thereof, (ii) present and former officers and directors of Talis and its subsidiaries or affiliates, and their immediate family members (as defined in Item 404 of SEC Regulation S-K, 17 C.F.R. § 229.404, Instructions (1)(a)(iii) & (1)(b)(ii)); (iii) Defendants' liability insurance carriers, and any affiliates or subsidiaries thereof; (iv) any entity in which any Defendant has or has had a controlling interest; (v) Talis's employee retirement and benefits plan(s); and (vi) the legal representatives, heirs, estates, agents, successors, or assigns of any person or entity described in the preceding five categories (the "Motion").

Defendants Talis Biomedical Corporation, Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, and Randal Scott have opposed the Motion (the "Opposition").

Having considered the Motion and reply in support thereof, the Opposition, the accompanying declarations and exhibits, the pleadings and filings in this action, and all other matters properly before the Court, Lead Plaintiff's Motion for Class Certification is **DENIED**.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
Hon. Susan Illston
United States District Judge

COOLEY LLP

[PROPOSED] ORDER DENYING PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION
CASE NO. 22-CV-00105-SI