# EXHIBIT D

| | |
|---|---|
| **From:** | u=Karen Flick/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=847C17255A3F4B7C89F9E796DF7C83DD-KFLICK |
| **Sent:** | Mon, 21 Dec 2020 10:08:26 -0800 (PST) |
| **To:** | "Brian Coe" <bcoe@talisbio.com> |
| **Subject:** | FDA communication |
| **Attachments:** | 2020-10-14 FDA response to Failure rates via RADx.pdf |



**Karen E. Flick JD PhD · Chief of Staff and SVP Legal**
**Talis Biomedical Corporation**
230 Constitution Drive
Menlo Park, CA 94025
O: 650.433.3023
C: 650.284.5575
E: kflick@talisbio.com

2020-10-14 FDA response to Failure rates via
RADx.pdf

CONFIDENTIAL

TLIS_0396414

| | |
|---|---|
| **From:** | Cathy |
| **To:** | Rainer Ziermann |
| **Subject:** | FDA response to Failure rates |
| **Date:** | Wednesday, October 14, 2020 12:38:25 PM |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

1.  FDA has not set acceptance criteria for test failure rates (invalid rates) for regular (510(k) & De Novo) submissions, but in case of COVID-19 EUA submissions, does FDA expect or require that the observed test failure rates do not exceed a certain figure (e.g., less than 10%)?

    **FDA**: An invalid rate below 5% may be acceptable.  A rate over 10% would be very high and would be factored into the review…and it would be concerning. Commercially, in my experience, an invalid rate over 2% isn't very well tolerated.  For FDA purposes, a rate below 5% should be ok.  For a rate over 10%, we would want a closer look, and it could be an issue.

Regards,

*Cathy*

Cathryn N. Cambria
Cambria Regulatory Consulting, Inc.
5536 Trowbridge Dr.
Dunwoody, GA 30338
Phone: 404 543 5909
Email: ccambria@mindspring.com

The information transmitted is intended only for the person or entity to which it is originally addressed and may contain confidential and/or privileged material. Any review, re-transmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is not authorized and may be unlawful. If you received this in error, please contact the sender and delete the material from any computer.

TLIS_0396415