# EXHIBIT F

**From:**     Rainer Ziermann <rziermann@talisbio.com>
**Sent:**     Tue, 12 Jan 2021 11:00:21 -0800 (PST)
**To:**        Michelle Roeding <mroeding@talisbio.com>; Annabelle Lumauig<alumauig@talisbio.com>;
             Brian Coe <bcoe@talisbio.com>
**Subject:**  FW: Comparator Info

---

FYI, from Cathy Cambria.  This may likely result in some discussions, but hopefully we can address the Agency's concerns.   Regards, Rainer

---

**From:** Cathy <ccambria@mindspring.com>
**Sent:** Tuesday, January 12, 2021 6:22 AM
**To:** Rainer Ziermann <rziermann@talisbio.com>
**Subject:** RE: Comparator Info

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Rainer,
FDA does not have an official list published or provided to RADx on unacceptable comparators. RADx has asked about the acceptability of the TaqPath COVID-19 Combo Kit as a comparator for another assay and the answer was it is not an acceptable comparator.  We believe it is based on the published FDA reference panel (LOD per reference panel 180000) why it is not considered a high sensitivity RT-PCR by FDA.

Regards,

*Cathy*

Cathryn N. Cambria
Cambria Regulatory Consulting, Inc.
Phone: 404 543 5909
Email: ccambria@mindspring.com

The information transmitted is intended only for the person or entity to which it is originally addressed and may contain confidential and/or privileged material. Any review, re-transmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is not authorized and may be unlawful. If you received this in error, please contact the sender and delete the material from any computer.

---

**From:** Rainer Ziermann [mailto:rziermann@talisbio.com]
**Sent:** Monday, January 11, 2021 6:54 PM
**To:** Cathy
**Subject:** RE: Comparator Info

Hi Cathy:  Here is the package insert.  It appears to be different than the P23 Labs TaqPath SARS-CoV-2 Assay.  Do you have that assay's package insert for comparison?  Does FDA have an official list of unacceptable comparator assays?  Thank you,  Rainer

---

**From:** Cathy <ccambria@mindspring.com>
**Sent:** Monday, January 11, 2021 3:43 PM

CONFIDENTIAL                                                                      TLIS_0035857

**To:** Rainer Ziermann <rziermann@talisbio.com>
**Subject:** Comparator Info

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Rainer,
Would you please provide me with more information on the ThermoFisher assay you plan to use as a comparator. Since there are multiple ThermoFisher assays, it would be helpful to have detailed information. Currently FDA has identified the P23 Labs TaqPath SARS-CoV-2 Assay as an unacceptable comparator.

Regards,

*Cathy*

Cathryn N. Cambria
Cambria Regulatory Consulting, Inc.
Phone: 404 543 5909
Email: ccambria@mindspring.com

The information transmitted is intended only for the person or entity to which it is originally addressed and may contain confidential and/or privileged material. Any review, re-transmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is not authorized and may be unlawful. If you received this in error, please contact the sender and delete the material from any computer.

CONFIDENTIAL

TLIS_0035858