# EXHIBIT H

COOLEY LLP
Patrick E. Gibbs (183174)
(pgibbs@cooley.com)
Shannon M. Eagan (212830)
(seagan@cooley.com)
Samantha A. Kirby (307917)
(skirby@cooley.com)
Jessie Simpson LaGoy (305257)
(jsimpsonlagoy@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Defendants Talis Biomedical Corporation,
Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond
Cheong, Melissa Gilliam, Rustem F. Ismagilov,
Kimberly J. Popovits, Matthew L. Posard, and Randal
Scott*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION | Case No. 22-cv-00105-SI |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | **DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(1)** |
| ALL ACTIONS | |
| | Courtroom:   1 |
| | Judge:   Hon. Susan Illston |

COOLEY LLP

**INITIAL DISCLOSURES**

Defendants Talis Biomedical Corporation, Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, and Randal Scott ("Defendants") hereby make the following initial disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure. These initial disclosures are based upon a reasonable construction of the Amended Consolidated Class Action Complaint (ECF No. 104) (the "Complaint" or "AC") in this case and are based solely upon the information which has been discovered by Defendants as of this date.

These disclosures in no way constitute a waiver of the Federal Rules of Evidence, including without limitation the protections of the attorney-client privilege, work product doctrine, or any other applicable privilege and the law governing the requirements for admission of evidence. Defendants make no representation or admission concerning the relevance, authenticity or admissibility of any document identified in the disclosures. Defendants make these disclosures based on information reasonably known, following a good faith inquiry.

Defendants' investigation is ongoing, and they reserve the right to modify, amend, or otherwise supplement these disclosures, pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, as additional information becomes available during the course of this action, and to rely on such information as evidence in this action. Defendants further reserve the right to object to production and/or introduction into evidence of any document within the categories described herein or any testimony of the witnesses identified herein on the basis of privilege, relevance, or otherwise as appropriate.

The following disclosures represent a good faith effort to identify information Defendants reasonably believe is called for by Rule 26(a)(1).

**I.    RULE 26(A)(1)(A)(I) – INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

Set forth below are the names of individuals currently known to Defendants who may have discoverable information that Defendants may use to support their claims or defenses, unless solely for impeachment. Also set forth below is the contact information for each individual and the probable subject matter of the discoverable information that Defendants may use. By including an

individual on this list, Defendants do not waive, and rather preserve, their rights to object to any deposition or trial testimony of each individual.

| Name | Contact Information | Subject(s) of Information |
|---|---|---|
| Brian Coe | Contact through Defendants' counsel of record, Cooley LLP:<br><br>c/o Patrick E. Gibbs<br>Shannon M. Eagan<br>3175 Hanover Street<br>Palo Alto, California 94304<br>(650) 843-5000 | Talis's business and public statements; Talis's SEC filings and disclosures; Talis's efforts to develop, manufacture, and obtain regulatory approval for the Talis One; and related matters. |
| J. Roger Moody, Jr. | Contact through Defendants' counsel of record, Cooley LLP:<br><br>c/o Patrick E. Gibbs<br>Shannon M. Eagan<br>3175 Hanover Street<br>Palo Alto, California 94304<br>(650) 843-5000 | Talis's business and public statements; Talis's SEC filings and disclosures; Talis's efforts to develop, manufacture, and obtain regulatory approval for the Talis One; and related matters. |
| Felix Baker | Contact through Defendants' counsel of record, Cooley LLP:<br><br>c/o Patrick E. Gibbs<br>Shannon M. Eagan<br>3175 Hanover Street<br>Palo Alto, California 94304<br>(650) 843-5000 | Talis's business and public statements; Talis's SEC filings and disclosures, and related matters. |
| Raymond Cheong | Contact through Defendants' counsel of record, Cooley LLP:<br><br>c/o Patrick E. Gibbs<br>Shannon M. Eagan<br>3175 Hanover Street<br>Palo Alto, California 94304<br>(650) 843-5000 | Talis's business and public statements; Talis's SEC filings and disclosures, and related matters. |
| Melissa Gilliam | Contact through Defendants' counsel of record, Cooley LLP:<br><br>c/o Patrick E. Gibbs<br>Shannon M. Eagan<br>3175 Hanover Street<br>Palo Alto, California 94304<br>(650) 843-5000 | Talis's business and public statements; Talis's SEC filings and disclosures, and related matters. |

