# EXHIBIT K



Evan A. Kubota
212 789 1347 direct
212 205 3960 fax
ekubota@bfalaw.com

December 19, 2023

**BY E-MAIL**

Patrick Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304

Re:     *In re Talis Biomedical Securities Litigation*, No. 22-cv-00105-SI (N.D. Cal.)

Dear Patrick:

On behalf of Lead Plaintiff Martin Dugan, we are writing in response to your December 18 letter. Since Plaintiff's class certification reply papers are due on January 12, 2024, and Defendants refuse to withdraw the Lee, Shevlin and Ludwig Declarations (and their exhibits), Defendants must immediately provide complete discovery on "tracing"—and confirm in writing that they have done so—to mitigate the prejudice caused by their violation of Rules 26 and 37.

Thus, please produce all discovery on the "tracing" issue immediately and no later than December 22, 2023. To be clear, this production should include (without limitation):

- All documents concerning Defendants' purported Fourth Affirmative Defense, including any purported sale or transfer of non-IPO shares after August 11, 2021 (*see* RFP No. 59), and the identity of "all sources, including witnesses and Documents," for Defendants' purported Fourth Affirmative Defense (Interrogatory No. 5);

- All documents concerning any "actual or potential financial interest in, or sale or purchase of, Talis Securities" by "any non-officer employee of Talis" (RFP No. 55; *see also* RFP No. 59);

- All documents concerning the statements in the Lee, Shevlin and Ludwig Declarations (including any records "maintained by Broadridge," given your statement that all such records "belong to Talis") (RFP Nos. 59, 64 & 65);

- All data and information from Talis's "software that tracks its stockholders and is capable of generating reports showing the listing of Talis shareholders for a given historical date," as referenced in Paragraph 7 of the Shevlin Declaration (RFP Nos. 59 & 65); and

- Talis's transfer journal and any ledgers or records on share issuances (including any "maintained by Broadridge") (RFP No. 59).



December 19, 2023
Page 2

   We also require your written assurance by December 22, 2023 that (a) Defendants' production on "tracing" is complete, and (b) Defendants will not use any additional witnesses, facts, or documents on the "tracing" issue at any point during this litigation.

   These steps are necessary because Defendants chose to raise "tracing" in their December 12, 2023 opposition to class certification, in violation of Rules 26 and 37, after producing no discovery related to tracing since discovery commenced more than seven months ago.  Defendants' effort to use class certification to short-circuit full discovery and the summary judgment process is improper.  Plaintiff reserves all rights.

Sincerely,

Evan A. Kubota


cc:  Jonathan Park (Pomerantz LLP)