# EXHIBIT M



BLEICHMAR
FONTI & AULD LLP

Evan A. Kubota
212 789 1347 direct
212 205 3960 fax
ekubota@bfalaw.com

December 21, 2023

**BY E-MAIL**

Patrick Gibbs
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304

Re:     *In re Talis Biomedical Securities Litigation*, No. 22-cv-00105-SI (N.D. Cal.)

Dear Patrick:

On behalf of Lead Plaintiff Martin Dugan, we are writing in response to your December 20 letter.  We have requested that Defendants provide complete discovery on "tracing" by December 22, 2023 and confirm in writing that their production and disclosure of witnesses and facts on "tracing" is complete.  You have refused to do so, and we will proceed accordingly.

Our basis for requesting complete discovery on "tracing" is simple:  on December 12, in violation of Rules 26 and 37, Defendants suddenly asked the Court to rule on "tracing" and shorten the class period based on an incomplete record.  Your offer "to discuss an extension of time" for Plaintiff's class certification reply does not resolve the problem Defendants have created.  The fact that Defendants have yet to provide "full discovery" on "tracing" is a problem of their own making.  The briefing schedule was set months ago, and Defendants cannot leverage their own Rule 26 and 37 violation to create further delay.

Defendants are continuing to breach their obligations by failing to produce complete discovery on "tracing."  Your vague offer to "have a conversation" about "targeted discovery that is reasonably necessary for [Plaintiff] to respond to the evidence and arguments in [Defendants'] opposition brief" does not resolve the prejudice that Defendants' ongoing violations have created.

Finally, on December 14 we requested fully unredacted versions of Defendants' December 12 filings, which you redacted in violation of the ESI Protocol to conceal relevant information from both Plaintiff and the Court.  You still have not provided complete and fully unredacted versions of those filings, including Defendants' opposition brief, the Shevlin and Ludwig Declarations, and Eagan Decl. Ex. 13.  Please provide these documents today.

Sincerely,

Evan A. Kubota

cc:  Jonathan Park (Pomerantz LLP)