United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re TALIS BIOMEDICAL CORPORATION SECURITIES LITIGATION | Case No. 22-cv-00105-SI |
|---|---|
| | **ORDER DIRECTING PLAINTIFF TO FILE COMPLETE COPY OF PLAINTIFF'S DEPOSITION** |

In connection with plaintiff's motion for class certification, which is scheduled for a hearing on February 9, the parties have filed excerpts of the deposition of named plaintiff Martin Dugan. The Court finds that a complete transcript would be helpful, and directs plaintiff to file a complete transcript no later than January 22.

**IT IS SO ORDERED**.

Dated: January 18, 2024

_____
SUSAN ILLSTON
United States District Judge