COOLEY LLP
Patrick E. Gibbs (183174)
(pgibbs@cooley.com)
Shannon M. Eagan (212830)
(seagan@cooley.com)
Jessie Simpson LaGoy (305257)
(jsimpsonlagoy@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Zachary Sisko (*appearance pro hac vice*)
(zsisko@cooley.com)
500 Boylston Street
14th Floor
Boston, Massachusetts 02116-3736
Telephone:     +1 617 937 2300
Facsimile:     +1 617 937 2400

*Attorneys for Defendants Talis Biomedical Corporation, Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, and Randal Scott*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION | Case No. 22-cv-00105-SI |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF JESSIE SIMPSON LAGOY IN SUPPORT OF DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EVIDENCE IN SUPPORT OF CLASS CERTIFICATION REPLY BRIEFING** |
| ALL ACTIONS | |
| | Date:      February 9, 2024 |
| | Time:      10:00 a.m. |
| | Crtm:      1 |
| | Judge:     Hon. Susan Illston |

COOLEY LLP

DECLARATION OF JESSIE SIMPSON LAGOY
CASE NO. 22-CV-00105-SI

I, Jessie Simpson LaGoy, hereby declare:

1.      I am an Associate with the law firm of Cooley LLP, counsel of record for Defendants Talis Biomedical Corporation, Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, and Randal Scott ("Defendants"), in the above-captioned matter.  I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I have personal knowledge of the following facts and, if called to testify, could and would testify competently thereto.

2.      Attached hereto as **Exhibit A** is a true and correct copy of a letter dated October 11, 2023, sent by Shannon Eagan of Cooley LLP to Evan Kubota of Bleichmar Fonti & Auld LLP.

3.      Attached hereto as **Exhibit B** is a true and correct copy of a letter dated October 16, 2023, sent by Evan Kubota of Bleichmar Fonti & Auld LLP to Shannon Eagan of Cooley LLP.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the decision in *Burford Capital Ltd. v. London Stock Exchange Group plc.*, [2020] EWHC 1183 (Comm), available at https://www.bailii.org/ew/cases/EWHC/Comm/2020/1183.html (last visited January 19, 2024).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th of January, 2024, at Palo Alto, California.


By*:*    */s/ Jessie Simpson LaGoy*
            Jessie Simpson LaGoy


### Attestation Pursuant to Civ. L.R. 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: January 19, 2024          */s/ Patrick E. Gibbs*
                                              Patrick E. Gibbs

COOLEY LLP

2                    DECLARATION OF JESSIE SIMPSON LAGOY
                      CASE NO. 22-CV-00105-SI