COOLEY LLP
Patrick E. Gibbs (183174)
(pgibbs@cooley.com)
Shannon M. Eagan (212830)
(seagan@cooley.com)
Jessie Simpson LaGoy (305257)
(jsimpsonlagoy@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

Zachary Sisko (*appearance pro hac vice*)
(zsisko@cooley.com)
500 Boylston Street
14th Floor
Boston, Massachusetts 02116-3736
Telephone:    +1 617 937 2300
Facsimile:    +1 617 937 2400

*Attorneys for Defendants Talis Biomedical Corporation,*
*Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond*
*Cheong, Melissa Gilliam, Rustem F. Ismagilov,*
*Kimberly J. Popovits, Matthew L. Posard, and Randal*
*Scott*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION | Case No. 22-cv-00105-SI |
|---|---|
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE DEFENDANTS' FILING OF A SUR-REPLY IN SUPPORT OF DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION** |
| ALL ACTIONS | |
| | Judge:        Hon. Susan Illston |

Pursuant to Local Rule 7-12, Defendants Talis Biomedical Corporation ("Talis"), Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, and Randal Scott (jointly with Talis, "Defendants") seek leave to file a sur-reply in support of their Opposition to Lead Plaintiff's Motion for Class Certification.   Defendants and Lead Plaintiff Martin Dugan ("Plaintiff", collectively with Defendants, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on January 13, 2023, Plaintiff, Leon Yu, and Max Wisdom Technology Limited filed their Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 104) (the "Complaint);

WHEREAS, Defendants moved to dismiss the Complaint on February 17, 2023 (ECF No. 107);

WHEREAS, the Court denied Defendants' motion to dismiss on April 28, 2023, and set the Initial Case Management Conference for June 2, 2023 (ECF No. 115);

WHEREAS, Defendants filed their Answer to the Complaint on May 12, 2023 (ECF No. 117);

WHEREAS, at the June 2, 2023 Case Management Conference, the Court set deadlines for, among other things, class certification briefing, class certification experts, and the class certification hearing (ECF No. 119, the "Scheduling Order");

WHEREAS, on October 13, 2023, Plaintiff, Leon Yu, and Max Wisdom Technology Limited (then-Co Lead Plaintiffs) filed a Motion for Class Certification and Memorandum of Points and Authorities in Support Thereof (ECF No. 126; the "Motion for Class Certification");

WHEREAS, on November 30, Leon Yu and Max Wisdom Technology Limited withdrew as Co-Lead Plaintiffs, leaving Martin Dugan as the sole Lead Plaintiff (ECF No. 131);

WHEREAS, Defendants filed their Opposition to the Motion for Class Certification on December 12, 2023 (ECF No. 136; the "Opposition");

WHEREAS, the Opposition argues that shares purchased or acquired after the expiration of Talis's Lock-Up are not traceable to the Registration Statement (Opposition at 22-25);

WHEREAS, Plaintiff filed his Reply in Support of his Motion for Class Certification on January 12, 2024 (ECF No. 137, the "Reply");

WHEREAS, the Reply responded to Defendants' tracing arguments raised in the Opposition, including an expert declaration from Professor Joshua Mitts, Ph.D. (ECF No. 138-1, the "Mitts Report") and an alleged violation of Federal Rule of Civil Procedure ("Rule") 37 (Reply at 12-15);

WHEREAS, Defendants intend to take the deposition of Professor Mitts and Plaintiff has informed Defendants that Professor Mitts is not available for deposition until January 29, 2024;

WHEREAS, the Parties agree that Defendants may file a sur-reply in support of the Opposition provided that it (a) is no more than 10 pages, (b) responds only to the tracing and Rule 37 argument at page 2, line 25 to page 3, line 5, and page 12, line 12 to page 15, line 19 of the Reply, and (c) is filed on or before February 2, 2024, and provided that Defendants (d) make any expert whose report is submitted with or referenced in their sur-reply available for deposition no later than February 6, 2024, and (e) consent that Plaintiff may file an objection pursuant to Local Rule 7-3(d)(1) to any new evidence (including any expert report) submitted with Defendants' sur-reply before the Court's February 9, 2024 hearing on the Motion for Class Certification.

Accordingly, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their counsel of record and subject to order of the Court, as follows:

(1)    Defendants are granted leave to file a sur-reply of no greater than ten pages on or before February 2, 2024;

(2)    Defendants' sur-reply shall be limited to responding to the tracing and Rule 37 argument raised at page 2, line 25 to page 3, line 5, and page 12, line 12 to page 15, line 19 of the Reply, inclusive of footnotes;

(3)    Defendants shall make any expert whose report is submitted with or referenced in their sur-reply available for deposition no later than February 6, 2024; and

(4)    In advance of the February 9, 2024 class certification hearing (or as otherwise ordered by the Court), Plaintiff may file an objection pursuant to Local Rule 7-3(d)(1) to any new evidence (including any expert report) submitted with Defendants' sur-reply.

Dated:  January 24, 2024

By:  */s/ Joseph A. Fonti*

**BLEICHMAR FONTI & AULD LLP**
Joseph A. Fonti (*pro hac vice*)
jfonti@bfalaw.com
Evan A. Kubota (*pro hac vice*)
ekubota@bfalaw.com
7 Times Square, 27th Floor
New York, New York 10036
Telephone:     +1 212 789 1340

– and –

Lesley E. Weaver (Bar No. 191305)
lweaver@bfalaw.com
1330 Broadway, Suite 630
Oakland, California 94612
Telephone:     +1 415 445 4003

*Counsel for Lead Plaintiff Martin Dugan and*
*Lead Counsel for the Putative Class*

**THE SCHALL LAW FIRM**
Brian Schall (Bar No. 290685)
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone:     +1 424 303 1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff*
*Martin Dugan*

**POMERANTZ LLP**
Jennifer Pafiti (Bar No. 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone:     +1 310 405 7190
jpafiti@pomlaw.com

Jeremy A. Lieberman (*pro hac vice*
application forthcoming)
J. Alexander Hood II (*pro hac vice*)
James M. LoPiano (*pro hac vice*)
Jonathan D. Park (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:     +1 212 661 1100
jalieberman@pomlaw.com
ahood@pomlaw.com
jlopiano@pomlaw.com
jpark@pomlaw.com

*Additional Counsel for the Putative Class*

By:  */s/ Patrick E. Gibbs*

**COOLEY LLP**
Patrick E. Gibbs (Bar No. 183174)
Shannon M. Eagan (Bar No. 212830)
Jessie Simpson LaGoy (Bar No. 305257)
3175 Hanover Street
Palo Alto, California 94304
Telephone:     +1 650 843 5000
pgibbs@cooley.com
seagan@cooley.com
jsimpsonlagoy@cooley.com

– and –

Zachary Sisko (*pro hac vice*)
500 Boylston Street
14th Floor
Boston, Massachusetts  02116-3736
Telephone:     +1 617 937 2300
zsisko@cooley.com

*Attorneys for Defendants Talis Biomedical*
*Corporation, Brian Coe, J. Roger Moody, Jr.,*
*Felix Baker, Raymond Cheong, Melissa Gilliam,*
*Rustem F. Ismagilov, Kimberly J. Popovits,*
*Matthew L. Posard, and Randal Scott*

**ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), I, Patrick E. Gibbs, hereby attest that the concurrence to the filing of the foregoing document has been obtained from the signatories.

Dated:  January 24, 2024

*/s/ Patrick E. Gibbs*
Patrick E. Gibbs

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: ___January 24_____, 2024

_____
The Honorable Susan Illston
United States District Judge

COOLEY LLP

4