# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION | Case No. 22-cv-00105-SI |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE A RESPONSIVE EXPERT REPORT AND TO ENLARGE TIME TO ALLOW FILING THEREOF** |
| ALL ACTIONS | |

COOLEY LLP

Pending before the Court is Defendants Talis Biomedical Corporation, Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, and Randal Scott's ("Defendants") Motion for Leave to File a Responsive Expert Report and to Enlarge Time to Allow Filing Thereof (the "Motion"), pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rules 6-1 and 6-3.

Having considered the moving and opposition papers, the Declaration of Jessie Simpson LaGoy, the pleadings and filings in this action, and all other matters properly before the Court, the Court holds as follows:

Defendants' Motion is **GRANTED**. The time for Defendants to submit a "class certification responsive expert report" is extended from December 12, 2023 to February 2, 2024, and the Court's scheduling order (ECF No. 119) is modified accordingly.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
Hon. Susan Illston
United States District Judge

COOLEY LLP

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO CHANGE TIME
CASE NO. 22-CV-00105-SI