**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (Bar No. 191305)
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Lead Plaintiff Martin Dugan
and Lead Counsel for the Putative Class*

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION | Case No. 22-cv-00105-SI |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | **JOINT STIPULATION AND [PROPOSED] ORDER RE CLASS CERTIFICATION EXPERTS** |
| ALL ACTIONS | Judge:          Hon. Susan Illston |

COOLEY LLP

Pursuant to Local Rule 7-12, Defendants Talis Biomedical Corporation ("Talis"), Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, and Randal Scott (jointly with Talis, "Defendants"), and Lead Plaintiff Martin Dugan ("Plaintiff", collectively with Defendants, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed his Reply in Support of his Motion for Class Certification on January 12, 2024 (ECF 137, the "Reply"), which included an expert declaration from Professor Joshua Mitts, Ph.D (ECF 138-1, the "Mitts Report");

WHEREAS, on January 19, 2024, Defendants filed an objection pursuant to Local Rule 7-3(d)(1) to the Mitts Report and certain other material submitted with Plaintiff's Reply (ECF 141);

WHEREAS, on January 24, 2024, Defendants moved for leave to file an expert report responding to the Mitts Report on or before February 2, 2024 (ECF 144); and

WHEREAS, the Parties have reached an agreement regarding the submission of class certification expert reports;

Accordingly, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their counsel of record and subject to order of the Court, as follows:

(1)     Defendants no longer seek exclusion of the Mitts Report as untimely (*see* ECF 141 at 1:7–2:14) but preserve the remainder of their objection pursuant to Local Rule 7-3(d)(1) (ECF 141); and

(2)     Plaintiff does not oppose Defendants' motion for leave to file an expert report responding to the Mitts Report (ECF 144), but reserves the right to object to Defendants' expert report pursuant to Local Rule 7-3(d)(1) (*see* ECF 143) on grounds other than timeliness.

Dated:  January 26, 2024

By: */s/ Joseph A. Fonti*

**BLEICHMAR FONTI & AULD LLP**
Joseph A. Fonti (*pro hac vice*)
jfonti@bfalaw.com

By: */s/ Patrick E. Gibbs*

**COOLEY LLP**
Patrick E. Gibbs (Bar No. 183174)
Shannon M. Eagan (Bar No. 212830)

COOLEY LLP

1

JOINT STIP. & [PROPOSED] ORDER RE
CLASS CERTIFICATION EXPERTS
CASE NO. 22-CV-00105-SI

Evan A. Kubota (*pro hac vice*)
ekubota@bfalaw.com
7 Times Square, 27th Floor
New York, New York 10036
Tel: (212) 789-1340
Fax: (212) 205-3960

    – and –

Lesley E. Weaver (Bar No. 191305)
lweaver@bfalaw.com
1330 Broadway, Suite 630
Oakland, California 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020

*Counsel for Lead Plaintiff Martin Dugan and Lead Counsel for the Putative Class*

**THE SCHALL LAW FIRM**
Brian Schall (Bar No. 290685)
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Martin Dugan*

**POMERANTZ LLP**
Jennifer Pafiti (Bar No. 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (212) 661-8665
jpafiti@pomlaw.com

Jeremy A. Lieberman (*pro hac vice* application forthcoming)
J. Alexander Hood II (*pro hac vice*)
James M. LoPiano (*pro hac vice*)
Jonathan D. Park (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com
jlopiano@pomlaw.com
jpark@pomlaw.com

*Additional Counsel for the Putative Class*

Jessie Simpson LaGoy (Bar No. 305257)
3175 Hanover Street
Palo Alto, California 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
pgibbs@cooley.com
seagan@cooley.com
jsimpsonlagoy@cooley.com

    – and –

Zachary Sisko (*pro hac vice*)
500 Boylston Street
14th Floor
Boston, Massachusetts  02116-3736
Telephone:    +1 617 937 2300
Facsimile:    +1 617 937 2400
zsisko@cooley.com

*Attorneys for Defendants Talis Biomedical Corporation, Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, and Randal Scott*

Cooley LLP

2

JOINT STIP. & [PROPOSED] ORDER RE
CLASS CERTIFICATION EXPERTS
CASE NO. 22-CV-00105-SI

**ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), I, Joseph A. Fonti, hereby attest that the concurrence to the filing of the foregoing document has been obtained from the signatories.

Dated:  January 26, 2024

_/s/ Joseph A. Fonti_
Joseph A. Fonti

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: ___January 26_____, 2024

_____
The Honorable Susan Illston
United States District Judge

COOLEY LLP

JOINT STIP. & [PROPOSED] ORDER RE
CLASS CERTIFICATION EXPERTS
CASE NO. 22-CV-00105-SI