# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION | Case No. 22-cv-00105-SI |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | [PROPOSED] ORDER RE ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED |
| ALL ACTIONS | |

COOLEY LLP

[PROPOSED] ORDER GRANTING
ADMIN MTN RE FILING UNDER SEAL
CASE NO. 22-CV-00105-SI

Defendants Talis Biomedical Corporation, Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, and Randal Scott's (collectively, "Defendants") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed pursuant to Northern District of California Civil Local Rule 79-5(f) was brought before this Court.

Having considered the submissions and all pleadings and papers on file in this matter, and compelling reasons appearing therefor, the Court Orders as follows:

| Document or Portion of Document Sought to Be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Defendant's Opposition to Lead Plaintiff's Motion for Class Certification at page 5, line 11 | Sealing Decl. ¶¶ 3, 5 | |
| Defendant's Opposition to Lead Plaintiff's Motion for Class Certification at page 5, line 13 | Sealing Decl. ¶¶ 3, 5 | |
| Defendant's Opposition to Lead Plaintiff's Motion for Class Certification at page 6, line 1 | Sealing Decl. ¶¶ 3, 5 | |
| Declaration of Shannon Eagan, Ex. 13 | Sealing Decl. ¶¶ 3, 5 | |
| Declaration of Meghan Shevlin ("Shevlin Decl."), ¶ 5 | Sealing Decl. ¶¶ 3, 5 | |
| Shevlin Decl., ¶ 8 | Sealing Decl. ¶¶ 3, 5 | |
| Shevlin Decl., ¶ 11 | Sealing Decl. ¶¶ 3, 5 | |
| Shevlin Decl., ¶ 14 | Sealing Decl. ¶¶ 3, 5 | |
| Shevlin Decl., ¶ 15 | Sealing Decl. ¶¶ 3, 5 | |
| Shevlin Decl. Ex. 3 at 7 | Sealing Decl. ¶¶ 3, 5 | |
| Shevlin Decl. Ex. 5 at 3 | Sealing Decl. ¶¶ 3, 5 | |
| Shevlin Decl. Ex. 6 at 3 | Sealing Decl. ¶¶ 3, 5 | |
| Shevlin Decl. Ex. 7 at 3 | Sealing Decl. ¶¶ 3, 5 | |
| Shevlin Decl. Ex. 8 at 3 | Sealing Decl. ¶¶ 3, 5 | |
| Shevlin Decl. Ex. 9 at 3 | Sealing Decl. ¶¶ 3, 5 | |
| Declaration of Lia Ludwig at ¶ 5 | Sealing Decl. ¶¶ 3, 5 | |

**IT IS SO ORDERED.**

Dated: __February 2___, 2024

DENIED

Judge Susan Illston

_____
Hon. Susan Illston
United States District Judge

[PROPOSED] ORDER GRANTING ADMIN MTN RE FILING UNDER SEAL
CASE NO. 22-CV-00105-SI

COOLEY LLP

1