COOLEY LLP
Patrick E. Gibbs (183174)
(pgibbs@cooley.com)
Shannon M. Eagan (212830)
(seagan@cooley.com)
Jessie Simpson LaGoy (305257)
(jsimpsonlagoy@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:     +1 650 843 5000
Facsimile:     +1 650 849 7400

Zachary Sisko (*appearance pro hac vice*)
(zsisko@cooley.com)
500 Boylston Street
14th Floor
Boston, Massachusetts  02116-3736
Telephone:     +1 617 937 2300
Facsimile:     +1 617 937 2400

*Attorneys for Defendants Talis Biomedical Corporation, Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, and Randal Scott*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION | Case No. 22-cv-00105-SI |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **DECLARATION OF PATRICK E. GIBBS IN SUPPORT OF DEFENDANTS' SUR-REPLY IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:     February 9, 2024<br>Time:     10:00 a.m.<br>Crtm:    1<br>Judge:   Hon. Susan Illston |

COOLEY LLP

I, Patrick E. Gibbs, hereby declare as follows:

1.     I am an attorney with the law firm Cooley LLP, counsel for Defendants Talis Biomedical Corporation ("Talis"), Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, and Randal Scott (together, "Defendants") in the above-caption action.  I am licensed to practice in the State of California and before the United States District Court for the Northern District of California.  I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

2.     I submit this Declaration in support of Defendants' Sur-Reply in Opposition to Plaintiff's Motion for Class Certification.

3.     Attached hereto as **Exhibit 1** is a true and correct copy of an Out-of-Time Brief *Amicus Curiae* Not in Support of Any Party submitted by the Depository Trust Company in the case *In re Petrobras Securities Litigation*, Case No. 16-1914 (2d. Cir.), ECF No. 293-2, dated September 16, 2016, and the declaration of Gregg M. Mashberg in support the Depository Trust Company's Motion for Leave to File the same, ECF No. 293-1, together marked as Exhibit 61 to the January 29, 2024 deposition of Joshua Mitts.

4.     Attached hereto as **Exhibit 2** is a true and correct copy of the Expert Rebuttal Report of Jack R. Wiener, dated February 2, 2024.

5.     Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the January 29, 2024 deposition of Joshua Mitts.  Portions of the exhibit have been highlighted for the Court's convenience.

6.     Attached hereto as **Exhibit 4** is a true and correct copy of the Expert Report of Professor Joshua Mitts, Ph.D. submitted in the case *Crews v. Rivian Automotive, Inc.*, Case No. 2:22-cv-01524-JLS-E, ECF No. 218-4, dated December 1, 2023.

7.     Attached hereto as **Exhibit 5** is a true and correct copy of an article titled "*Slack v. Priani* and the Future of Section 11 Claims," authored by John C. Coffee, Jr. and Joshua Mitts, dated December 1, 2023.  An electronic copy of this article is available online at: https://papers.ssrn.com/sol3/papers.cfm?abstract_id=4644888.

8.    Attached hereto as **Exhibit 6** is a true and correct copy of the Brief for *Amici Curiae* Law and Business Professors in Support of Respondent submitted by, among others, John C. Coffee, Jr. and Joshua Mitts, in the Supreme Court case *Slack Technologies, LLC. v. Pirani*, Case No. 22-200, filed on March 6, 2023.

9.    On December 22, 2023 and January 5, 2024, Defendants produced to Plaintiff documents concerning the commingling of pre-IPO shares with shares issued pursuant to the Registration Statement.  On January 5, 2024, ten days before the parties' deadline for substantial completion of document discovery, counsel for Defendants advised counsel for Plaintiff, reserving all rights, that "With today's productions, we believe our production of documents relevant to the commingling of pre-IPO shares with shares issued pursuant to the Registration Statement is complete."

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on February 2, 2024 in Palo Alto, California.


Dated:  February 2, 2024                                           */s/ Patrick E. Gibbs*
                                                                              Patrick E. Gibbs

Cooley LLP

3

**P. Gibbs Decl. ISO Defendants' Sur-Reply in Opposition to Mot. for Class Certification**
Case No. 22-Cv-00105-SI