UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 22-cv-00105-SI<br><br>CLASS ACTION |

**DECLARATION OF ANN MARIE BRIA**

I, Ann Marie Bria, declare as follows:

1.      I am Managing Director for Asset Services Product Management at The Depository Trust & Clearing Corporation ("DTCC"). The Depository Trust Company ("DTC") is a subsidiary of DTCC. Cede & Co. is a partnership nominee of DTC.

2.      In the course of my duties at DTCC, I have knowledge of the following facts.

3.      At close of business on February 17, 2021, DTC held 15,870,000 shares of Talis Biomedical Corporation Common Stock, CUSIP number 87424L108 ("Talis Stock"), registered in the name of Cede & Co., for the benefit of DTC Participants.

4.      At close of business on August 11, 2021, 15,900,843 shares of Talis Stock registered in the name of Cede & Co. were held by DTC for the benefit of DTC Participants.

5.      At the close of business on August 13, 2021, 16,610,744 shares of Talis Stock registered in the name of Cede & Co. were held by DTC for the benefit of DTC Participants.

6.      At all times, shares of Talis Stock deposited at DTC and registered in the name of Cede & Co. were held by DTC in an undifferentiated manner known as a "fungible bulk."

1

7.      Each DTC participant that has held a position in Talis Stock credited to its DTC account, has held a pro-rata beneficial interest in Cede & Co.'s aggregate holding of Talis Stock.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2024

_____
Ann Marie Bria

Place of execution: Jersey City, New Jersey

2