UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE TALIS BIOMEDICAL SECURITIES LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

Case No. 22-cv-00105-SI

CLASS ACTION

## SUPPLEMENTAL DECLARATION OF LIA LUDWIG

I, Lia Ludwig, in my capacity as an employee of Broadridge Corporate Issuer Solutions, LLC, and not in my individual capacity, declare, to the best of my knowledge, as follows:

1.      I am a Relationship Manager at Broadridge Corporate Issuer Solutions, LLC ("Broadridge"), as successor-in-interest to Broadridge Corporate Issuer Solutions, Inc.  I have personal knowledge of the facts set forth below and would testify competently thereto in my capacity as an employee of Broadridge.

2.      Since the initial public offering ("IPO") of Talis Biomedical Corporation ("Talis"), Broadridge has been the stock transfer agent and registrar for Talis for shares of Talis's common stock, CUSIP number 87424L108 ("Talis Stock").

3.      As instructed by Talis, at the close of business on February 17, 2021, 15,870,000 shares of Talis Stock, CUSIP number 87424L108, were issued by Broadridge in the name of Cede & Co. (the partnership nominee of The Depository Trust Company ("DTC")) in connection with the Talis IPO ("Talis IPO Shares") and were delivered by Broadridge to DTC.

4.      As of the close of business on August 11, 2021, 30,843 additional shares of Talis Stock, CUSIP number 87424L108, previously issued to Talis employees in connection with Talis's employee incentive plan ("Talis Employee Incentive Shares"), were registered to Cede & Co. Such Talis Employee Incentive Shares were delivered by Broadridge to DTC.  Accordingly, at the close of business on August 11, 2021, a total of 15,900,843 shares of Talis Stock were registered to Cede & Co. and had been delivered to DTC.

5.      Also as of the close of business on August 11, 2021, Meridian Small Cap Growth Fund ("Meridian") held 705,537 shares of Talis Stock ("Meridian Shares"), CUSIP number 87424L108, through the Direct Registration System ("DRS").

6.      On August 13, 2021, the DTC participant Bank of New York, on behalf of its client, Meridian, submitted a DRS transfer request to Broadridge to register the Meridian Shares in the name of Cede & Co.  Broadridge registered the transfer to the Cede & Co. account by approving

1

the DRS transfer submitted by Bank of New York and delivered the Meridian Shares to DTC, on August 13, 2021, as instructed.

7.      Between August 12, 2021 and August 13, 2021, 4,364 additional Talis Employee Incentive Shares were registered to Cede & Co. and delivered to DTC, so that at the close of business on August 13, 2021, a total of 16,610,744 shares of Talis Stock were registered to Cede & Co. and held by DTC.

I declare under the penalty of perjury that the forgoing is true and correct.

Lia Ludwig

Executed on ___January 25, 2024_____

Place of execution: ___Frederick, CO_____

2