**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (Bar No. 191305)
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Lead Plaintiff Martin Dugan*
*and Lead Counsel for the Putative Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION | Case No. 3:22-cv-00105-SI<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **DECLARATION OF EVAN A. KUBOTA IN SUPPORT OF LEAD PLAINTIFF'S OBJECTIONS TO DEFENDANTS' SUR-REPLY EVIDENCE IN OPPOSITION TO CLASS CERTIFICATION**<br><br>Date:      February 9, 2024<br>Time:      10:00 A.M.<br>Courtroom:  1<br>Judge:     Hon. Susan Illston |

DECL. OF EVAN A. KUBOTA IN SUPPORT OF LEAD PLAINTIFF'S OBJECTIONS TO DEFENDANTS' SUR-REPLY EVIDENCE IN OPPOSITION TO CLASS CERTIFICATION Case No. 3:22-cv-00105-SI

I, Evan A. Kubota, hereby declare as follows:

1. I am a Partner with the law firm Bleichmar Fonti & Auld LLP, counsel for Lead Plaintiff Martin Dugan and Lead Counsel for the Putative Class. I am an attorney duly licensed to practice in the State of New York and have been admitted to practice *pro hac vice* in this matter. I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

2. Pursuant to Civil Local Rule 7-3, I submit this declaration in support of Lead Plaintiff's Objections to Defendants' Sur-Reply Evidence in Opposition to Plaintiff's Motion For Class Certification.

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of Jack R. Wiener's deposition on February 5, 2024.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the transcript of Dr. Joshua Mitts' deposition on January 29, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 6, 2024 in White Plains, New York.

Dated: February 6, 2024                 */s/ Evan A. Kubota*
                                                          Evan A. Kubota

**CERTIFICATION**

Pursuant to Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

                                                          */s/ Joseph A. Fonti*
                                                          Joseph A. Fonti

DECL. OF EVAN A. KUBOTA IN SUPPORT OF LEAD PLAINTIFF'S OBJECTIONS TO DEFENDANTS' SUR-REPLY EVIDENCE IN OPPOSITION TO CLASS CERTIFICATION Case No. 3:22-cv-00105-SI