United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE TALIS BIOMEDICAL
CORPORATION SECURITIES
LITIGATION,

Case No. 22-cv-00105-SI

**ORDER RE: CASE MANAGEMENT CONFERENCE**

The Court has just certified a class in this action.  The Court hereby schedules a further Case Management Conference for **Friday, March 1, 2024 at 2:30 p.m**.  A Joint Case Management Statement must be filed by Friday,  February 23, 2024.  The Court will consider class notice, and scheduling discovery, motions, pretrial and trial dates.

**IT IS SO ORDERED.**

Dated: February 9, 2024

SUSAN ILLSTON
United States District Judge