|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

JOHN MODRAK, et al.,

          Plaintiffs,

   v.

TALIS BIOMEDICAL CORPORATION, et al.,

          Defendants.

Case No. 22-cv-00105-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 6/14/2024 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 6/12/2024.

DESIGNATION OF EXPERTS: 7/12/2024; REBUTTAL: 8/16/2024;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 10/4/2024.

DISPOSITIVE MOTIONS **SHALL** be filed by: 10/19/2024;
    Opp. Due: 11/22/2024; Reply Due: 12/20/2024;
    and set for hearing no later than 1/17/2025 at 10:00 AM.

PRETRIAL PAPERWORK DUE: 1/28/2025
PRETRIAL CONFERENCE DATE: 2/11/2025 at 1:30 PM.

JURY TRIAL DATE: 2/24/2025 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 8 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

      **IT IS SO ORDERED**.

Dated: March 1, 2024

_____
SUSAN ILLSTON
United States District Judge