# EXHIBIT A

*In re Talis Biomedical Corporation Securities Litigation*,
Case No. 22-cv-00105-SI (N.D. Cal.)
FOR MORE INFORMATION PLEASE VISIT
www.TalisSecuritiesLitigation.com or call 877-331-0411

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Northern District of California that the above-captioned action (the "Action") has been certified to proceed as a class action against Defendant Talis Biomedical Corporation ("Talis") and certain current and former officers and directors ("Defendants"). IF YOU ARE A CLASS MEMBER, YOUR RIGHTS WILL BE AFFECTED BY THIS CLASS ACTION LAWSUIT. This postcard advises you of information about your options. A long-form Notice with further information about your rights is available at the case website above or by calling the telephone number listed above.

<u>Who is included in the Class?</u> All persons or entities that purchased or otherwise acquired common stock issued by Talis pursuant and/or traceable to the registration statement and prospectus issued in connection with the Company's February 11, 2021 initial public offering between February 11, 2021 and August 11, 2021, inclusive, and were damaged thereby.

Excluded from the Class are (i) Defendants and any affiliates or subsidiaries thereof, (ii) present and former officers and directors of Talis and its subsidiaries or affiliates, and their immediate family members (as defined in Item 404 of SEC Regulation S-K, 17 C.F.R. § 229.404, Instructions (1)(a)(iii) & (1)(b)(ii)); (iii) Defendants' liability insurance carriers, and any affiliates or subsidiaries thereof; (iv) any entity in which any Defendant has or has had a controlling interest; (v) Talis's employee retirement and benefits plan(s); and (vi) the legal representatives, heirs, estates, agents, successors, or assigns of any person or entity described in the preceding five categories.

<u>What are my options?</u> This class action is still being litigated and no money has yet been recovered. If you do nothing, you will remain a member of the Class and, if there is a future recovery or settlement, you may be eligible for a payment. If you remain a Class Member, you will be bound by the proceedings in this Action, including all past, present, and future orders and judgments of the Court, whether favorable or unfavorable, and you may not pursue your own lawsuit with regard to any of the issues in this Action.

If you DO NOT want to remain a Class Member and be legally bound by anything that happens in this case, you must exclude yourself from the Class. To exclude yourself, you must submit a request in writing ***by no later than _____, 2024***, pursuant to the instructions in the long-form Notice available at www.TalisSecuritiesLitigation.com. If you choose to exclude yourself, you will not be able to receive any money from this Action, but you will be entitled to pursue any individual remedy that you may have, at your own expense. You may contact the Administrator or Class Counsel with any questions. Please note, if you decide to exclude yourself from the Class, you may be time-barred from asserting the claims covered by the Action.

<u>What has happened so far?</u> This case began on January 7, 2022, and alleges claims under Sections 11 and 15 of the Securities Act of 1933. The Class Representative alleges that the Defendants made false and misleading statements and material omissions concerning Talis One. Defendants deny all of these allegations, and deny any wrongdoing or violation of law. In April 2023, the Court denied Defendants' motion to dismiss the case. In February 2024, the Court certified the above-referenced Class and appointed Martin Dugan as Class Representative and Bleichmar Fonti & Auld LLP and Pomerantz LLP as Co-Class Counsel. The parties have conducted substantial discovery, and no trial date has been set.

<u>Your Other Rights</u>. Class Members are represented by Class Counsel. You will not be personally responsible for their fees and expenses. You may also hire your own attorney, at your own expense, and, if you do so, they must file a notice of appearance with the Court.

**Please keep your investment records concerning Talis and notify the administrator of any change of address.**

**For more information, call 877-331-0411, send an email to info@TalisSecuritiesLitigation.com, or visit www.TalisSecuritiesLitigation.com. Do not contact the Court, Defendants, or their counsel in this Action with questions.**