# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

---

*In re Talis Biomedical Corporation Securities Litigation* | Case No. 22-cv-00105-SI

---

### SUMMARY NOTICE OF PENDENCY OF CLASS ACTION

**To:**  **All persons or entities that purchased or otherwise acquired common stock issued by Talis pursuant and/or traceable to the registration statement and prospectus issued in connection with the Company's February 11, 2021 initial public offering between February 11, 2021 and August 11, 2021, inclusive, and were damaged thereby.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Northern District of California that the above-captioned action (the "Action") has been certified to proceed as a class action on behalf of the Class as defined above.

The Action alleges that Defendants Talis Biomedical Corporation ("Talis") and certain of its current and former officers and directors ("Defendants") made false and misleading statements and material omissions concerning Talis One in violation of the Securities Act of 1933. Defendants deny all of these allegations, and deny any wrongdoing or violation of law. ***Please note: at this time, there is no judgment, settlement, or monetary recovery.***

IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THIS ACTION. Additional information about the Action and access to important documents, including, but not limited to, a long-form Notice of Pendency of Class Action that more fully sets forth your rights in this Action, the operative pleadings, and the Court Order certifying the above-referenced Class, is available at www.TalisSecuritiesLitigation.com or by contacting the Notice Administrator at:

*Talis Biomedical Corporation Securities Litigation*
c/o A.B. Data, Ltd.,
PO Box 173064
Milwaukee, WI 53217
877-331-0411
info@TalisSecuritiesLitigation.com

Inquiries may also be made to the following representatives of Class Counsel:

Evan A. Kubota
**BLEICHMAR FONTI & AULD LLP**
300 Park Avenue, Suite 1301
New York, NY 10022
1-888-879-9418

If you are a Class Member, you have the right to decide whether to remain a member of the Class.  If you want to remain a member of the Class, you do not need to do anything at this time other than to retain your documentation reflecting your transactions and holdings in Talis common stock.  Pursuant to Federal Rule of Civil Procedure 23(c)(3), if you are a Class Member and do not exclude yourself from the Class, you will be bound by the proceedings in this Action, including all past, present, and future orders and judgments of the Court, whether favorable or unfavorable.

If you ask to be excluded from the Class, you will not be bound by any order or judgment of this Court in this Action; however, you will not be eligible to receive a share of any money which might be recovered for the benefit of the Class.  To exclude yourself from the Class, you must submit a written request for exclusion by ***no later than _____, 2024***, in accordance with the instructions set forth in the long-form Notice available at www.TalisSecuritiesLitigation.com.

**Further information regarding this Notice may be obtained by visiting the case website above.**

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**

BY ORDER OF THE COURT:
Judge Susan Illston
United States District Judge
United States District Court for the
Northern District of California

2