COOLEY LLP
Patrick E. Gibbs (183174)
(pgibbs@cooley.com)
Shannon M. Eagan (212830)
(seagan@cooley.com)
Jessie Simpson LaGoy (305257)
(jsimpsonlagoy@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Zachary Sisko (*pro hac vice*)
(zsisko@cooley.com)
500 Boylston Street, 14th Floor
Boston, Massachusetts  02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Defendants Talis Biomedical Corporation, Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, and Randal Scott*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 22-cv-00105-SI<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO FILE DISCOVERY MOTIONS**<br><br>Judge:     Hon. Susan Illston |

COOLEY LLP

Pursuant to Local Rule 7-12 and Local Rule 37-3, Defendants Talis Biomedical Corporation ("Talis"), Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, and Randal Scott (jointly, "Defendants") wish to extend the deadline to file certain discovery motions before the Court for good cause. Defendants and Lead Plaintiff Martin Dugan (collectively with Defendants, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the fact discovery cut off was June 12, 2024;

WHEREAS, as of June 12, 2024, the Parties were still meeting and conferring about (i) Plaintiff's Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6), (ii) Lead Plaintiff's responses to Defendants' Interrogatory Nos. 12, 14, 18–25, (iii) Talis's responses to Plaintiff's Interrogatory Nos. 5, 7, and 8, and (iv) Defendants' privilege log (served June 12, 2024);

WHEREAS, the Parties wish to continue meeting and conferring with regard to items (i) through (iv) above;

WHEREAS, although certain case dates have been extended by prior stipulations and/or orders (*see, e.g.*, Dkt. No. 17), there has been no prior extension of the fact discovery cutoff;

Accordingly, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their counsel of record and subject to order of the Court, as follows:

(1) The Parties agree that they will reach agreement on deposition topics and date(s) for item (i) above by June 28, 2024.

(2) For items (ii) through (iv) above, the Parties will continue meeting and conferring in an attempt to reach agreement, including on a mutual response date and the scope of the interrogatories in items (ii) and (iii) above.

(3) The Parties further agree that, for items (i) through (iii) above, any deposition conducted or interrogatory responses served by the dates agreed upon by the Parties shall be deemed timely despite the passage of the fact discovery cutoff on June 12, 2024.

(4) The Parties further agree that, for item (i) above, the time for filing a motion pursuant to Local Rule 37-3 shall be extended to July 8, 2024 (or, for motions by Plaintiff

1

on issues arising from the Talis Rule 30(b)(6) deposition, such as document preservation and destruction, seven days after completing the deposition and receiving the final transcript); for items (ii) and (iii) above, the time for filing a motion pursuant to Local Rule 37-3 shall be extended to a date that is seven days from the service of responses to the interrogatories in items (ii) and (iii) above; and for item (iv) above, the time for filing a motion pursuant to Local Rule 37-3 shall be extended to July 26, 2024.

(5) Nothing in this Stipulation and Order shall affect any of the other case deadlines currently in place.

Dated:  June 18, 2024

By: _____/s/ Joseph A. Fonti_____

**BLEICHMAR FONTI & AULD LLP**
Joseph A. Fonti (*pro hac vice*)
jfonti@bfalaw.com
Evan A. Kubota (*pro hac vice*)
ekubota@bfalaw.com
300 Park Avenue, Suite 1391
New York, New York 10022
Telephone: (212) 789-1340
Facsimile: (212) 205-3960

– and –

Lesley E. Weaver (Bar No. 191305)
lweaver@bfalaw.com
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Lead Plaintiff Martin Dugan and Lead Counsel for the Putative Class*

**THE SCHALL LAW FIRM**
Brian Schall (Bar No. 290685)
brian@schallfirm.com
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964

*Additional Counsel for Lead Plaintiff Martin Dugan*

By: _____/s/ Patrick E. Gibbs_____

**COOLEY LLP**
Patrick E. Gibbs (Bar No. 183174)
pgibbs@cooley.com
Shannon M. Eagan (Bar No. 212830)
seagan@cooley.com
Jessie Simpson LaGoy (Bar No. 305257)
jsimpsonlagoy@cooley.com
3175 Hanover Street
Palo Alto, California 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

– and –

Zachary Sisko (*pro hac vice*)
zsisko@cooley.com
500 Boylston Street, 14th Floor
Boston, Massachusetts  02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Defendants Talis Biomedical Corporation, Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, and Randal Scott*

**POMERANTZ LLP**
Jennifer Pafiti (Bar No. 282790)
jpafiti@pomlaw.com
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (212) 661-8665

Jeremy A. Lieberman (*pro hac vice*
application forthcoming)
jalieberman@pomlaw.com
J. Alexander Hood II (*pro hac vice*)
ahood@pomlaw.com
James M. LoPiano (*pro hac vice*)
jlopiano@pomlaw.com
Jonathan D. Park (*pro hac vice*)
jpark@pomlaw.com
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

*Additional Counsel for the Putative Class*

## **ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), I, Patrick E. Gibbs, hereby attest that the concurrence to the filing of the foregoing document has been obtained from the signatories.

Dated:  June 18, 2024                                  */s/ Patrick E. Gibbs*
                                                                Patrick E. Gibbs

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: June 18          , 2024          _____

The Honorable Susan Illston
United States District Judge

COOLEY LLP

4