COOLEY LLP
Patrick E. Gibbs (183174)
(pgibbs@cooley.com)
Shannon M. Eagan (212830)
(seagan@cooley.com)
Jessie Simpson LaGoy (305257)
(jsimpsonlagoy@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Zachary Sisko (*pro hac vice*)
(zsisko@cooley.com)
500 Boylston Street, 14th Floor
Boston, Massachusetts  02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Defendants Talis Biomedical Corporation,*
*Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond*
*Cheong, Melissa Gilliam, Rustem F. Ismagilov,*
*Kimberly J. Popovits, Matthew L. Posard, and Randal*
*Scott*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 22-cv-00105-SI<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER RE DEADLINE TO SERVE EXPERT REPORTS**<br><br>Judge:   Hon. Susan Illston |

Pursuant to Local Rule 7-12, Defendants Talis Biomedical Corporation ("Talis"), Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, and Randal Scott (collectively, "Defendants") and Lead Plaintiff Martin Dugan (together with Defendants, the "Parties") wish to extend the deadline to serve expert reports for good cause. The Parties, by and through their respective counsel, hereby stipulate as follows:

WHEREAS, pursuant to the Pretrial Preparation Order (ECF No. 162), the deadline to designate experts and serve opening expert reports is July 12, 2024, and the deadline for rebuttal expert reports is August 16, 2024;

WHEREAS, the Parties have continued to meet and confer regarding the items described in the Parties' Joint Stipulation and Order Re Deadline to File Discovery Motions, entered on June 19, 2024 (ECF No. 171);

WHEREAS, on July 2, 2024, the Parties served supplemental responses to certain interrogatories;

WHEREAS, as of July 9, 2024, the Parties are still meeting and conferring about Plaintiff's Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6), including the topics and dates of that deposition;

WHEREAS, the Parties wish to continue meeting and conferring regarding Plaintiff's Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6);

WHEREAS, Plaintiff seeks to depose Talis's corporate representative on certain topics prior to opening expert reports;

WHEREAS, the Parties wish to extend the deadlines for opening and rebuttal expert reports to allow the Parties to potentially incorporate the testimony of Talis's corporate designee in such reports;

Accordingly, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their counsel of record and subject to order of the Court, as follows:

(1)    The Parties agree that the deadline to designate experts and serve opening expert reports shall be extended two weeks, to July 26, 2024;

(2) The Parties agree that the deadline to serve rebuttal expert reports shall be extended two weeks, to August 30, 2024

(3) Nothing in this Stipulation and Order shall affect any of the other case deadlines currently in place.

Dated: July 9, 2024

By: ___/s/ Evan A. Kubota___

**BLEICHMAR FONTI & AULD LLP**
Joseph A. Fonti (*pro hac vice*)
jfonti@bfalaw.com
Evan A. Kubota (*pro hac vice*)
ekubota@bfalaw.com
300 Park Avenue, Suite 1391
New York, New York 10022
Telephone: (212) 789-1340
Facsimile: (212) 205-3960

– and –

Lesley E. Weaver (Bar No. 191305)
lweaver@bfalaw.com
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Lead Plaintiff Martin Dugan and Lead Counsel for the Putative Class*

**THE SCHALL LAW FIRM**
Brian Schall (Bar No. 290685)
brian@schallfirm.com
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964

*Additional Counsel for Lead Plaintiff Martin Dugan*

**POMERANTZ LLP**
Jennifer Pafiti (Bar No. 282790)
jpafiti@pomlaw.com
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (212) 661-8665

By: ___/s/ Patrick E. Gibbs___

**COOLEY LLP**
Patrick E. Gibbs (Bar No. 183174)
pgibbs@cooley.com
Shannon M. Eagan (Bar No. 212830)
seagan@cooley.com
Jessie Simpson LaGoy (Bar No. 305257)
jsimpsonlagoy@cooley.com
3175 Hanover Street
Palo Alto, California 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

– and –

Zachary Sisko (*pro hac vice*)
zsisko@cooley.com
500 Boylston Street, 14th Floor
Boston, Massachusetts 02116-3736
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

*Attorneys for Defendants Talis Biomedical Corporation, Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, and Randal Scott*

Cooley LLP

2

Jeremy A. Lieberman (*pro hac vice* application forthcoming)
jalieberman@pomlaw.com
J. Alexander Hood II (*pro hac vice*)
ahood@pomlaw.com
James M. LoPiano (*pro hac vice*)
jlopiano@pomlaw.com
Jonathan D. Park (*pro hac vice*)
jpark@pomlaw.com
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

*Additional Counsel for the Putative Class*

## **ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), I, Patrick E. Gibbs, hereby attest that the concurrence to the filing of the foregoing document has been obtained from the signatories.

Dated:  July 9, 2024                    */s/ Patrick E. Gibbs*
                                                 Patrick E. Gibbs

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: ___July 9_____, 2024        _____

The Honorable Susan Illston
United States District Judge

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2024

_____
The Honorable Susan Illston
United States District Judge