**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (Bar No. 191305)
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Lead Plaintiff Martin Dugan*
*and Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION | Case No. 22-cv-00105-SI |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF ROCHELLE J. TEICHMILER REGARDING NOTICE DISSEMINATION, PUBLICATION AND REQUESTS FOR EXCLUSION RECEIVED** |
| ALL ACTIONS | |
| | Judge:       Hon. Susan Illston |

I, Rochelle J Teichmiller, hereby declare under penalty of perjury as follows:

1.      I am a Project Manager of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. The following statements are based on my personal knowledge and information provided by other A.B. Data employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

2.      Pursuant to its Stipulation and Order Regarding Dissemination of Class Notice dated May 22, 2024 (ECF No. 166) (the "Notice Order"), the Court approved the retention of A.B. Data as the Notice Administrator for the above-captioned class action (the "Action").[1] I submit this Declaration to provide the Court with proof of dissemination of the Notices as provided in the Notice Order, including the mailing of the Court-approved postcard version of the Notice of Pendency of Class Action (the "Postcard Notice") and publication of the Summary Notice of Pendency of Class Action (the "Summary Notice"), and to report on the requests for exclusion from the Class in connection with dissemination of the Notices.

## MAILING OF THE POSTCARD NOTICE

3.      Pursuant to the Notice Order, A.B. Data was responsible for mailing the Postcard Notice to potential Class Members and nominees. A copy of the Postcard Notice is attached to this Declaration as Exhibit A.

4.      On May 22, 2024, A.B. Data received a data file containing the names and addresses of 109 unique potential Class Members. On June 7, 2024, A.B. Data caused the Postcard Notice to be disseminated by First-Class Mail to those 109 potential Class Members.

---

[1]      Unless otherwise defined in this Declaration, all capitalized terms have the meanings set forth in the Notice Order.

DECLARATION OF ROCHELLE J. TEICHMILLER REGARDING NOTICE DISSEMINATION,
PUBLICATION AND REQUESTS FOR EXCLUSION RECEIVED
1                                    Case No. 22-cv-00105-SI

5.    As in most class actions of this nature, the large majority of potential Class Members are beneficial purchasers whose securities are held in "street name" – *i.e.*, the securities are purchased by brokerage firms, banks, institutions, and other third-party nominees in the names of the respective nominees, on behalf of the beneficial purchasers. A.B. Data maintains a proprietary database with names and addresses of the largest and most common banks, brokers, and other nominees (the "Record Holder Mailing Database"). A.B. Data's Record Holder Mailing Database is updated from time to time as new nominees are identified and others go out of business. At the time of mailing, the Record Holder Mailing Database contained 4,944 mailing records. On June 7, 2024, A.B. Data caused the Postcard Notice to be sent by First-Class Mail to the 4,944 addresses whose mailing records were contained in the Record Holder Mailing Database.

6.    In total, 5,053 Postcard Notices were mailed to potential Class Members and their nominees by First-Class Mail on June 7, 2024.

7.    On June 7, 2024, A.B. Data submitted the long version of Notice of Pendency Class Action (the "Long-Form Notice") to The Depository Trust Company ("DTC") to post on its Legal Notice System, which offers DTC member banks and brokers access to a comprehensive library of notices concerning DTC-eligible securities. A copy of the Long-Form Notice is attached to this Declaration as Exhibit B.

8.    Those who purchased or otherwise acquired Talis Biomedical Corporation common stock during the period from February 11, 2021 and August 11, 2021, inclusive, as a nominee for a beneficial owner were directed to, within seven (7) calendar days of receipt of the Postcard Notice, either send a copy of the Postcard Notice by First-Class Mail to such beneficial owners or provide to A.B. Data a list of names and addresses of such Persons.

9.    Through the date of this Declaration, A.B. Data has received an additional 2,297 names and addresses of potential Class Members from individuals or brokerage firms, banks,

institutions, and other nominees. A.B. Data has also received requests from brokers and other nominee holders for 11,940 Postcard Notices to be forwarded directly by the nominees to their customers. All such requests have been, and will continue to be, complied with, and addressed in a timely manner.

10.   Through the date of this Declaration, a total of 19,290 Postcard Notices have been disseminated to potential members of the Class or their nominees. In addition, A.B. Data has remailed 642 Postcard Notices to persons and entities whose original mailings were returned by the U.S. Postal Service ("USPS"), and for which updated addresses were provided to A.B. Data or obtained through a third-party vendor.

## PUBLICATION OF THE SUMMARY NOTICE

11.   As provided in the Notice Order, A.B. Data caused the Summary Notice to be published in *The Wall Street Journal* and *Investor's Business Daily* and to be transmitted over *PR Newswire* on June 17, 2024. Proof of these publications is attached hereto as Exhibit C.

## WEBSITE

12.   On June 7, 2024, A.B. Data established a website designated for the Action (www.TalisSecuritiesLitigation.com). The website includes information regarding the Action and from which Class Members may download copies of the Notices and relevant Court documents such as the Amended Complaint and the Notice Order. Further, the website has contact information for A.B. Data and Class Counsel, including a toll-free telephone number, that Class Members can use to obtain additional information. The website is accessible 24 hours per day, 7 days a week.

## TOLL-FREE TELEPHONE LINE

13.   On June 7, 2024, A.B. Data established and continues to maintain a case-specific, toll-free telephone number for the Action, 1-877-331-0411. The toll-free telephone line connects callers with an Interactive Voice Recording system ("IVR"). The IVR provides callers with pre-

recorded information, including a summary of the Action and the option to request a copy of the Postcard Notice. In addition, Monday through Friday from 9 a.m. to 6 p.m. Eastern Time (excluding official holidays), callers to the toll-free telephone line can speak to a live operator to address questions about the Action.

