**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION | Case No. 3:22-cv-00105-SI |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | Judge: Hon. Susan Illston |

**PROOF OF CLAIM AND RELEASE**

**EXHIBIT A-3**

## I.  GENERAL INSTRUCTIONS

1.  To recover as a member of the Settlement Class based on your claims in the class action captioned *In re Talis Biomedical Securities Litigation,* Case No. 3:22-cv-00105-SI (N.D. Cal.) (the "Litigation"), you must complete and sign this Proof of Claim and Release form (the "Proof of Claim").[1]  If you fail to submit a timely and properly addressed (as explained in paragraph 2 below) Proof of Claim, your claim may be rejected and you may not receive any recovery from the Net Settlement Fund created in connection with the proposed Settlement. Submission of this Proof of Claim, however, does not assure that you will share in the proceeds of the Settlement of the Action.

2.  THIS PROOF OF CLAIM, ACCOMPANIED BY COPIES OF THE DOCUMENTS REQUESTED HEREIN, **MUST BE SUBMITTED ONLINE AT: WWW.TALISSECURITIESLITIGATION.COM NO LATER THAN [date], 2025 OR, IF MAILED, BE POSTMARKED NO LATER THAN [date], 2025, ADDRESSED AS FOLLOWS:**

> *Talis Biomedical Corporation Securities Litigation*
> Claims Administrator
> c/o A.B. Data,  Ltd.
> P.O. Box 173064
> Milwaukee, WI 53217

Do not mail or deliver your Claim Form to the Court, the settling parties, or their counsel.

Submit your Claim Form only to the Claims Administrator at the address set forth above.

---

[1]   The terms of the Settlement are in the Stipulation and Agreement of Settlement, dated September 30, 2024 (the "Stipulation"), which can be viewed at www.talissecuritieslitigation.com. All capitalized terms not defined in this Claim Form have the same meanings as in the Stipulation.

If you are NOT a Member of the Settlement Class, as defined in the Long-Form Notice of Pendency and Proposed Settlement of Class Action ("Long-Form Notice"), or if you have submitted a request for exclusion, DO NOT submit a Proof of Claim.

3.    If you are a member of the Settlement Class and you do not timely request exclusion by _____, 2024, you are bound by and subject to the terms of any judgment entered in the Action, including the releases provided therein, WHETHER OR NOT YOU SUBMIT A PROOF OF CLAIM OR RECEIVE A PAYMENT.

4.    Submission of this Claim Form does not guarantee that you will share in the proceeds of the Settlement. The distribution of the Net Settlement Fund will be governed by the Plan of Allocation set forth in the Settlement Notice, if it is approved by the Court, or by such other plan of allocation approved by the Court.

5.    You are eligible to participate in the distribution of the Net Settlement Fund only if you are a member of the Settlement Class and if you complete and return this form as specified below.  If you fail to timely submit a properly completed Proof of Claim, your claim may be rejected and may be precluded from receiving any distribution.

6.    It is important that you completely read and understand the Long-Form Notice that accompanies this Proof of Claim, including the Plan of Allocation of the Net Settlement Fund set forth in the Long-Form Notice.  The Long-Form Notice describes the proposed Settlement, how Settlement Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved by the Court.  The Long-Form Notice also contains the definitions of many of the capitalized terms used in this Proof of Claim.  By signing and submitting this Proof of Claim, you will be certifying that you have read the Long-Form Notice, including the terms of the releases described in it and provided for by the Settlement.

## II.   CLAIMANT IDENTIFICATION

1.   If you purchased or acquired Talis common stock and held the certificate(s) in your name, you are the beneficial owner as well as the record holder.  If, however, the certificate(s) were registered in the name of a third party, such as a brokerage firm or other nominee, you are the beneficial owner and the third party is the record holder.

2.   Use **Part I** of this form entitled "Claimant Identification" to identify each beneficial owner of Talis common stock that forms the basis of this claim, as well as the owner of record if different.  THIS CLAIM MUST BE FILED BY THE ACTUAL BENEFICIAL OWNERS OR THE LEGAL REPRESENTATIVE OF SUCH OWNERS.

3.   All joint owners must sign this claim. Executors, administrators, guardians, conservators, legal representatives, and trustees must complete and sign this claim on behalf of persons represented by them and their authority must accompany this claim and their titles or capacities must be stated.  The Social Security (or taxpayer identification) number and telephone number of the beneficial owner may be used in verifying the claim. Failure to provide the foregoing information could delay verification of your claim or result in rejection of the claim.

4.   A claim should be submitted for each separate legal entity (*e.g.*, a Proof of Claim of joint owners should not include separate transactions of just one of the joint owners, and an individual should not combine his or her IRA transactions with transactions made solely in the individual's name).  Conversely, a single Proof of Claim should be submitted on behalf of one legal entity including all transactions made by that entity on one Proof of Claim, no matter how many separate accounts that entity has (*e.g.*, a corporation with multiple brokerage accounts should include all transactions made in all accounts on one Proof of Claim).

