# EXHIBIT B

*In re Talis Biomedical Securities Litigation*
Case No. 22-cv-00105-SI

**BLEICHMAR FONTI & AULD LLP**

**Summary of BFA Timekeeper Qualifications, Experience, and Role in the Litigation**

**Partners**

**George N. Bauer** (22 hours): Mr. Bauer is a Partner at BFA and a 2011 graduate of Brooklyn Law School. Mr. Bauer was primarily involved in briefing Lead Plaintiff's opposition to Defendants' motion to dismiss.

**Javier Bleichmar** (62.6 hours): Mr. Bleichmar is a founding Partner of BFA and leads the firm's U.S. Case Evaluation and U.S. Securities Litigation teams. He is a 1998 graduate of Columbia University Law School. Mr. Bleichmar was primarily involved in the mediation process and settlement negotiations.

**Joseph A. Fonti** (522.85 hours): Mr. Fonti is a founding Partner of BFA and leads the firm's U.S. Securities Litigation team. He is a 1999 graduate of the New York University Law School. Mr. Fonti was primarily involved in litigation strategy, preparing the complaints in the action, the briefing of dispositive motions, and the mediation process and settlement negotiations.

**Evan A. Kubota** (1964.8 hours): Mr. Kubota is a Partner at BFA and a 2010 graduate of Harvard Law School. From the inception of the matter, Mr. Kubota oversaw the day-to-day prosecution of the Litigation, and oversaw all aspects of the case, including: (i) researching and drafting the pleadings; (ii) overseeing the investigation to locate former Talis employees; (iii) developing litigation strategy and working with Lead Plaintiff's experts; (iv) drafting Lead Plaintiff's oppositions to the motions to dismiss; (v) conducting discovery, including litigating discovery disputes and taking depositions; (vi) participating in the mediation process and settlement negotiations; and (vii) preparing the preliminary approval and final approval motion papers.

**Matthew Melamed** (13.8 hours): Mr. Melamed was a Partner at BFA and a 2008 graduate of the University of California College of the Law, San Francisco.  He was primarily involved in providing advice related to motion practice and oral argument.

**Ross Shikowitz** (123.6 hours): Mr. Shikowitz is a Partner at BFA and a 2010 graduate of Brooklyn Law School. He was primarily involved in drafting the complaints and the deposition of Lead Plaintiff.

**Lesley Weaver** (7.9 hours): Ms. Weaver is a Partner at BFA and the Partner in Charge of BFA's California office. She is a 1997 graduate of the University of Virginia School of Law. She was primarily involved in providing strategic advice related to oral argument.

**Of Counsel**

**Thayne Stoddard** (25.95 hours): Mr. Stoddard is Of Counsel at BFA and a 2014 graduate of Duke University School of Law. Mr. Stoddard was primarily involved in briefing Lead Plaintiff's opposition to Defendants' motion to dismiss.

**Associates**

**Joseph Baier** (1180.6 hours): Mr. Baier is an Associate at BFA and a 2020 graduate of Duke University School of Law. Mr. Baier was the primary Associate assigned to the matter and was involved in: (i) developing litigation strategy; (ii) drafting Lead Plaintiff's motion for class certification; (iii) conducting discovery, including litigating discovery disputes and taking depositions; (iv) working with Lead Plaintiff's experts; (v) drafting Lead Plaintiff's mediation statements; and (vi) preparing the preliminary approval and final approval motion papers.

**Nicholas Dennany** (19 hours): Mr. Dennany is an Associate at BFA and a 2004 graduate of the University of Florida, Levin College of Law. Mr. Dennany was primarily involved in preparing the complaints in the action.

**William Green** (481.75 hours): Mr. Green is an Associate at BFA and a 2013 graduate of Washington University in St. Louis School of Law.  Mr. Green was primarily involved in: (i) conducting legal research in connection with the pleadings and motion practice; (ii) preparing for depositions; and (iii) conducting discovery analysis.

**Matthew Hough** (338.55 hours): Mr. Hough was an Associate at BFA and graduated from Boston University School of Law in 2017.  Mr. Hough was primarily involved in conducting research in connection with the pleadings and motions to dismiss.

**Sasha Slayton** (285.4 hours): Ms. Slayton is an Associate at BFA and a 2021 graduate of Harvard Law School. Ms. Slayton was primarily involved in: (i) conducting research in connection with motion practice and discovery disputes; (ii) preparing for depositions; and (iii) conducting discovery analysis.

**Staff Attorneys/Projects Associates**

**Joseph Guglielmelli** (594.9 hours): Mr. Guglielmelli is a Staff Attorney at BFA and a 1981 graduate of Fordham University School of Law.  Mr. Guglielmelli was primarily involved in fact discovery, including review and analysis of documents produced by Defendants and various third parties.

**Peter Patrikios** (411 hours): Mr. Patrikios is a Projects Associate at BFA and a 2005 graduate of Quinnipiac University School of Law.  Mr. Patrikios was primarily involved in fact discovery, including review and analysis of documents produced by Defendants and various third parties.

**Franklyn Williams** (259.45 hours): Mr. Williams is a Senior Projects Associate at BFA and a 2006 graduate of Boston University School of Law.  Mr. Williams was primarily involved in: (i)

conducting research in connection with the pleadings and motions to dismiss; (ii) preparing for depositions; and (iii) conducting discovery analysis.

**Paralegals**

**Adriane DuPlessis** (8.4 hours): Ms. DuPlessis is the Paralegal Manager at BFA.  She was primarily involved in (i) compiling and organizing documents for use in connection with motions and pleadings, (ii) maintaining records of documents filed in the Litigation; and (iii) Court filings.

**Masiel Feliz** (232.3 hours): Ms. Feliz is a paralegal at BFA.  She was primarily involved in (i) compiling and organizing documents for use in connection with motions and pleadings, (ii) maintaining records of documents filed in the Litigation; and (iii) Court filings.

**Julie Law** (109.25 hours): Ms. Law is a paralegal at BFA.  She was primarily involved in (i) compiling and organizing documents for use in connection with motions and pleadings, (ii) maintaining records of documents filed in the Litigation; and (iii) Court filings.

**Michael Russo** (28.45 hours): Mr. Russo is the Director of Operations at BFA.  He was primarily involved in (i) compiling and organizing documents for use in connection with motions and pleadings; and (ii) Court filings.

**Litigation Support**

**Elaine Rivera** (7.5 hours): Ms. Rivera is a data analyst at BFA. She assisted in the analysis of Lead Plaintiff's losses in the litigation.

**Jeffrey Esperance** (15 hours): Mr. Esperance is a data analyst at BFA. He assisted in the analysis of Lead Plaintiff's losses in the litigation.

**Cory Ezring** (21.8 hours): Mr. Ezring was an Intern at BFA.  He assisted in legal research regarding discovery disputes.

**Jennifer Jurmark** (161.8 hours):  Ms. Jurmark is BFA's eDiscovery Manager.  Ms. Jurmark managed the discovery efforts in the Litigation, including analysis and review of Defendants' and third parties' documents.