# EXHIBIT C

*In re Talis Biomedical Securities Litigation*
Case No. 22-cv-00105-SI

**BLEICHMAR FONTI & AULD LLP**

**BILLING CATEGORY SUMMARY CHART**

**Reporting Period: Inception through January 3, 2025**

Categories:

(1) Case Management and Administration
(2) Class Certification
(3) Depositions and Deposition Preparation
(4) Discovery Analysis
(5) Discovery from Plaintiff
(6) Discovery Litigation
(7) Experts and Consultants
(8) Lead Plaintiff
(9) Litigation Strategy
(10) Mediation
(11) Motion to Dismiss
(12) Pleadings and Complaint
(13) Settlement

| Name | Status | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | Total Hours | Rate | Total Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| George Bauer | P | | 4.0 | | | | | | | | | | 18.0 | | 22 | $950 | $20,900.00 |
| Javier Bleichmar | P | | | | | | | | | | 41.3 | | 21.3 | | 62.6 | $1250 | $78,250.00 |
| Joseph Fonti | P | | 87 | 64.2 | 5.3 | 4.2 | 51.6 | 15.3 | | 21 | 96.4 | 75.5 | 47.15 | 55.2 | 522.85 | $1250 | $653,562.50 |
| Evan Kubota | P | | 259.7 | 306.8 | 3.0 | 132.0 | 219.8 | 107.1 | | 25.25 | 102 | 475.7 | 275.25 | 58.2 | 1964.8 | $950 | $1,866,560.00 |
| Matthew Melamed | P | | | | 0.9 | | 1.1 | | | | | 8.2 | 3.6 | | 13.8 | $895 | $12,351.00 |
| Ross Shikowitz | P | | | 28.5 | | 10.5 | | | 63.5 | | 1.1 | 1.5 | 18.5 | | 123.6 | $950 | $117,420.00 |
| Lesley Weaver | P | 0.1 | 3.3 | | 0.5 | | 0.4 | 0.8 | 0.5 | | 0.8 | 1.5 | | | 7.9 | $1250 | $9,875.00 |
| Thayne Stoddard | OC | 0.25 | 0.4 | 0.2 | | 0.7 | 0.3 | | | | | 21.85 | 2.25 | | 25.95 | $795 | $20,630.25 |
| Joseph Baier | A | 2.3 | 89 | 526 | 73.7 | 21.1 | 148.7 | 229.3 | | 15.1 | 6.4 | | 8.2 | 60.8 | 1180.6 | $695 | $820,517.00 |
| Nicholas Dennany | A | | | | | | | | 18.5 | | | | 0.5 | | 19 | $695 | $13,205.00 |
| William Green | A | 8.9 | 119.4 | 69.5 | 8 | | 37 | 22.5 | 13 | 0.5 | 0.2 | 61.25 | 123.5 | 18 | 481.75 | $650 | $313,137.50 |
| Mathew Hough | A | | | | | | 0.5 | | | | | 100.5 | 237.55 | | 338.55 | $665 | $225,135.75 |
| Sasha Slayton | A | 0.2 | 68.6 | 89.2 | 34.9 | 5 | 41.8 | | | 4 | 29.8 | | 7.5 | 4.4 | 285.4 | $695 | $198,353.00 |
| Joseph Guglielmelli | SA | | | 12.7 | 559.2 | | | 23 | | | | | | | 594.9 | $520 | $309,348.00 |
| Peter Patrikios | SA | 8 | | | 403 | | | | | | | | | | 411 | $550 | $226,050.00 |
| Franklyn Williams | SA | | 34.2 | | | | 30.4 | 81.5 | | | | 59 | 47.55 | 6.8 | 259.45 | $575 | $149,183.75 |
| Adriane DuPlessis | PL | 0.9 | | 4 | | | | | | 2 | | | | 1.5 | 8.4 | $425 | $3,570.00 |
| Masiel Feliz | PL | 49.5 | 10.7 | 95.9 | 0.5 | 0.7 | 4.3 | | 8 | | 19 | 41 | 1.5 | 1.2 | 232.3 | $550 | $127,765.00 |
| Julie Law | PL | 1.7 | 11.3 | 22.4 | | | 1.8 | 41.8 | 11.25 | | 4.2 | 7.5 | | 7.3 | 109.25 | $395 | $43,153.75 |
| Michael Russo | PL | 4 | 5.5 | | | 4 | 1 | 3 | 1 | | | | 9.95 | | 28.45 | $495 | $14,082.75 |
| Elaine Rivera | LS | | | | | | | 7.5 | | | | | | | 7.5 | $375 | $2,962.50 |
| Jeffrey Esperance | LS | | | | | | | 14.5 | | | | | 0.5 | | 15 | $375 | $5,925.00 |
| Cory Ezring | LS | | | | | | 21.8 | | | | | | | | 21.8 | $330 | $7,194.00 |
| Jennifer Jurmark | LS | 0.4 | | 1 | 159.7 | | | | | | | | | | 161.1 | $550 | $88,605.00 |
| **Total:** | | **76.25** | **693.1** | **1220.4** | **1248.7** | **178.2** | **560.5** | **524.3** | **137.75** | **67.85** | **301.2** | **853.5** | **822.8** | **213.4** | **6897.95** | | **$5,327,736.75** |

(P) Partner    (OC) Of Counsel    (A) Associate    (SA) Staff Attorney    (PL) Paralegal    (LS) Litigation Support