# EXHIBIT F

*In re Talis Biomedical Securities Litigation*
Case No. 22-cv-00105-SI

**BLEICHMAR FONTI & AULD LLP**

**SUMMARY OF EXPENSES**

| Expense Category | | Amount |
|---|---|---|
| **Expert Fees** | | **$754,114.10** |
| Stanford Consulting Group Inc. | $377,290 | |
| M Analytics | $165,500 | |
| Jexpert LLC | $112,625 | |
| On Point Investigations | $46,243.10 | |
| Peregrine Economics | $31,166.25 | |
| Hemming Morse LLP | $11,046 | |
| One Way Consultants LLC | $9,900 | |
| Strategic Claims Services | $343.75 | |
| **Outside Counsel** | | **$216,572.98** |
| Lowenstein Sandler LLP | $214,828.48 | |
| Wheeler Trigg O'Donnell LLP | $1,744.50 | |
| **Court Reporting Services** | | **$87,788.85** |
| **E-Discovery Vendor Fees** | | **$65,747.38** |
| **Notice Administration** | | **$58,848.67** |
| **Mediation Fees** | | **$30,412.50** |
| **Case-Related Travel** | | **$15,594.51** |
| **Subpoena-Related Fees** | | **$19,300** |
| DTCC | $16,800 | |
| Broadridge | $2,500 | |
| **Computer Research** | | **$8,115.04** |
| **Service & Filing Fees** | | **$7,350.70** |
| **Copying/Postage/Materials/Communications** | | **$4,521.62** |
| **Total** | | **$1,268,366.35** |

**TRAVEL EXPENSES**

| Date | Attorney(s) | Event | Description | Amount |
|---|---|---|---|---|
| **Airfare and Taxi/Car Services** | | | | |
| 10/25/2023 | Evan Kubota | Dugan Deposition | Car from home to airport for Lead Plaintiff Deposition | 152.52 |
| 10/25/2023 | Evan Kubota | Dugan Deposition | Car from airport to hotel for Lead Plaintiff Deposition | 97.30 |
| 10/26/2023 | Evan Kubota | Dugan Deposition | Car from hotel to lunch in connection with Lead Plaintiff Deposition | 9.59 |
| 10/27/2023 | Evan Kubota | Dugan Deposition | Car from hotel to deposition site for Lead Plaintiff Deposition | 40.69 |
| 10/27/2023 | Evan Kubota | Dugan Deposition | Car from deposition site to airport after Lead Plaintiff Deposition | 55.18 |
| 10/28/2023 | Evan Kubota | Dugan Deposition | Car from airport to home after Lead Plaintiff Deposition | 209.23 |
| 10/25/2023 | Ross Shikowitz | Dugan Deposition | Round-trip airfare (New York-LAX) for Lead Plaintiff Deposition (United) | 1,051.81 |
| 10/25/2023 | Ross Shikowitz | Dugan Deposition | Car from home to airport for Lead Plaintiff Deposition | 94.96 |
| 10/25/2023 | Ross Shikowitz | Dugan Deposition | Car from airport to hotel for Lead Plaintiff Deposition | 107.34 |
| 10/26/2023 | Ross Shikowitz | Dugan Deposition | Car from hotel to dinner in connection with Lead Plaintiff Deposition | 22.18 |
| 10/27/2023 | Ross Shikowitz | Dugan Deposition | Car from deposition site to airport after Lead Plaintiff Deposition | 147.97 |
| 10/28/2023 | Ross Shikowitz | Dugan Deposition | Car from airport to home after Lead Plaintiff Deposition | 85.24 |
| 12/6/2023 | Evan Kubota | Nye Deposition | Airfare from New York to SFO for Nye Deposition (Delta) | 152.81 |
| 12/6/2023 | Evan Kubota | Nye Deposition | Car from home to airport for Nye Deposition | 115.29 |
| 12/6/2023 | Evan Kubota | Nye Deposition | Car from airport to hotel for Nye Deposition | 43.61 |

