COOLEY LLP
Patrick E. Gibbs (183174)
(pgibbs@cooley.com)
Shannon M. Eagan (212830)
(seagan@cooley.com)
Tijana Brien (286590)
(tbrien@cooley.com)
Jessie Simpson LaGoy (305257)
(jsimpsonlagoy@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:     +1 650 843 5000
Facsimile:     +1 650 849 7400

Zachary Sisko (*appearance pro hac vice*)
(zsisko@cooley.com)
500 Boylston Street, 14th Floor
Boston, Massachusetts  02116-3736
Telephone:     +1 617 937 2300
Facsimile:     +1 617 937 2400

*Attorneys for Defendants Talis Biomedical Corporation,
Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond
Cheong, Melissa Gilliam, Rustem F. Ismagilov,
Kimberly J. Popovits, Matthew L. Posard, and Randal
Scott*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION | Case No. 22-cv-00105-SI |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF TIJANA M. BRIEN RE: CLASS ACTION FAIRNESS ACT, 28 § 1715** |
| ALL ACTIONS | Judge:  Hon. Susan Illston |

COOLEY LLP

I, Tijana M. Brien, hereby declare as follows:

1.      I am a partner with the law firm Cooley LLP, counsel for Defendants Talis Biomedical Corporation ("Talis"), Brian Coe, J. Roger Moody, Jr., Felix Baker, Raymond Cheong, Melissa Gilliam, Rustem F. Ismagilov, Kimberly J. Popovits, Matthew L. Posard, and Randal Scott (together, "Defendants") in the above-captioned action.  I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

2.      Pursuant to Paragraph 11.3 of the Stipulation and Agreement of Settlement (ECF No. 181-2), on October 4, 2024, my firm sent notices of the proposed class action settlement in the above-captioned action to the appropriate state and federal officials pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA").

3.      Defendant's CAFA notices included a CD containing copies of (1) the Class Action Complaint filed in the Action on January 7, 2022; (2) the Consolidated Class Action Complaint for Violations of the Federal Securities Laws, filed in the Action on July 1, 2022; (3) the Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws, filed in the Action on January 13, 2023; and (4) Lead Plaintiff's Notice of Motion and Motion for Preliminary Approval of Class Action Settlement (and all exhibits thereto, including the proposed notification to class members).

4.      Defendant's CAFA notices were accompanied by a cover letter substantially in the form attached hereto as **Exhibit A** and were sent via United States Certified Mail to the persons identified in **Exhibit B**.

5.      As of the date below, Cooley has not, to the best of my knowledge, received notification that any of the CAFA notices mailed to the persons identified in Exhibit B were returned as undeliverable.  A representative from the South Dakota Office of the Attorney General, Division of Consumer Protection, contacted my firm on October 10, 2024, noting that the CD was damaged and requesting that the materials be sent electronically.  Cooley sent the requested materials electronically on October 11, 2024.

6.      No persons identified in Exhibit B have expressed any concerns to Defendant about

COOLEY LLP

DECLARATION OF TIJANA M. BRIEN
CASE NO. 22-CV-00105-SI

the nature or scope of the proposed settlement.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on February 5, 2025, in Palo Alto, California.

                                            /s/ Tijana M. Brien
                                            Tijana M. Brien

COOLEY LLP

DECLARATION OF TIJANA M. BRIEN
CASE NO. 22-CV-00105-SI