**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (Bar No. 191305)
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Lead Plaintiff Martin Dugan*
*and Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 3:22-cv-00105-SI<br><br>CLASS ACTION<br><br>**SUPPLEMENTAL DECLARATION OF ROCHELLE J. TEICHMILLER REGARDING NOTICE DISSEMINATION, THE SETTLEMENT WEBSITE AND TELEPHONE HELPLINE, REPORT ON OBJECTIONS AND REQUESTS FOR EXCLUSIONS, AND CLAIMS RECEIVED TO DATE**<br><br>Judge:        Hon. Susan Illston |

I, Rochelle J. Teichmiller, declare as follows:

1.      I am a Project Manager of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. Pursuant to its Order Preliminarily Approving Settlement and Providing for Class Notice (the "Preliminary Approval Order," ECF No. 186), the Court approved the retention of A.B. Data as the Claims Administrator for the above-captioned action (the "Action") (*see* ECF No. 186 ¶ 8) (the "Preliminary Approval Order").[1]

2.      I am over 21 years of age and am not a party to the Action. The following statements are based on my personal knowledge and information provided by other A.B. Data employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

3.      I submit this Declaration pursuant to the Court's November 22, 2024, Order Preliminarily Approving Settlement and Providing for Class Notice (ECF No. 186), and as a supplement to my earlier declaration, the Declaration of Rochelle J. Teichmiller Regarding Notice Dissemination, Publication of the Summary Notice, the Settlement Website and Telephone Helpline and Report on Objections and Requests for Exclusions (the "Initial Mailing Declaration", ECF. No. 191-5), dated January 16, 2025, attached as Exhibit E to the Declaration of Evan A. Kubota in Support of Class Representative's Motion for Final Approval of Proposed Class Action Settlement and Lead Counsel's Motion for Attorneys' Fees, Litigation Expenses and Lead Plaintiff's Reasonable Costs and Expenses (the "Declaration of Evan A. Kubota", ECF No. 191).

### CONTINUED MAILING OF THE NOTICE

4.      As more fully stated in my Initial Mailing Declaration, as of January 16, 2025, A.B. Data had mailed a total of 19,384 copies of the Postcard Notice (the "Notice") to potential

---

[1] Unless otherwise defined in this Declaration, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement, dated September 30, 2024 (the "Stipulation," ECF No. 181-2).

Settlement Class Members.

5.      Since that time, A.B. Data has received 492 additional notice requests from potential Settlement Class Members and nominees. Thus, as of the date of this Declaration, A.B. Data has disseminated a total of 19,876 Notices. In addition, since January 16, 2025, A.B. Data has re-mailed a total of 6 Notices to persons whose original mailings were returned by the U.S. Postal Service ("USPS") and for whom updated addresses were provided to A.B. Data by the USPS. As of the date of this Declaration, A.B. Data has re-mailed a total of 43 Notices.

## PUBLICATION OF THE SUMMARY NOTICE

6.      As reported in the Initial Mailing Declaration, A.B. Data caused the Summary Notice to be published in *The Wall Street Journal* and *Investor's Business Daily* on December 23, 2024. On that same day, the Summary Notice was released via *PR Newswire.*

## UPDATE ON THE SETTLEMENT WEBSITE

7.      As reported in the Initial Mailing Declaration, A.B. Data designed, implemented, and currently maintains the Settlement Website, which became operational beginning on June 7, 2024, as part of the class certification notice procedure. A.B. Data continues to maintain the website designated for the Action (www.TalisSecuritiesLitigation.com). In compliance with the Preliminary Approval Order, the website was updated on December 13, 2024, to include information regarding the proposed Settlement, including the exclusion, objection, and claim filing deadlines, and the date, time, and location of the Court's Settlement Hearing. Copies of the Notice, Long-Form Notice of Pendency and Proposed Settlement of Class Action (the "Long-Form Notice"), Stipulation, Preliminary Approval Order, and other documents related to the Action are posted on the website and available for download. The Settlement Website will continue to be updated with relevant case information and Court Documents.

8.      In addition, the website includes the ability to file a claim online and a link to a

document with detailed instructions for Settlement Class Members submitting their claims electronically. Further, the website has contact information for A.B. Data and Lead Counsel, including a toll-free telephone number that Settlement Class Members can use to obtain additional information. The website is accessible 24 hours per day, 7 days a week.

### UPDATE ON TELEPHONE HELPLINE

9.      A.B. Data continues to maintain a case-specific, toll-free telephone helpline, 877-331-0411, with an interactive voice response system and live operators, to: (a) accommodate potential Settlement Class Members with questions about the Action and the Settlement; and/or (b) request a hard copy of the Long-Form Notice and Claim Form. The automated attendant answers the calls and presents callers with a series of choices to respond to basic questions. Callers requiring further help have the option of being transferred to a live operator during business hours. A.B. Data will update the interactive voice response system as necessary throughout the administration of the Settlement.

### REPORT ON OBJECTIONS AND REQUESTS FOR EXCLUSION

10.      The Notice and Long-Form Notice informed potential Settlement Class Members that requests for exclusion from the Settlement Class were to be sent to the Claims Administrator such that they were received no later than February 21, 2025. The Long-Form Notice also set forth the information that was required to be included in each request for exclusion.

11.      As stated in the Initial Mailing Declaration, A.B. Data received two (2) requests for exclusion as part of the class certification notice procedure, as previously reported to the Court (ECF No. 174). As of the date of this Declaration, A.B. Data has not received any additional requests for exclusion.

12.      According to the Notice and Long-Form Notice, Settlement Class Members wishing to object to the proposed Settlement, the proposed Plan of Allocation, or the request for attorneys'

fees and reimbursement of litigation expenses are required to submit their objection in writing such that the request is received by the Court no later than February 21, 2025. Despite these instructions, Settlement Class Members sometimes send objections to the Claims Administrator. As of the date of this Declaration, A.B. Data has not received any objections, and is not aware of any objections being filed with the Court.

## CLAIMS RECEIVED TO DATE

13.    Pursuant to the Preliminary Approval Order, Claims are to be submitted no later than March 13, 2025. While the receipt and processing of Claims is currently ongoing, as of the date of this Declaration, A.B. Data has received a total of 393 Claims. As in most cases of this nature, the vast majority of Claims are expected to be submitted on or around the claim filing deadline.

14.    The Claims received, both before and after the claim filing deadline, will be subject to a comprehensive review under A.B. Data's standard claims-processing procedures, which will identify any deficiencies in the Claims received. A.B. Data will then communicate with Claimants with deficient, but correctable, Claims to bring those Claims into compliance. Thus, A.B. Data is unable to report on the number of valid Claims submitted at this time. After all Claims have been fully processed, quality assurance reviews performed, and final administrative determinations have been made, A.B. Data will present its administrative report on the Claims received for the Settlement to the Court, along with a proposed plan for distribution, and will ultimately mail or wire Authorized Claimants their *pro rata* share of the Net Settlement Fund, as calculated under the Plan of Allocation.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge.

Executed on February 28, 2025.

_____
Rochelle Teichmiller