**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (Bar No. 191305)
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Lead Plaintiff Martin Dugan
and Lead Counsel for the Class*

*[Additional counsel on signature page]*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 22-cv-00105-SI<br><br>CLASS ACTION<br><br>**REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF (I) LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AND (II) LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES, LITIGATION EXPENSES, AND LEAD PLAINTIFF'S REASONABLE COSTS AND EXPENSES**<br><br>Judge:       Hon. Susan Illston<br>Date:        March 14, 2025<br>Time:        10:00 a.m.<br>Courtroom:   1 – 17th Floor |

## MEMORANDUM OF POINTS AND AUTHORITIES

Lead Plaintiff and Lead Counsel respectfully submit this reply memorandum of law in further support of (1) Lead Plaintiff's Motion for Final Approval of Class Action Settlement ("Final Approval Motion"), and (2) Lead Counsel's Motion for Attorneys' Fees, Litigation Expenses, and Lead Plaintiff's Reasonable Costs and Expenses ("Fee and Expense Motion").[1]

The Settlement Class's positive response confirms that the Final Approval Motion and Fee and Expense Motion should be granted.  After the February 21, 2025 deadline for objections, Lead Plaintiff and Lead Counsel are pleased to report that there have been no objections to any aspect of the Settlement, the Plan of Allocation, the requested attorneys' fees or expenses, or Lead Plaintiff's request for reasonable costs and expenses.

For context, the broad notice program has included the Claims Administrator's dissemination of the Notice to 19,876 potential Settlement Class Members, publication of the Summary Notice in *The Wall Street Journal* and *Investor's Business Daily* and release via *PR Newswire*, and posting the Notice, Long-Form Notice and other documents to a dedicated website. (ECF No. 191-5, ¶¶ 14–16; ECF No. 195, Supplemental Teichmiller Declaration, dated February 28, 2025, ¶¶ 6–8.)  The Notices advised Settlement Class Members of (among other things) the $32.5 million Settlement Amount; the terms of the proposed Plan of Allocation; Lead Counsel's request for fees not to exceed 28% of the Settlement Amount and expenses not to exceed approximately $1,800,000, with interest on both amounts; and Lead Plaintiff's request for reasonable costs and expenses not to exceed $37,500.  (*See, e.g.*, ECF No. 191-5, Exhibit A.)

After completion of this robust Court-approved notice program and the passage of the February 21, 2025 deadline for objections and requests for exclusion, no objections have been filed with the Court or received by the Claims Administrator.  (*See* ECF No. 195 ¶ 12.)  Further, no additional Settlement Class Members have sought exclusion beyond the two previously reported to the Court at the class certification stage (ECF No. 174 ¶ 14).

---

[1] Capitalized terms not defined herein shall have same meaning as set forth in the Stipulation of Settlement dated September 30, 2024 (the "Stipulation").

This positive response strongly supports final approval. *See Churchill Village, LLC v. General Electric*, 361 F.3d 566, 577 (9th Cir. 2004) (court may appropriately infer that class action settlement is fair, adequate, and reasonable when few class members object); *Cruz v. Sky Chefs, Inc.*, No. 12-cv-02705, 2014 WL 7247065, at *5 (N.D. Cal. Dec. 19, 2014) ("A court may appropriately infer that a class action settlement is fair, adequate, and reasonable when few class members object to it.").

Accordingly, for the reasons previously stated, the Court should grant final approval of the Settlement, approve the Plan of Allocation, and finally certify the Settlement Class. *See In re Yahoo! Inc. Customer Data Sec. Breach Litig.*, No. 16-MD-02752-LHK, 2020 WL 4212811, at *13 (N.D. Cal. July 22, 2020), *aff'd*, No. 20-16633, 2022 WL 2304236 (9th Cir. June 27, 2022) (finding that few objections and opt-outs are "indicia of the approval of the class"); *In re Volkswagen "Clean Diesel" Mktg., Sales Pracs., & Prods. Liab. Litig.*, No. MDL 2672 CRB (JSC), 2017 WL 2212783, at *17 (N.D. Cal. May 17, 2017) (approving settlement with 32 objections and 593 requests for exclusion); *In re Omnivision Techs., Inc.*, 559 F. Supp. 2d 1036, 1043 (N.D. Cal. 2008) ("By any standard, the lack of objection of the Class Members favors approval of the Settlement.").

Likewise, there have been no objections to Lead Counsel's request for attorneys' fees and reimbursement of litigation expenses, or to Lead Plaintiff's request for reasonable costs and expenses. The lack of any objections to these requests also weighs strongly in favor of approval. *See Perez v. DirecTV Grp. Holdings, LLC*, No. 816CV01440JLSDFM, 2023 WL 1931376, at *7 (C.D. Cal. Jan. 23, 2023), *appeal dismissed sub nom. Perez v. DirecTV, LLC*, No. 23-55131, 2023 WL 3391488 (9th Cir. Mar. 30, 2023) ("considering the low opt-out rate and low number of objections to the Settlement" in approving attorneys' fees).

Based on the foregoing and the entire record herein, Lead Plaintiff and Lead Counsel respectfully request that the Court grant the Final Approval Motion and the Fee and Expense Motion. The proposed Final Judgment, listing the two individuals who previously sought exclusion from the Class and will be excluded from the Settlement Class, is attached as Exhibit A.

Dated: March 7, 2025

Respectfully submitted,

By: */s/ Joseph A. Fonti*
**BLEICHMAR FONTI & AULD LLP**
Joseph A. Fonti (*pro hac vice*)
jfonti@bfalaw.com
Evan A. Kubota (*pro hac vice*)
ekubota@bfalaw.com
300 Park Avenue, Suite 1301
New York, New York 10022
Tel: (212) 789-1340
Fax: (212) 205-3960

– and –

Lesley E. Weaver (Bar No. 191305)
lweaver@bfalaw.com
1330 Broadway, Suite 630
Oakland, California 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020

*Counsel for Lead Plaintiff Martin Dugan*
*and Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian Schall (Bar No. 290685)
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff*
*Martin Dugan*

**POMERANTZ LLP**
Jennifer Pafiti (Bar No. 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (212) 661-8665
jpafiti@pomlaw.com

Jeremy A. Lieberman (*pro hac vice*
application forthcoming)

J. Alexander Hood II (*pro hac vice*)
James M. LoPiano (*pro hac vice*)
Jonathan D. Park (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016

Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com
jlopiano@pomlaw.com
jpark@pomlaw.com

*Additional Counsel for the Class*