# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION | Case No. 22-cv-00105-SI |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | [PROPOSED] ORDER APPROVING PLAN OF ALLOCATION |
| ALL ACTIONS | Judge:        Hon. Susan Illston |

This matter came before the Court for hearing on March 14, 2025, pursuant to the Order Preliminarily Approving Settlement and Providing for Class Notice (the "Notice Order") (ECF No. 186), on Lead Plaintiff's Motion for Final Approval of Proposed Class Action Settlement, which also seeks approval of the Plan of Allocation contained in the Long-Form Notice. Full and adequate notice having been given to the Settlement Class as required in the Notice Order, and the Court having considered all papers filed and proceedings had herein, and otherwise being fully informed in the premises and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.    This Order incorporates by reference the definitions in the Stipulation of Settlement (the "Stipulation") (ECF No. 181-2), and all terms used herein shall have the same meanings as set forth in the Stipulation, unless otherwise set forth herein.

2.    This Court has jurisdiction over the subject matter of the Action and over all Parties to the Action, including all Members of the Settlement Class.

3.    The Court finds that the Settlement Class Members received the best notice practicable under the circumstances of these proceedings and of the Plan of Allocation, and that this notice fully satisfied the requirements of Federal Rule of Civil Procedure 23, the Due Process Clause of the United States Constitution, 15 U.S.C. §78u-4(a)(7) and 15 U.S.C. §77z-1(a)(7), as amended by the PSLRA, and the rules of this Court.

4.    [There have been no objections to the Plan of Allocation.]

5.    The Plan of Allocation set forth in the Long-Form Notice provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among Authorized Claimants, and is in all respects fair and reasonable.

6.    Accordingly, the Court hereby approves the Plan of Allocation set forth in the Long-Form Notice.

7.    There is no just reason for delay in the entry of this Order, and the Court directs immediate entry of this Order by the Clerk of the Court.

[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION
CASE NO. 22-CV-00105-SI

**IT IS SO ORDERED.**

Dated: March 21, 2025 ____, 2025

_____
The Honorable Susan Illston
United States District Judge

[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION
CASE NO. 22-CV-00105-SI