**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (Bar No. 191305)
1330 Broadway, Suite 630
Oakland, California 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Counsel for Lead Plaintiff Martin Dugan*
*and Lead Counsel for the Class*

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TALIS BIOMEDICAL SECURITIES LITIGATION | Case No. 22-cv-00105-SI |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | **REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF LEAD PLAINTIFF'S MOTION FOR DISTRIBUTION OF CLASS SETTLEMENT FUNDS** |
| ALL ACTIONS | Judge:       Hon. Susan Illston<br>Date:        September 12, 2025<br>Time:        10:00 a.m.<br>Courtroom:   1 – 17th Floor |

## <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

Lead Plaintiff respectfully submits this reply memorandum of law in further support of Lead Plaintiff's motion to approve the distribution of the Net Settlement Fund pursuant to the Settlement of this Action (the "Distribution Motion").[1]

The Distribution Motion is unopposed.  As stated therein, the Claims Administrator has completed processing the 5,409 claims submitted through August 5, 2025 and recommends (a) accepting the 3,460 claims deemed acceptable in whole or in part, listed in Exhibits D and E to the Teichmiller Declaration, and (b) rejecting the 1,949 claims that the Claims Administrator has wholly rejected, listed in Exhibit F to the Teichmiller Declaration.  (ECF No. 207-1 ¶¶39-40.)

All claimants whose claims are recommended for rejection received Deficiency Notices and an opportunity to cure curable defects, and were advised of the ability to submit any disputes to the Court for review (*id.* ¶¶23-30).  The Claims Administrator also posted the Distribution Motion filings to the Settlement Website on August 5, 2025.  (Teichmiller Supp. Decl. ¶3.)

Since August 5, 2025, no claimant has requested Court review or opposed the Distribution Motion, and no new claims have been submitted.  (*Id.* ¶¶4-5.)

Thus, Plaintiff respectfully requests that the Court grant the Distribution Motion so the Net Settlement Fund may be distributed promptly to Authorized Claimants.

Dated: August 26, 2025

Respectfully submitted,

By: */s/ Joseph A. Fonti*
**BLEICHMAR FONTI & AULD LLP**
Joseph A. Fonti (*pro hac vice*)
jfonti@bfalaw.com
Evan A. Kubota (*pro hac vice*)
ekubota@bfalaw.com
300 Park Avenue, Suite 1301
New York, New York 10022
Tel: (212) 789-1340
Fax: (212) 205-3960

– and –

Lesley E. Weaver (Bar No. 191305)

---

[1] Capitalized terms not defined herein have the meanings stated in the Stipulation of Settlement (the "Stipulation") (ECF No. 181-2) or Lead Plaintiff's Motion (ECF No. 207).

lweaver@bfalaw.com
1330 Broadway, Suite 630
Oakland, California 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020

*Counsel for Lead Plaintiff Martin Dugan
and Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian Schall (Bar No. 290685)
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff
Martin Dugan*

**POMERANTZ LLP**
Jennifer Pafiti (Bar No. 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (212) 661-8665
jpafiti@pomlaw.com

Jeremy A. Lieberman (*pro hac vice*
application forthcoming)

J. Alexander Hood II (*pro hac vice*)
James M. LoPiano (*pro hac vice*)
Jonathan D. Park (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com
jlopiano@pomlaw.com
jpark@pomlaw.com

*Additional Counsel for the Class*