COOLEY LLP

3

DEFENDANTS' INITIAL DISCLOSURES
CASE NO. 22-CV-00105-SI

| Name | Contact Information | Subject(s) of Information |
|---|---|---|
| Rustem F. Ismagilov | Contact through Defendants' counsel of record, Cooley LLP:<br><br>c/o Patrick E. Gibbs<br>Shannon M. Eagan<br>3175 Hanover Street<br>Palo Alto, California 94304<br>(650) 843-5000 | Talis's business and public statements; Talis's SEC filings and disclosures, the development of and efforts to obtain regulatory approval for the Talis One product; and related matters. |
| Kimberly J. Popovits | Contact through Defendants' counsel of record, Cooley LLP:<br><br>c/o Patrick E. Gibbs<br>Shannon M. Eagan<br>3175 Hanover Street<br>Palo Alto, California 94304<br>(650) 843-5000 | Talis's business and public statements; Talis's SEC filings and disclosures, and related matters. |
| Matthew L. Posard | Contact through Defendants' counsel of record, Cooley LLP:<br><br>c/o Patrick E. Gibbs<br>Shannon M. Eagan<br>3175 Hanover Street<br>Palo Alto, California 94304<br>(650) 843-5000 | Talis's business and public statements; Talis's SEC filings and disclosures, and related matters. |
| Randal Scott | Contact through Defendants' counsel of record, Cooley LLP:<br><br>c/o Patrick E. Gibbs<br>Shannon M. Eagan<br>3175 Hanover Street<br>Palo Alto, California 94304<br>(650) 843-5000 | Talis's business and public statements; Talis's SEC filings and disclosures, and related matters. |
| Martin Dugan | c/o Joseph A. Fonti<br>Evan A. Kubota<br>7 Times Square, 27th Floor<br>New York, New York 10036<br>(212) 789-1340 | Allegations of the Amended Complaint. |
| Leon Yu | c/o Jennifer Pafiti<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, California 90024<br>(310) 405-7190 | Allegations of the Amended Complaint. |
| Max Wisdom Technology Limited | c/o Jennifer Pafiti<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, California 90024<br>(310) 405-7190 | Allegations of the Amended Complaint. |

Cooley LLP

4

DEFENDANTS' INITIAL DISCLOSURES
CASE NO. 22-CV-00105-SI

## II.    RULE 26(A)(1)(A)(II) – DOCUMENTS

Defendants presently believe that the categories of documents, data compilations, and tangible things in their possession, custody, and control, described below, are likely to contain non-privileged, discoverable information that Defendants may use to support their defenses (except for documents and things that Defendants may use solely for impeachment).   By providing this information pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(ii), Defendants do not waive any of their rights under the Federal Rules of Evidence, the Federal Rules of Civil Procedure, or any other applicable rule or statute including, but not limited to, any privilege or work product doctrine.  Defendants have described such documents by category.  The categories of documents, data compilations, and tangible things in Defendants' possession, custody, and control likely to contain non-privileged, discoverable information that Defendants may use to support their defenses include:

    a.    Documents that have been or will be made available through discovery in this litigation;

    b.    Motions, pleadings, exhibits, and other public filings in this litigation;

    c.    Documents quoted or referenced in the Amended Complaint;

    d.    Public filings or disclosures of Defendants or any related parties with or to the SEC or FDA, related to this litigation or the subject matter thereof;

    e.    Press releases and public statements made by officers or directors of Defendants, or parties related to any of the Defendants, related to this litigation or the subject matter thereof;

    f.    Non-privileged communications by and/or between officers or directors of Talis, related to this litigation or the subject matter thereof;

    g.    Such other records, files or communications that may be discovered, or whose importance and relevance may be determined in the course of this litigation.

Defendants have not concluded their investigation of the facts in this litigation and, other than as set forth above, additional documents may be found or may become relevant in the future. Defendants expressly reserve the right to make additional disclosures in the future and to utilize any documents subsequently produced that may support any of their claims or defenses in this action.  Defendants also reserve the right to introduce as evidence and rely upon documents that

are not within their possession, custody, or control, but are produced by other parties in this litigation.

### III.    RULE 26(A)(1)(A)(III) – DAMAGES

Defendants contend that they are not liable to Plaintiffs for any damages.  At this time, Defendants are not seeking damages.  Defendants reserve the right, however, to assert a claim for damages in the future based on information revealed during discovery.  Defendants also reserve the right to seek costs, attorney's fees, and/or other damages in this matter.

### IV.    RULE 26(A)(1)(A)(IV) – INSURANCE COVERAGE

Defendants agree, subject to the entry of an appropriate confidentiality order, to make all applicable insurance policies in their possession, custody, and control (including directors' and officers' liability insurance policies, to the extent they exist) available for inspection.

Dated: May 24, 2023                                          COOLEY LLP

By: _____ */s/ Patrick E. Gibbs* _____
                                                                                Patrick E. Gibbs

*Attorneys for Defendants Talis Biomedical Corporation, Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, and Randal Scott*

COOLEY LLP

6

DEFENDANTS' INITIAL DISCLOSURES
CASE NO. 22-CV-00105-SI

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2023, a copy of the foregoing was served on Plaintiffs' counsel of record by email, pursuant to the parties' agreement to accept service by email.

/s/ *Patrick E. Gibbs*
Patrick E. Gibbs

COOLEY LLP

7

DEFENDANTS' INITIAL DISCLOSURES
CASE NO. 22-CV-00105-SI