## REPORT ON REQUESTS FOR EXCLUSION RECEIVED

14.    The Notices informed potential Class Members that requests for exclusion from the Class are to be mailed or emailed to the Notice Administrator postmarked or emailed by August 20, 2024.  As of the date of this Declaration, A.B. Data has received two (2) requests for exclusion. Pursuant to the Notice Order, A.B. Data has provided weekly reports of exclusion requests received to counsel for all parties. A list of the persons and entities that submitted a timely request for exclusion along with a redacted copy of the request is attached to this Declaration as Exhibit D.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge.

Executed on August 30, 2024.

_____

Rochelle J Teichmiller

# EXHIBIT A

*In re Talis Biomedical Corporation Securities Litigation*,
Case No. 22-cv-00105-SI (N.D. Cal.)

FOR MORE INFORMATION, PLEASE VISIT
www.TalisSecuritiesLitigation.com
or call 1-877-331-0411

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Northern District of California that the above-captioned action (the "Action") has been certified to proceed as a class action against Defendant Talis Biomedical Corporation ("Talis") and certain current and former officers and directors ("Defendants"). IF YOU ARE A CLASS MEMBER, YOUR RIGHTS WILL BE AFFECTED BY THIS CLASS ACTION LAWSUIT. This postcard advises you of information about your options. A long-form Notice with further information about your rights is available at the case website above or by calling the telephone number listed above.

*Talis Biomedical Corporation Securities Litigation*
c/o A.B. Data, Ltd.,
PO Box 173064
Milwaukee, WI 53217

PRESORTED
FIRST-CLASS
MAIL U.S.
POSTAGE PAID

<u>Who is included in the Class?</u>  All persons or entities that purchased or otherwise acquired common stock issued by Talis pursuant and/or traceable to the registration statement and prospectus issued in connection with the Company's February 11, 2021 initial public offering between February 11, 2021 and August 11, 2021, inclusive, and were damaged thereby.

Excluded from the Class are (i) Defendants and any affiliates or subsidiaries thereof, (ii) present and former officers and directors of Talis and its subsidiaries or affiliates, and their immediate family members (as defined in Item 404 of SEC Regulation S-K, 17 C.F.R. § 229.404, Instructions (1)(a)(iii) & (1)(b)(ii)); (iii) Defendants' liability insurance carriers, and any affiliates or subsidiaries thereof; (iv) any entity in which any Defendant has or has had a controlling interest; (v) Talis's employee retirement and benefits plan(s); and (vi) the legal representatives, heirs, estates, agents, successors, or assigns of any person or entity described in the preceding five categories.

<u>What are my options?</u>  This class action is still being litigated, and no money has yet been recovered.  If you do nothing, you will remain a member of the Class and, if there is a future recovery or settlement, you may be eligible for a payment.  If you remain a Class Member, you will be bound by the proceedings in this Action, including all past, present, and future orders and judgments of the Court, whether favorable or unfavorable, and you may not pursue your own lawsuit with regard to any of the issues in this Action.

If you DO NOT want to remain a Class Member and be legally bound by anything that happens in this case, you must exclude yourself from the Class.  To exclude yourself, you must submit a request in writing by no later than ***August 20, 2024***, pursuant to the instructions in the long-form Notice available at www.TalisSecuritiesLitigation.com.  If you choose to exclude yourself, you will not be able to receive any money from this Action, but you will be entitled to pursue any individual remedy that you may have, at your own expense.  You may contact the Notice Administrator or Class Counsel with any questions.  Please note, if you decide to exclude yourself from the Class, you may be time-barred from asserting the claims covered by the Action.

<u>What has happened so far?</u>  This case began on January 7, 2022, and alleges claims under Sections 11 and 15 of the Securities Act of 1933.  The Class Representative alleges that the Defendants made false and misleading statements and material omissions concerning Talis One.  Defendants deny all of these allegations and deny any wrongdoing or violation of law.  In April 2023, the Court denied Defendants' motion to dismiss the case.  In February 2024, the Court certified the above-referenced Class and appointed Martin Dugan as Class Representative and Bleichmar Fonti & Auld LLP and Pomerantz LLP as Co-Class Counsel.  The parties have conducted substantial discovery, and the Court has set trial to commence on February 24, 2025.

<u>Your Other Rights</u>.  Class Members are represented by Class Counsel.  You will not be personally responsible for their fees and expenses.  You may also hire your own attorney at your own expense, and if you do so, they must file a notice of appearance with the Court.

**Please keep your investment records concerning Talis and notify the Notice Administrator of any change of address.**

**For more information, call 1-877-331-0411, send an email to info@TalisSecuritiesLitigation.com, or visit www.TalisSecuritiesLitigation.com.  Do not contact the Court, Defendants, or their counsel in this Action with questions.**

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Talis Biomedical Corporation Securities Litigation* | Case No. 22-cv-00105-SI |

## NOTICE OF PENDENCY OF CLASS ACTION

**TO:** **All persons or entities that purchased or otherwise acquired common stock issued by Talis pursuant and/or traceable to the registration statement and prospectus issued in connection with the Company's February 11, 2021 initial public offering between February 11, 2021 and August 11, 2021, inclusive, and were damaged thereby.**

**PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.  YOUR RIGHTS MAY BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

You have received notice because your rights may be affected by a class action lawsuit regarding your purchase or acquisition of publicly-traded common stock of Talis Biomedical Corporation ("Talis" or the "Company"). If you are a Class Member, your rights will be affected by this lawsuit, which is referred to as *In re Talis Biomedical Corporation Securities Litigation*, Case No. 22-cv-00105-SI (the "Action"), and which is now pending before the United States District Court for the Northern District of California (the "Court"). The Court has ordered this notice to be sent to you.