## III.    IDENTIFICATION OF TRANSACTIONS

1.      Use **Part II** of this form entitled "Schedule of Transactions in Talis Common Stock" to supply all required details of your transaction(s) in Talis common stock.  If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form.  Sign and print or type your name on each additional sheet.

2.      On the schedules, provide all of the requested information with respect to your holdings, purchases, and sales of Talis common stock, including whether the transactions resulted in a profit or a loss.  Failure to report all such transactions may result in the rejection of your claim.

3.      List each transaction separately and in chronological order, by trade date, beginning with the earliest.  You must accurately provide the month, day, and year of each transaction you list.  All information, including the price per share and number of shares traded, should be provided **without** giving effect to the 1-for-15 reverse stock split of Talis common stock announced after market close on July 5, 2023.

4.      The date of covering a "short sale" is deemed to be the date of purchase of Talis common stock.  The date of a "short sale" is deemed to be the date of sale of Talis common stock.  A purchase or sale of Talis common stock shall be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date; please provide any "contract" or "trade" dates in your claim.

5.      For each transaction, you must provide, together with this Proof of Claim, copies of broker confirmations, stockbroker statements, or other documentation adequately evidencing your transactions in Talis common stock.  Failure to provide this documentation could delay verification of your claim or result in rejection of your claim.  **THE PARTIES DO NOT HAVE INFORMATION ABOUT YOUR TRANSACTIONS**.

- 4 -

6.      The above requests are designed to provide the minimum amount of information necessary to process the most simple claims.  The Claims Administrator may request additional information as required, and the failure to provide such information may delay processing of your claim or result in its rejection.

7.      NOTICE REGARDING ELECTRONIC FILES: Certain Claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files.  (This is different than the online claim portal on the Settlement website.)  All such Claimants MUST submit a signed Proof of Claim whether or not they also submit electronic copies.  If you wish to submit your claim electronically, you must visit www.talissecuritieslitigation.com or contact the Claims Administrator at 877-331-0411 to obtain the required file layout.  Any file not in accordance with the required electronic filing format will be subject to rejection.  No electronic files will be considered to have been properly submitted unless the Claims Administrator issues to the Claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*In re Talis Biomedical Securities Litigation,* Case No. 3:22-cv-00105-SI (N.D. Cal.)

PROOF OF CLAIM AND RELEASE

Must Be Postmarked (if mailed) or Received (if submitted online) No Later Than:

[DATE]

Please Type or Print

**REMEMBER TO ATTACH COPIES OF BROKER CONFIRMATIONS OR OTHER DOCUMENTATION OF YOUR TRANSACTIONS IN TALIS COMMON STOCK. FAILURE TO PROVIDE THIS DOCUMENTATION COULD DELAY VERIFICATION OR RESULT IN REJECTION OF YOUR CLAIM**.

**PART I – CLAIMANT IDENTIFICATION**

The Claims Administrator will use this information for all communications regarding this Proof of Claim. If this information changes, you MUST notify the Claims Administrator in writing at the address above.  Complete names of all persons and entities must be provided.

Beneficial Owner's First Name          MI   Beneficial Owner's Last Name

Co-Beneficial Owner's First Name      MI   Co-Beneficial Owner's Last Name

Entity Name (if claimant is not an individual)

Representative or Custodian Name (if different from Beneficial Owner(s) listed above)

- 6 -

Address 1 (street name and number)

Address 2 (apartment, unit, or box number)

City                                                                State    ZIP/Postal Code

Foreign Country (only if not USA)                    Foreign County (only if not USA)

Social Security Number (last four digits only)  Taxpayer Identification Number (last four digits)

OR

Telephone Number (home)              Telephone Number (cell)

Email address*

Account Number (if filing for multiple accounts, file a separate Proof of Claim for each account)

\*        Settlement payments may be sent to you digitally via email. Please provide a current, valid email address and mobile phone number on your Claim Form.  If the email address or mobile phone number you include with your submission becomes invalid for any reason, it is your responsibility to provide accurate contact information to the Claims Administrator to receive a payment.  When you receive the email and/or mobile phone text notifying you of your Settlement payment, you will be provided with a number of digital payment options, such as PayPal or a virtual debit card, to immediately receive your Settlement payment.  At that time, you will also have the option to request a paper check.