| 12/6/2023 | Evan Kubota | Nye Deposition | Car to meal in connection with Nye Deposition | 13.49 |
|---|---|---|---|---|
| 12/7/2023 | Evan Kubota | Nye Deposition | Car to meal in connection with Nye Deposition | 8.94 |
| 12/8/2023 | Evan Kubota | Nye Deposition | Car to deposition site for Nye Deposition | 17.52 |
| 12/8/2023 | Evan Kubota | Nye Deposition | Car to airport after Nye Deposition | 32.22 |
| 12/8/2023 | Evan Kubota | Nye Deposition | Airfare from SFO to New York after Nye Deposition (Delta) | 110.00 |
| 12/9/2023 | Evan Kubota | Nye Deposition | Car from airport to home after Nye Deposition | 190.21 |
| 1/22/2024 | Sasha Slayton | Coe Deposition | Car to airport for Coe deposition in Chicago | 52.67 |
| 1/22/2024 | Sasha Slayton | Coe Deposition | Round-trip airfare (New York-Chicago) for Coe Deposition (Delta) | 580.81 |
| 1/24/2024 | Sasha Slayton | Coe Deposition | Car from airport to home after Coe deposition | 70.09 |
| 1/22/2024 | Evan Kubota | Coe Deposition | Round-trip airfare (New York-Chicago) for Coe Deposition (American) | 505.80 |
| 1/22/2024 | Evan Kubota | Coe Deposition | Car from airport to hotel for Coe Deposition | 51.79 |
| 7/15/2024 | Evan Kubota | Mediation Meeting | Round-trip airfare (New York-Chicago) for mediation meeting (Delta) | 517.96 |
| 7/15/2024 | Evan Kubota | Mediation Meeting | Car from home to airport for Chicago mediation meeting | 100.02 |
| 7/15/2024 | Evan Kubota | Mediation Meeting | Car from airport to hotel for Chicago mediation meeting | 63.47 |
| 7/16/2024 | Evan Kubota | Mediation Meeting | Car from airport to home after Chicago mediation meeting | 141.44 |
| 7/15/2024 | Joseph Fonti | Mediation Meeting | Round-trip airfare (New York-Chicago) for mediation meeting (Delta) | 392.20 |
| 7/15/2024 | Joseph Fonti | Mediation Meeting | Car from home to airport for Chicago mediation meeting | 80.92 |
| 7/16/2024 | Joseph Fonti | Mediation Meeting | Parking for Chicago mediation meeting | 51.99 |

| Date | Name | Matter | Description | Amount |
|---|---|---|---|---|
| 7/16/2024 | Joseph Fonti | Mediation Meeting | Car from airport to home after Chicago mediation meeting | 120.00 |
| 7/29/2024 | Javier Bleichmar | Mediation | Round-trip airfare (New York-Chicago) for mediation (Delta) | 949.96 |
| 7/29/2024 | Javier Bleichmar | Mediation | Car from home to airport for mediation in Chicago | 194.28 |
| 7/31/2024 | Javier Bleichmar | Mediation | Car from airport to home after mediation in Chicago | 176.29 |
| 7/31/2024 | Javier Bleichmar | Mediation | Car from hotel to airport after mediation in Chicago | 96.20 |
| 7/29/2024 | Joseph Fonti | Mediation | Round-trip airfare (New York-Chicago) for mediation (Delta) | 196.00 |
| 7/29/2024 | Joseph Fonti | Mediation | Car from home to airport for mediation in Chicago | 75.12 |
| 7/29/2024 | Joseph Fonti | Mediation | Car from airport to hotel for mediation in Chicago | 53.75 |
| 7/30/2024 | Joseph Fonti | Mediation | Car from hotel to dinner for mediation in Chicago | 19.29 |
| 8/1/2024 | Joseph Fonti | Mediation | Car from airport to home after mediation in Chicago | 124.69 |
| 7/29/2024 | Evan Kubota | Mediation | Round-trip airfare (New York-Chicago) for mediation (Delta) | 303.58 |
| 7/29/2024 | Evan Kubota | Mediation | Car from home to airport for mediation in Chicago | 97.86 |
| 7/30/2024 | Evan Kubota | Mediation | Car to dinner after mediation in Chicago | 17.81 |
| 7/31/2024 | Evan Kubota | Mediation | Car to airport after mediation in Chicago | 41.17 |
| 7/31/2024 | Evan Kubota | Mediation | Car from airport to home after mediation in Chicago | 138.99 |
| | | | **Total** | **$7,972.25** |
| **Hotels** | | | | |
| 10/25/2023 | Evan Kubota | Dugan Deposition | Hotel in LA for Dugan Deposition (Night 1) | 309.09 |
| 10/26/2023 | Evan Kubota | Dugan Deposition | Hotel in LA for Dugan Deposition (Night 2) | 297.47 |
| 10/25/2023 | Ross Shikowitz | Dugan Deposition | Hotel in LA for Dugan Deposition (Night 1) | 309.09 |
| 10/26/2023 | Ross Shikowitz | Dugan Deposition | Hotel in LA for Dugan Deposition (Night 2) | 296.31 |