On February 9, 2024, the Court determined that this lawsuit may proceed as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure. The purpose of this Notice is to inform you how the lawsuit may affect your rights and what steps you may take. This Notice is not an expression by the Court of any opinion as to the merits of any of the claims or defenses asserted by either side in the lawsuit. If you received notice in error and you are not a member of the Class, you do not need to take any action and your rights will not be affected.

| WHAT ARE MY OPTIONS? | |
|---|---|
| **Do Nothing** | **Stay in this lawsuit. Await the outcome. Give up certain rights**.<br><br>By doing nothing, you keep the possibility of sharing in any recovery that may result from trial or settlement. But you give up any right you may have to sue the Defendants separately about the issues and claims being raised in this lawsuit, and you will be bound by the outcome of the case. |
| **Ask to be excluded by August 20, 2024** | **Get out of the lawsuit. Get no benefits from the lawsuit. Keep your rights**.<br><br>If you ask to be excluded from the lawsuit, you will not be bound by what the Court does in this case and will keep any right you might have to sue Defendants separately about the same issues and claims being raised in this lawsuit. If a recovery is later awarded in this case, you would not share in that recovery. Please note, if you decide to exclude yourself from the Class, you may be time-barred from asserting the claims covered by the Action. |

Questions? Call 1-877-331-0411 or visit www.TalisSecuritiesLitigation.com                              1 of 5

1.  **WHAT IS THIS LAWSUIT ABOUT?**

This is a securities lawsuit filed in the United States District Court for the Northern District of California. The operative Amended Complaint in the Action names as defendants: Talis; Brian Coe, Talis's co-founder and former President, Chief Executive Officer, and Board member; J. Roger Moody, Jr., Talis's former Chief Financial Officer; and current and former Board members Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, and Randal Scott. The Court appointed Lead Plaintiff Martin Dugan as Class Representative in this lawsuit.

(a)  **THE CLASS REPRESENTATIVE'S CLAIMS**

The Class Representative, on behalf of the Class, alleges that Defendants violated Sections 11 and 15 of the Securities Act of 1933 based on materially false and misleading statements and omissions in the Registration Statement for Talis's February 11, 2021 initial public offering. The Class Representative alleges that Defendants made false and misleading statements and material omissions about Talis One, the Company's molecular diagnostic platform designed to test for COVID-19 and other diseases at the point of care. Specifically, the Amended Complaint alleges Defendants made misstatements about the ordering and manufacturing of Talis One instruments and Talis One's accuracy and reliability, as well as material omissions about the weakness of Talis's comparator assay and Talis One's unreliability.

(b)  **DEFENDANTS' DENIAL OF LIABILITY**

Defendants deny all of these allegations, any wrongdoing or violation of law, and any and all liability under Sections 11 and 15 of the Securities Act of 1933.

2.  **WHO IS A CLASS MEMBER?**

By order dated February 9, 2024, the Court certified the following Class of plaintiffs:

> All persons or entities that purchased or otherwise acquired common stock issued by Talis pursuant and/or traceable to the registration statement and prospectus issued in connection with the Company's February 11, 2021 initial public offering between February 11, 2021 and August 11, 2021, inclusive, and were damaged thereby.

Excluded from the Class by definition are:

> Excluded from the Class are (i) Defendants and any affiliates or subsidiaries thereof; (ii) present and former officers and directors of Talis and its subsidiaries or affiliates, and their immediate family members (as defined in Item 404 of SEC Regulation S-K, 17 C.F.R. § 229.404, Instructions (1)(a)(iii) & (1)(b)(ii)); (iii) Defendants' liability insurance carriers, and any affiliates or subsidiaries thereof; (iv) any entity in which any Defendant has or has had a controlling interest; (v) Talis's employee retirement and benefits plan(s); and (vi) the legal representatives, heirs, estates, agents, successors, or assigns of any person or entity described in the preceding five categories.

The ruling by the Court certifying the Class does not address the merits of this litigation. Rather, the certification of the Class means only that the ultimate outcome of the Action—whether favorable or unfavorable to the Class—will apply in like manner to each Class Member who does not timely elect to be excluded from the Class.

### 3.  WHO REPRESENTS THE CLASS?

The Court appointed the law firms Bleichmar Fonti & Auld LLP and Pomerantz LLP as Co-Class Counsel to represent the Class in this lawsuit. Class Counsel may be contacted at the addresses and phone numbers listed below under Question 6.

### 4.  HOW DO YOU PARTICIPATE IN THIS CLASS ACTION?

If you fall within the definition of the Class set forth above, you are a member of the Class. **IF YOU WISH TO REMAIN A MEMBER OF THE CLASS, YOU DO NOT NEED TO DO ANYTHING AT THIS TIME.** As a Class Member, you will be bound by any judgment or settlement, whether favorable or unfavorable, in this Action. Thus, you may participate in any monetary settlement or judgment rendered in favor of the Class, and you may submit a Proof of Claim following such a settlement or judgment. This case is ongoing and no settlement or judgment has occurred at this time. You will also be bound by any unfavorable judgment which may be rendered in favor of Defendants. You will not necessarily have the further opportunity to seek exclusion from the Class at the time of any settlement. It is within the Court's discretion whether to allow a second opportunity to request exclusion from the Class if the Action is resolved by a settlement. In other words, this may be your only chance to opt out of the Class.

The Class Representative and Class Counsel represent the Class and all of its members. Class Counsel has agreed to pursue this Action on a contingent-fee basis. All attorney's fees and expenses will be payable only out of a recovery by the Class, if any, and will be subject to approval by the Court. Class Members will not have to pay lawyers any additional amounts, and in no event will individual Class Members be obligated to pay any judgment, court costs, or lawyer's fees for participating in this Action.

Any Class Member who does not request exclusion from the Class may also enter an appearance through his or her own counsel at his or her own expense.

Members of the Class will be eligible to participate in any recovery that might be obtained in the Action. While this Notice is not intended to suggest any likelihood that members of the Class will recover any money, should there be a recovery, Class Members will be advised on how to submit a claim and required to submit a Proof of Claim documenting their sales, purchases, and/or holdings of Talis common stock. *For this reason, please be sure to keep all records of your transactions and holdings in Talis common stock. DO NOT mail them to Class Counsel or the Notice Administrator at this time*. No money or benefits are available now, and there is no guarantee that any money or benefits will be obtained.