## SCHEDULES OF TRANSACTIONS IN TALIS COMMON STOCK

**PART II:    <u>TRANSACTIONS IN TALIS COMMON STOCK</u>**

**1. BEGINNING HOLDINGS -** State the total number of shares of Talis common stock held at the opening of trading on February 11, 2021.  If none, write "0" or "Zero." (Must submit documentation.) _____

**2. PURCHASES** – Separately list each purchase or acquisition of Talis common stock between February 11, 2021, and January 12, 2022, both inclusive.  Use the checkbox to indicate any transactions that were **not** denominated in U.S. dollars.  (Must submit documentation.)

| Date of Purchase (List Chronologically) (MM/DD/YY) | Number of Shares Purchased | Purchase Price Per Share | Total Purchase Price (excluding taxes, commissions, and fees) | Purchased in Non-U.S. Currency? |
|---|---|---|---|---|
| | | $ | $ | ☐ |
| | | $ | $ | ☐ |
| | | $ | $ | ☐ |
| | | $ | $ | ☐ |

**3. SALES** – Separately list each and every sale of Talis common stock between February 11, 2021, and January 12, 2022, both inclusive.  Use the checkbox to indicate any transactions that were **not** denominated in U.S. dollars.  (Must submit documentation.)

| Date of Sale (List Chronologically) (MM/DD/YY) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (excluding taxes, commissions and fees) | Purchased in Non-U.S. Currency? |
|---|---|---|---|---|
| | | $ | $ | ☐ |
| | | $ | $ | ☐ |
| | | $ | $ | ☐ |
| | | $ | $ | ☐ |

**4. END HOLDINGS -** State the total number of shares of Talis common stock held at the close of trading on January 12, 2022.  If none, write "0" or "Zero."  (Must submit documentation.) _____

**IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS YOU MUST PHOTOCOPY THIS PAGE, ADD THE TRANSACTIONS, AND CHECK THIS BOX** ☐

**YOU MUST READ AND SIGN THE RELEASE IN SECTION V.  FAILURE TO SIGN THE RELEASE MAY RESULT IN A DELAY IN PROCESSING OR THE REJECTION OF YOUR CLAIM**.

IV.    **SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENT**

By signing and submitting this Proof of Claim, the Claimant(s) or the person(s) acting on behalf of the Claimant(s) certify(ies) that: I (We) submit this Proof of Claim under the terms of the Plan of Allocation described in the accompanying Long-Form Notice.  I (We) also submit to the jurisdiction of the United States District Court for the Northern District of California (the "Court") with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the releases set forth herein.  I (We) further acknowledge that I (we) will be bound by and subject to the terms of any judgment entered in connection with the Settlement in the Action, including the releases set forth therein.  I (We) agree to furnish additional information to the Claims Administrator to support this claim, such as additional documentation for transactions in Talis common stock, if required to do so.  I (We) have not submitted any other claim covering the same transactions in Talis common stock that are the subject of this claim and know of no other person having done so on my (our) behalf.

V.    **RELEASES, WARRANTIES, AND CERTIFICATION**

By signing and submitting this Proof of Claim, the Claimant(s) or the person(s) acting on behalf of the Claimant(s) certify(ies) as follows:

1.    I (We) hereby warrant and represent that I am (we are) a Settlement Class Member as defined in the Long-Form Notice, that I am (we are) not excluded from the Settlement Class, that I am (we are) not one of the "Released Parties" as defined in the accompanying Long-Form Notice.

2.    As a Settlement Class Member, I (we) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally, and forever compromise, settle, release, resolve,

- 9 -

relinquish, waive, and discharge with prejudice the Released Claims as to each and all of the Released Defendant Parties (as these terms are defined in the accompanying Long-Form Notice). This release shall be of no force or effect unless and until the Court approves the Settlement and it becomes effective on the Effective Date.

3.      I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof and have not submitted any other claim covering the same purchases of Talis common stock and know of no other person or entity having done so on my (our) behalf.

4.      I (We) hereby warrant and represent that I (we) have included information about all of my (our) purchases and sales of Talis common stock that occurred during the relevant periods and the number of Talis common stock held by me (us), to the extent requested.

5.      I (We) certify that I am (we are) NOT subject to backup tax withholding.  (If you have been notified by the Internal Revenue Service that you are subject to backup withholding, please strike out the prior sentence.)

6.      I (We) declare under penalty of perjury under the laws of the United States of America that all of the foregoing information supplied by the undersigned is true and correct.

7.      Executed this _____ day of_____, 202_

_____          _____
Signature of Claimant, if any                            Type or print name of Claimant


_____          _____
Signature of Joint Claimant, if any                    Type or print name of Joint Claimant


_____          _____
Signature of person signing on behalf            Type or print name of person signing

- 11 -

of Claimant                                  on behalf of Claimant

_____

Capacity of person signing on behalf of Claimant, if other than an individual (e.g., Administrator, Executor, Trustee, President, Custodian, Power of Attorney, etc.)


**REMINDER CHECKLIST:**

1.      You must sign this Proof of Claim.

2.      Remember to attach supporting documentation, if available.

3.      DO NOT HIGHLIGHT THE PROOF OF CLAIM OR YOUR SUPPORTING DOCUMENTATION.

4.      Attach only copies of supporting documentation, not originals, as these documents will not be returned to you.

5.      Keep a copy of your Proof of Claim for your records.

6.      If you move after submitting this Proof of Claim, please promptly notify the Claims Administrator of the change in your address; otherwise, you may not receive additional notices or payment.