| Date | Person | Matter | Description | Amount |
|---|---|---|---|---|
| 12/6/2023 | Evan Kubota | Nye Deposition | Hotel in Menlo Park for Nye Deposition (Night 1) | 357.28 |
| 12/7/2023 | Evan Kubota | Nye Deposition | Hotel in Menlo Park for Nye Deposition (Night 2) | 323.68 |
| 1/22/2024 | Evan Kubota | Coe Deposition | Hotel in Chicago for Coe Deposition (Night 1) | 324.68 |
| 1/23/2024 | Evan Kubota | Coe Deposition | Hotel in Chicago for Coe Deposition (Night 2) | 284.11 |
| 1/22/2024 | Sasha Slayton | Coe Deposition | Hotel in Chicago for Coe Deposition (Night 1) | 294.68 |
| 1/23/2024 | Sasha Slayton | Coe Deposition | Hotel in Chicago for Coe Deposition (Night 2) | 284.11 |
| 7/15/2024 | Evan Kubota | Mediation Meeting | Hotel in Chicago for mediation meeting | 500.00 |
| 7/15/2024 | Joseph Fonti | Mediation Meeting | Hotel in Chicago for mediation meeting | 500.00 |
| 7/29/2024 | Joseph Fonti | Mediation | Hotel in Chicago for mediation (Night 1) | 422.29 |
| 7/30/2024 | Joseph Fonti | Mediation | Hotel in Chicago for mediation (Night 2) | 422.29 |
| 7/29/2024 | Evan Kubota | Mediation | Hotel in Chicago for mediation (Night 1) | 387.02 |
| 7/30/2024 | Evan Kubota | Mediation | Hotel in Chicago for mediation (Night 2) | 421.88 |
| 7/29/2024 | Javier Bleichmar | Mediation | Hotel in Chicago for mediation (Night 1) | 440.89 |
| 7/30/2024 | Javier Bleichmar | Mediation | Hotel in Chicago for mediation (Night 2) | 440.89 |
| | | | **Total** | **$6,615.76** |
| **Meals** | | | | |
| 10/25/2023 | Evan Kubota | Dugan Deposition | Lunch while traveling for Dugan Deposition | 23.59 |
| 10/25/2023 | Ross Shikowitz | Dugan Deposition | Lunch while traveling for Dugan Deposition | 22.56 |
| 10/25/2023 | Ross Shikowitz / Evan Kubota | Dugan Deposition | Dinner prior to Dugan Deposition | 72.32 |

| 10/26/2023 | Ross Shikowitz / Evan Kubota | Dugan Deposition | Lunch while traveling for Dugan Deposition | 60.00 |
|---|---|---|---|---|
| 10/27/2023 | Ross Shikowitz / Evan Kubota | Dugan Deposition | Breakfast with E. Kubota while traveling for Dugan Deposition | 50.00 |
| 10/27/2023 | Ross Shikowitz | Dugan Deposition | Dinner while traveling for Dugan Deposition | 7.44 |
| 12/6/2023 | Evan Kubota | Nye Deposition | Lunch while traveling for Nye Deposition | 19.92 |
| 12/6/2023 | Evan Kubota | Nye Deposition | Dinner while traveling for Nye Deposition | 13.72 |
| 12/7/2023 | Evan Kubota | Nye Deposition | Lunch while traveling for Nye Deposition | 19.23 |
| 12/7/2023 | Evan Kubota | Nye Deposition | Dinner while traveling for Nye Deposition | 31.47 |
| 12/8/2023 | Evan Kubota | Nye Deposition | Lunch while traveling for Nye Deposition | 25.26 |
| 1/22/2024 | Evan Kubota | Coe Deposition | Breakfast while traveling for Coe Deposition | 25.00 |
| 1/22/2024 | Sasha Slayton | Coe Deposition | Breakfast while traveling for Coe Deposition | 19.67 |
| 1/22/2024 | Evan Kubota / Sasha Slayton | Coe Deposition | Dinner while traveling for Coe Deposition | 110.00 |
| 1/23/2024 | Sasha Slayton | Coe Deposition | Breakfast while traveling for Coe Deposition | 13.73 |
| 1/23/2024 | Evan Kubota / Sasha Slayton | Coe Deposition | Dinner while traveling for Coe Deposition | 110.00 |
| 1/24/2024 | Sasha Slayton | Coe Deposition | Breakfast while traveling for Coe Deposition | 12.26 |
| 7/15/2024 | Joseph Fonti / Evan Kubota | Mediation Meeting | Dinner while traveling for mediation meeting | 110.00 |
| 7/15/2024 | Joseph Fonti | Mediation Meeting | Coffee while traveling for mediation meeting | 5.98 |
| 7/29/2024 | Javier Bleichmar | Mediation | Dinner while traveling for Talis mediation | 28.00 |

| 7/30/2024 | Javier Bleichmar / Joseph Fonti / Evan Kubota / Michael Etkin | Mediation | Dinner while traveling for Talis mediation | 220.00 |
| 7/31/2024 | Javier Bleichmar | Mediation | Coffee while traveling for mediation | 6.35 |
| | | | **Total** | **$1,006.50** |
| | | | | |
| | | | **Total for All Case Related Travel** | **$15,594.51** |