### 5.  HOW CAN YOU BE EXCLUDED FROM THE CLASS?

If you wish to be excluded from the Class, meaning to opt out of the lawsuit, you must submit a request for exclusion in accordance with the instructions in the next paragraph. **If you choose to be excluded: (1) you will NOT be entitled to share in any recovery from any settlement or judgment that may be paid to members of the Class as a result of a trial or other resolution of this lawsuit, (2) you will NOT be bound by any judgment or release entered in this lawsuit, and (3) at your own expense, you MAY pursue any claims that you have by filing your own lawsuit or taking other action.**

To exclude yourself from the Class, you must submit a written request via email or mail stating that you "request exclusion from the Class in *In re Talis Biomedical Corporation Securities Litigation*, Case No. 22-cv-00105-SI." Your request must: (i) state the name, address, and telephone number of the person or entity requesting exclusion, and, in the case of entities, the name and telephone number of the appropriate contact person; and (ii) be signed by the person or entity requesting exclusion or an authorized representative, accompanied by proof of authorization. You must submit your exclusion request to the Notice Administrator,

A.B. Data, Ltd., by *August 20, 2024* either by email to info@TalisSecuritiesLitigation.com or by mail at the following address:

*Talis Biomedical Corporation Securities Litigation*
EXCLUSIONS
c/o A.B. Data, Ltd.
PO Box 173001
Milwaukee, WI 53217

**Only request exclusion if you do NOT wish to participate in the Class Action and do NOT wish to share in any potential recovery that the Class may obtain.**

**If you are excluded and pursue your own individual action, you may have to produce information and/or documents upon the Defendants' request (a process known as "discovery"), which could include, but not be limited to, providing testimony under oath. You may also be time-barred from asserting the claims covered by the Action.**

### 6. HOW CAN YOU GET MORE INFORMATION?

This Notice contains only a summary of the litigation and your rights as a potential Class Member. For more detailed information regarding the matters involved in this litigation, please refer to the papers on file in this Action, which may be inspected, during business hours, at the Office of the Clerk of Court, 450 Golden Gate Ave., San Francisco, CA 94102. In addition, important documents in the case have been posted on the following website: www.TalisSecuritiesLitigation.com. Inquiries regarding this litigation may also be made to the following Class Counsel:

Evan A. Kubota
**BLEICHMAR FONTI & AULD LLP**
300 Park Avenue, Suite 1301
New York, NY 10022
1-888-879-9418

### 7. CHANGE IN YOUR ADDRESS.

If this Notice was mailed to you at an old address, or if you move, please advise the Notice Administrator of your current address so that you can receive any future notice and/or Proof of Claim forms. The Notice Administrator can be reached at *Talis Biomedical Corporation Securities Litigation*, c/o A.B. Data, Ltd., PO Box 173064, Milwaukee, WI 53217 or by phone at 1-877-331-0411 or by email at info@TalisSecuritiesLitigation.com. If you are not a member of the Class, you may discard this notice.

### 8. NOTICE TO BROKERS AND CUSTODIANS.

If, during the period from February 11, 2021 and August 11, 2021, inclusive, you purchased or otherwise acquired Talis stock for the beneficial interest of persons or organizations other than yourself, you must either: (i) within seven (7) calendar days of receipt of the Notice, forward the Notice to the beneficial owners; or (ii) within seven (7) calendar days of receipt of this Notice, provide a list of the names and addresses of all such beneficial owners to the Notice Administrator at *Talis Biomedical Corporation Securities Litigation*, c/o A.B. Data, Ltd., PO Box 173064, Milwaukee, WI 53217 or by email at info@TalisSecuritiesLitigation.com.

If you choose the first option, you must send a statement to the Notice Administrator confirming that you sent notice to the beneficial owners, and **you must retain your records for use in connection with any**

**further notices that may be provided in the Action**. If you choose the second option, the Notice Administrator will send a copy of the Notice to the beneficial owners.  Upon full and timely compliance with these directions, such nominees may seek reimbursement of their reasonable expenses actually incurred by providing the Notice Administrator with proper documentation supporting the expenses for which reimbursement is sought. Copies of this Notice may also be obtained from www.TalisSecuritiesLitigation.com, or by calling the Notice Administrator toll-free at 1-877-331-0411.

DATED: May 22, 2024.

BY ORDER OF THE COURT:
Judge Susan Illston
United States District Judge
United States District Court for the
Northern District of California

# EXHIBIT C

# Bleichmar Fonti & Auld LLP Announces the Notice of Pendency of Class Action in the In re Talis Biomedical Corporation Securities Litigation

NEWS PROVIDED BY

**Bleichmar Fonti & Auld LLP** ➙

Jun 17, 2024, 10:00 ET

NEW YORK, June 17, 2024 /PRNewswire/ --

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Talis Biomedical Corporation Securities Litigation* | Case No. 22-cv-00105-SI |

**SUMMARY NOTICE OF PENDENCY OF CLASS ACTION**

**To:  All persons or entities that purchased or otherwise acquired common stock issued by Talis pursuant and/or traceable to the registration statement and prospectus issued in connection with the Company's February 11, 2021 initial public offering between February 11, 2021 and August 11, 2021, inclusive, and were damaged thereby.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Northern District of California that the above-captioned action (the "Action") has been certified to proceed as a class action on behalf of the Class as defined above.

The Action alleges that Defendants Talis Biomedical Corporation ("Talis") and certain of its current and former officers and directors ("Defendants") made false and misleading statements and material omissions concerning Talis One in violation of the Securities Act of 1933. Defendants deny all of these allegations and deny any wrongdoing or violation of law. ***Please* *note*: at this time, there is no judgment, settlement, or monetary recovery.**

IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THIS ACTION. Additional information about the Action and access to important documents, including, but not limited to, a long-form Notice of Pendency of Class Action that more fully sets forth your rights in this Action, the operative pleadings, and the Court Order certifying the above- referenced Class, is available at **www.TalisSecuritiesLitigation.com** or by contacting the Notice Administrator at:

*Talis Biomedical Corporation Securities Litigation*

c/o A.B. Data, Ltd., PO Box 173064

Milwaukee, WI 53217

1-877-331-0411

**info@TalisSecuritiesLitigation.com**

Inquiries may also be made to the following representatives of Class Counsel:

Evan A. Kubota

**BLEICHMAR FONTI & AULD LLP**

300 Park Avenue, Suite 1301 New York, NY 10022

1-888-879-9418

If you are a Class Member, you have the right to decide whether to remain a member of the Class. If you want to remain a member of the Class, you do not need to do anything at this time other than to retain your documentation reflecting your transactions and holdings in Talis common stock. Pursuant to Federal Rule of Civil Procedure 23(c)(3), if you are a Class Member and do not exclude yourself from the Class, you will be bound by the proceedings in this Action, including all past, present, and future orders and judgments of the Court, whether favorable or unfavorable.

If you ask to be excluded from the Class, you will not be bound by any order or judgment of this Court in this Action; however, you will not be eligible to receive a share of any money which might be recovered for the benefit of the Class. To exclude yourself from the Class, you must submit a written request for exclusion by **no later than August 20, 2024**, in accordance with the instructions set forth in the long-form Notice available at **www.TalisSecuritiesLitigation.com**.

**Further information regarding this Notice may be obtained by visiting the case website above.**

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**

BY ORDER OF THE COURT:

Judge Susan Illston

United States District Judge United States District Court for the Northern District of California

SOURCE Bleichmar Fonti & Auld LLP



## TECHNOLOGY

### TIM HIGGINS

# Investors Get the Old Elon—for a Price

Elon Musk is acting like a guy who just received a record payday.

He danced on stage. Jumped for joy. And excitedly talked about a future involving billions of humanoid robots, saying it could stretch **Tesla**'s valuation to $30 trillion some day, or about 10 times the current value of the world's most valuable public company.

Tesla shareholders got their wish: Old Elon had returned.

Despite the excitement, it wasn't clear how long the hangover might linger after an unusual proxy campaign that saw some shareholders openly questioning the chief executive officer's commitment to the company.

All it took for him to dance again was for shareholders to vote Thursday to reauthorize his $48 billion pay package. A Delaware judge had rescinded the 2018 deal earlier this year, throwing the electric-car maker into chaos amid worries he would leave in a huff.

"We're headed for a wild future," he told investors at the company's Austin, Texas, headquarters during the more than two-hour shareholder meeting. "Wild, wild, wild."

Beyond Musk's talk of offering "Star Wars"-like robots, there's real concern among some investors about the current state of Tesla's car business, with sales falling in the first quarter and tough new rivals emerging from China.

Plus, he has been talking for years about deploying fully driverless car technology without success.

"Now admittedly, I'm a little optimistic sometimes," Musk told investors to laughter. "I don't have a complete lack of self-awareness, but if I wasn't optimistic this wouldn't exist, this factory wouldn't exist."

Then there was the stark juxtaposition of his rosy comments following the vote and his threats in recent months to take his best ideas for robots and artificial intelligence elsewhere if he wasn't granted 25% of Tesla's shares.

Ask any therapist: Threatening divorce during a flash of anger can crack a relationship's very foundation. What began as a quarrel can escalate into something existential.

Two lawsuits were filed in Delaware this past week accusing Musk and the Tesla board of wrongdoing, in part, over his efforts to create a separate AI company seemingly in competition with the automaker. Tesla hasn't yet responded to the claims, and Musk has suggested that Tesla could benefit from his startup xAI.

"Could the CEO of Coca-Cola loyally start a competing soft-drink company on the side, then divert scarce ingredients from Coca-Cola to the startup?" a lawsuit brought Thursday by the Cleveland Bakers and Teamsters Pension Fund and other investors asked. "No special rules apply to Tesla or Musk. Yet, at Tesla, the preposterous has become reality."

For some investors, Thursday's vote was a referendum on whether they were OK with Musk's being essentially a part-time CEO of Tesla along with overseeing five other companies, including Twitter-turned-X.

"Tesla is Musk's liquid piggy bank, since it's publicly traded; his other companies are not," investor James McRitchie said during a prevote presentation advocating for certain corporate-governance changes. "Either he sticks around long enough to use our shareholder capital to fund his other ventures, or he shifts his attention sooner if we reject his pay package and turn off the money tap."

"Bite the bullet," McRitchie added, "prepare for a future that doesn't depend on a superhero dictatorship."

The crowd booed McRitchie. This was a crowd fully embracing Musk. For them, seemingly, Any Elon is better than No Elon. They came dressed in Tesla shirts and chanted his name: *Elon, Elon, Elon.*

"If you can see me, I'm trembling uncontrollably," one shareholder said to Musk during a Q&A. "I really look up to you [as] a shareholder, consumer—tripled my humble, tiny little portion of...shares."

Another investor asked if Tesla could achieve that projected $30 trillion valuation without Musk at the wheel. Musk replied Tesla has a good future without him, but that he adds something special.

"I think I am a helpful accelerant to that future," Musk said to cheers.

Rivals, Musk warned, would eventually succeed with their own robots. "What really matters is can we be much faster than everyone else?" he continued. His message was clear: *I am your only hope.*

It was a similar gamble back in 2016, when he first revealed the Model 3—a bet-the-company electric sedan aimed at the masses that he rushed into production, trying to beat rivals with their own offerings.

Now, instead of focusing on the company's next EV model, Musk is talking more about technology that isn't as tested or as certain.

He touted development of the company's humanoid robot, dubbed Optimus, which made its conceptual debut in 2021 as a person in costume dancing on stage. Now, Musk said, Tesla has actual robots doing tasks at its factory in Fremont, Calif.

"We actually have quite a few of these cruising around our offices in Palo Alto," he said.

Next year, Musk predicted, more than 1,000 humanoid robots would be working at Tesla. In 2026, he suggested, Tesla's humanoid robot would be able to handle a range of tasks, including ones that it hasn't done before.

Ultimately, he expects the number of humanoid robots to far exceed the population of humans on Earth. In that scenario, he said, Tesla could be making more than 100 million of those robots annually—or roughly the same number of cars currently produced each year by the entire automotive industry—at a profit of $1 trillion.

"Even the most optimistic estimates that I have seen for Optimus...undercount the magnitude of what the robot will be able to do," Musk said.

He suggested Optimus alone could add $25 trillion to the company's market value without giving a date for achieving such a threshold. That's on top of the $5 trillion to $7 trillion in valuation possible from achieving driverless vehicles by 2029, as predicted by investor Cathie Wood's ARK Funds, Musk said.

"I don't want to trivialize what's necessary to get there," Musk said. "It's an immense amount of work that is required to get there—like super difficult—but we are moving very fast down that road."

For Musk skeptics, it was another example of his overinflating expectations. For Musk believers, it was gospel to their ears—the reason why they voted for his pay in hopes of keeping him around longer. More cheers erupted.

"I think we're not just opening a new chapter for Tesla," Musk at one point told them. "We're starting a new book."

The Book of Elon.



Musk has suggested that Tesla's Optimus humanoid robot could add $25 trillion to the company's market value.

---

**ADVERTISEMENT**

## The Marketplace
To advertise: 800-366-3975 or WSJ.com/classifieds

### CLASS ACTION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*In re Talis Biomedical Corporation Securities Litigation*     Case No. 22-cv-00105-SI

**SUMMARY NOTICE OF PENDENCY OF CLASS ACTION**

**To:** All persons or entities that purchased or otherwise acquired common stock issued by Talis pursuant and/or traceable to the registration statement and prospectus issued in connection with the Company's February 11, 2021 initial public offering between February 11, 2021 and August 11, 2021, inclusive, and were damaged thereby.

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Northern District of California that the above-captioned action (the "Action") has been certified to proceed as a class action on behalf of the Class as defined above.

The Action alleges that Defendants Talis Biomedical Corporation ("Talis") and certain of its current and former officers and directors ("Defendants") made false and misleading statements and material omissions concerning Talis One in violation of the Securities Act of 1933. Defendants deny all of these allegations and deny any wrongdoing or violation of law. *Please note: at this time, there is no judgment, settlement, or monetary recovery.*

IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THIS ACTION. Additional information about the Action and access to important documents, including, but not limited to, a long-form Notice of Pendency of Class Action that more fully sets forth your rights in this Action, the operative pleadings, and the Court Order certifying the above-referenced Class, is available at www.TalisSecuritiesLitigation.com or by contacting the Notice Administrator at:

Talis Biomedical Corporation Securities Litigation
c/o A.B. Data, Ltd., PO Box 173064
Milwaukee, WI 53217
1-877-331-0411
info@TalisSecuritiesLitigation.com

Inquiries may also be made to the following representatives of Class Counsel:

Evan A. Kubota
**BLEICHMAR FONTI & AULD LLP**
300 Park Avenue, Suite 1301 New York, NY 10022
1-888-879-9418

If you are a Class Member, you have the right to decide whether to remain a member of the Class. If you want to remain a member of the Class, you do not need to do anything at this time other than to retain your documentation reflecting your transactions and holdings in Talis common stock. Pursuant to Federal Rule of Civil Procedure 23(c)(3), if you are a Class Member and do not exclude yourself from the Class, you will be bound by the proceedings in this Action, including all past, present, and future orders and judgments of the Court, whether favorable or unfavorable.

If you ask to be excluded from the Class, you will not be bound by any order or judgment of this Court in this Action; however, you will not be eligible to receive a share of any money which might be recovered for the benefit of the Class. To exclude yourself from the Class, you must submit a written request for exclusion by *no later than August 20, 2024*, in accordance with the instructions set forth in the long-form Notice available at www.TalisSecuritiesLitigation.com.

**Further information regarding this Notice may be obtained by visiting the case website above.**

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**

BY ORDER OF THE COURT:
Judge Susan Illston
United States District Judge
United States District Court for the
Northern District of California

IBM is among the other big public companies incorporated outside Delaware.

## Tesla Vote Deals Blow To Delaware

*Continued from page B1*
their governance? Probably not."

Texas officials have been wooing businesses with promises of lower taxes and, more recently, by setting up the state's own specialized business court system.

A startup is developing plans to create a new Texas Stock Exchange that its backers say will be more CEO-friendly than the incumbents in New York.

"It's not just the laws, it's how the judges are going to implement them," said Anat Alon-Beck, a Case Western Reserve University law professor, who has a paper scheduled for this fall on risks to Delaware from other state incorporation practices.

It isn't clear who will serve as judges in the new Texas business courts, and as appointees with two-year terms, they may be more easily swayed by political considerations, Alon-Beck said. "Uncertainty is not good for business," Alon-Beck said.

Tesla isn't the first corporate giant to make the move out of Delaware. **Microsoft**, which first incorporated in Washington state in 1981, reincorporated in Delaware in 1986 when it went public, then moved back to Washington in 1993 after the state revamped its business laws to indemnify officers.

**Tripadvisor** has been fighting in court with shareholders to move its incorporation to Nevada from Delaware.

Texas was the legal home of four S&P 500 companies before Tesla's vote, **Southwest Airlines, CenterPoint Energy, Atmos Energy** and **Camden Property Trust**—on par with Missouri and California, data from Standard & Poor's show.

Other big public companies incorporated outside Delaware include **PepsiCo** (North Carolina), **Abbott Laboratories** (Illinois), **International Business Machines** (New York) and **Target** (Minnesota).

Most of the explicit legal differences between Delaware and Texas are minor, corporate attorneys said, echoing Tesla's argument that the states' laws are substantially equivalent.

"There are minor differences ," said Stephen Bainbridge, a law professor at the University of California, Los Angeles. "Most of those are technical, and likely to come into play in relatively few circumstances." Mergers, for example, can require a higher shareholder vote in Texas, while it is harder for a shareholder to inspect a company's books there, he said.

One of the biggest advantages Delaware has: extensive precedents on nearly every facet of corporate law, giving boards and attorneys a better sense of likely outcomes and how to make their cases.

"It's much harder for anybody to predict how Texas courts are going to rule," Bainbridge said.

In making its case for redomiciling in Texas, Tesla dismissed the idea that the newly established business courts in Texas were riskier because they were new.

"Doing new things is part of Tesla's DNA, and how it has become one of the most valuable companies in the world," Tesla said in its proxy filing.

Tesla also said it would also save about $250,000 a year in Delaware franchise-tax payments. One thing that might not change, though, is the legal fight over Musk's pay package. That dispute will likely stay in the hands of a judge in Delaware Chancery Court.

---

**COMMERCIAL REAL ESTATE**



**LAKE TAHOE CA Area**

**LUXURY RIVERFRONT EQUESTRIAN ESTATE**
75 ACRES
21,000 SQ FT RESIDENCE
**$7.9 MM**

www.827riverranchroad.com   Call: 305-509-1245

**TRAVEL**



**— South Pole Vehicle Expedition —**
SUPERB LIFETIME OPPORTUNITY, up to 4 adventurers. Fully participatory, professionally guided, driving expedition from Antarctic inner coastline to South Pole and return. Fly in/out from Chile. **November/December 2024.**
**Interested?** expeditions@arctictrucks.com



INVESTORS.COM

# MUTUAL FUND PERFORMANCE

WEEK OF JUNE 17, 2024   **A11**

## BIG CAP GROWTH ETF (SPYG) VS SMALL CAP GROWTH ETF (SLYG)

| | |
|---|---|
| Apple Inc (AAPL) | 12.63% |
| Microsoft Corp (MSFT) | 10.02% |
| Amazon.com Inc (AMZN) | 8.27% |
| Facebook Inc Cl A (FB) | 3.91% |
| Tesla Inc (TSLA) | 3.19% |

| | |
|---|---|
| NeoGenomics Inc (NEO) | 1.35% |
| Cleveland-Cliffs Inc (CLF) | 1.31% |
| Yeti Holdings Inc (YETI) | 1.16% |
| Omnicell Inc (OMCL) | 1.14% |
| Brooks Automation (BRKS) | 1.13% |

When the line is heading up, big cap growth funds are outperforming small cap growth funds

## GROWTH ETF (IUSG) VS VALUE ETF (IUSV)

| | |
|---|---|
| Apple Inc (AAPL) | 11.88% |
| Microsoft Corp (MSFT) | 9.42% |
| Amazon.com Inc (AMZN) | 7.78% |
| Facebook Inc Cl A (FB) | 3.68% |
| Tesla Inc (TSLA) | 3.00% |

| | |
|---|---|
| Berkshire Hathaway (BRKB) | 2.84% |
| J P Morgan Chase (JPM) | 2.43% |
| Walt Disney Company (DIS) | 2.06% |
| Johnson & Johnson (JNJ) | 1.56% |
| Verizon Communications (VZ) | 1.53% |

When the line is heading up, growth funds are outperforming value funds

## Top Growth Funds
### Last 3 months (all total returns)

| Mutual Fund | % Change Last 3 Mos | Rating 36 mos | $ Net Assets |
|---|---|---|---|
| ProFunds:Semiconduct | +41 | A+ | 259.70 mil |
| Kinetics:Paradigm | +21 | A+ | 352.30 mil |
| Kinetics:SC Oppty | +18 | A+ | 194.40 mil |
| ProFunds:UltraNASDAQ | +15 | A+ | 815.80 mil |
| Rydex:NASDAQ 2x | +15 | A+ | 754.70 mil |
| Fidelity OTC | +12 | A+ | 20.842 bil |
| Alger Inst:Cap App | +12 | A | 1.086 bil |
| Alger:Capital Apprec | +11 | A | 857.70 mil |
| Virtus:Silvant FG | +11 | A+ | 705.10 mil |
| Alger II:Spectra | +11 | A- | 1.133 bil |
| Gabelli Growth | +11 | A+ | 711.90 mil |
| Fidelity Focused Stk | +11 | A | 3.525 bil |
| Fidelity Blue Chip Gr | +11 | A+ | 53.492 bil |
| BlackRock:Tech Oppt | +10 | A- | 2.562 bil |
| Columbia:Sel Gl Tch | +10 | A+ | 1.215 bil |
| Fidelity BlueChp G;Series | +10 | A+ | 10.066 bil |
| Goldman:LC Gro Ins | +10 | A+ | 237.50 mil |
| Columbia:LgCp Gro | +10 | A+ | 2.865 bil |
| J Hancock II:BC Gro | +10 | A | 1.681 bil |
| TRowePrice I LC Cor Gr | +10 | A | 2.77 bil |
| TRowePrice Blue Chp Gro | +10 | A+ | 29.252 bil |
| Fidelity Fund | +10 | A+ | 7.156 bil |
| Fidelity Gro Company | +10 | A+ | 49.885 bil |
| Marsico Inv Fd:Foc | +10 | A+ | 772.80 mil |
| Fidelity Gro Co;Series | +10 | A+ | 10.066 bil |

## Top Growth Funds
### Last 3 years (all total returns)

| Mutual Fund | % Change YTD | Rating 3 years | $ Net Assets |
|---|---|---|---|
| ProFunds:Semiconduct | +122 | A+ | 259.70 mil |
| Hennessy:Crnst MdCp | +21 | A+ | 548.80 mil |
| Federtd Hrms MDTLC | +22 | A+ | 929.80 mil |
| Fidelity New Millennium | +19 | A+ | 4.616 bil |
| Rydex:NASDAQ 2x | +30 | A+ | 754.70 mil |
| BNYM Large Cp Securities | +20 | A+ | 2.205 bil |
| ProFunds:UltraNASDAQ | +30 | A+ | 815.80 mil |
| Spirit of Amer:LC Val | +25 | A+ | 170.20 mil |
| JPMorgan:US GARP Eq | +22 | A+ | 157.80 mil |
| Fidelity SAI US Qual Idx | +19 | A+ | 12.412 bil |
| BlackRock:Exchange | +13 | A+ | 247.90 mil |
| Schwab Cap:Lg-Cap Gro | +05 | A+ | 375.30 mil |
| Columbia:Disc Gr | +20 | A+ | 152.80 mil |
| Gotham Index Plus | +15 | A+ | 659.60 mil |
| Virtus:Silvant FG | +26 | A+ | 705.10 mil |
| Fidelity Lrg Cap Gro Idx | +20 | A+ | 22.102 bil |
| Hennessy:Crnst Gro | +23 | A+ | 260.50 mil |
| Nuveen LgCp G Idx | +20 | A+ | 11.562 bil |
| Vanguard Rus 1000 Gl | +20 | A+ | 6.72 bil |
| Fidelity Focused Stk | +33 | A+ | 3.525 bil |
| DFA US Lg Cp Gr | +16 | A+ | 3.261 bil |
| Carillon:CIVs CA | +22 | A+ | 189.90 mil |
| Victory NASDAQ-100 Ix | +17 | A+ | 4.834 bil |
| Federated Hrms MDT AC | +17 | A+ | 542.70 mil |
| Fidelity Trend | +26 | A+ | 3.187 bil |

### U.S. Stock Fund Cash Position   High (11/00) 6.2%   Low (12/21) 1.5%

| Date | Value | Date | Value | Date | Value |
|---|---|---|---|---|---|
| 22-Oct | 2.50% | 23-Apr | 2.22% | 23-Oct | 1.94% |
| 22-Nov | 2.50% | 23-May | 2.05% | 23-Nov | 1.87% |
| 22-Dec | 2.40% | 23-Jun | 1.98% | 23-Dec | 1.64% |
| 23-Jan | 2.30% | 23-Jul | 1.83% | 24-Jan | 1.63% |
| 23-Feb | 2.26% | 23-Aug | 1.79% | 24-Feb | 1.54% |
| 23-Mar | 2.17% | 23-Sep | 1.87% | 24-Mar | 1.53% |

*[The remainder of the page consists of extensive multi-column mutual fund performance listings organized alphabetically by fund family, with columns for 36 Mo Performance Rating, Fund, YTD % Chg, 12Wk % Chg, 5 Yr After Tax Rtn, Net Asset Value, and NAV Chg. These listings are too dense to reproduce in full.]*

---

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*In re Talis Biomedical Corporation Securities Litigation*   Case No. 22-cv-00105-SI

**SUMMARY NOTICE OF PENDENCY OF CLASS ACTION**

**To:** All persons or entities that purchased or otherwise acquired common stock issued by Talis pursuant and/or traceable to the registration statement and prospectus issued in connection with the Company's February 11, 2021 initial public offering between February 11, 2021 and August 11, 2021, inclusive, and were damaged thereby.

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Northern District of California that the above-captioned action (the "Action") has been certified to proceed as a class action on behalf of the Class as defined above.

The Action alleges that Defendants Talis Biomedical Corporation ("Talis") and certain of its current and former officers and directors ("Defendants") made false and misleading statements and material omissions concerning Talis One in violation of the Securities Act of 1933. Defendants deny all of these allegations and deny any wrongdoing or violation of law. *Please note: at this time, there is no judgment, settlement, or monetary recovery.*

IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THIS ACTION. Additional information about the Action and access to important documents, including, but not limited to, a long-form Notice of Pendency of Class Action that more fully sets forth your rights in this Action, the operative pleadings, and the Court Order certifying the above- referenced Class, is available at www.TalisSecuritiesLitigation.com or by contacting the Notice Administrator at:

*Talis Biomedical Corporation Securities Litigation*
c/o A.B. Data, Ltd., PO Box 173064
Milwaukee, WI 53217
1-877-331-0411
info@TalisSecuritiesLitigation.com

Inquiries may also be made to the following representatives of Class Counsel:

Evan A. Kubota
**BLEICHMAR FONTI & AULD LLP**
300 Park Avenue, Suite 1301 New York, NY 10022
1-888-879-9418

If you are a Class Member, you have the right to decide whether to remain a member of the Class. If you want to remain a member of the Class, you do not need to do anything at this time other than to retain your documentation reflecting your transactions and holdings in Talis common stock. Pursuant to Federal Rule of Civil Procedure 23(c)(3), if you are a Class Member and do not exclude yourself from the Class, you will be bound by the proceedings in this Action, including all past, present, and future orders and judgments of the Court, whether favorable or unfavorable.

If you ask to be excluded from the Class, you will not be bound by any order or judgment of this Court in this Action; however, you will not be eligible to receive a share of any money which might be recovered for the benefit of the Class. To exclude yourself from the Class, you must submit a written request for exclusion by *no later than August 20, 2024*, in accordance with the instructions set forth in the long-form Notice available at www.TalisSecuritiesLitigation.com.

**Further information regarding this Notice may be obtained by visiting the case website above.**

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS NOTICE.**

BY ORDER OF THE COURT:
Judge Susan Illston
United States District Judge
United States District Court for the
Northern District of California

---

©2024 Investor's Business Daily, LLC. All rights reserved.

# EXHIBIT D

*In re Talis Biomedical Corporation Securities Litigation,*

**Case No. 22-cv-00105-SI Exclusion Summary**

| Exclusion # | Name | Date Received |
|---|---|---|
| 1 | Warren Hansen | July 22, 2024 |
| 2 | Janice Hansen | July 22, 2024 |

# EXCLUSION 1

Received on July 22, 2024

**From:**
**To:** info@talissecuritieslitigation.com
**Subject:** Exclusion from litigation
**Date:** Monday, July 22, 2024 10:21:19 PM

EXTERNAL SENDER

To whom it may concern:

We wish to be excluded from the Talis Securities litigation.  is this email sufficient to remove us as Class Members?

Respectfully,
Warren and Janice Hansen

# EXCLUSION 2

Received on July 22, 2024

**From:**
**To:**  info@talissecuritieslitigation.com
**Subject:**  Exclusion from litigation
**Date:**  Monday, July 22, 2024 10:21:19 PM

EXTERNAL SENDER

To whom it may concern:

We wish to be excluded from the Talis Securities litigation.  is this email sufficient to remove us as Class Members?

Respectfully,
Warren and Janice Hansen